

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

March 19, 2020

Hon. Mary K. Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Navarro, et. al. (Lisa Giannelli)*
           Case No.: 20 Cr. 160 (MKV)

Dear Judge Vyskocil,

    I was assigned, pursuant to the Criminal Justice Act, to represent Lisa Giannelli in the above referenced matter, which is calendared for an arraignment and an initial conference on Monday, March 23. In order to avoid having Ms. Giannelli travel from Delaware to New York City during the current health crisis, I respectfully request a waiver of Ms. Giannelli's appearance in Court on Monday. I have attached a fully executed waiver of appearance form wherein she confirms receipt of the indictment, that I have reviewed it with her, and that she pleads "not guilty" to Count Two. Please note, I will be appearing in Court on Monday for the arraignment and initial conference.

    Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me.

GRANTED. The Court accepts Defendant Giannelli's waiver of appearance. Counsel should be prepared prepared to agree to a schedule for the remainder of the case and to address any issues or questions that arise.

Date: 3/19/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

**225 Broadway, Suite 715**      **505 Eighth Avenue, Suite 300**     **Post Office Box 127**
**New York, New York 10007**     **New York, New York 10018**     **Tenafly, New Jersey 07670**
**Tel (212) 566-6213**     **Tel (212) 967-0352**     **Tel (201) 569-1595**
**Fax (212) 566-8165**     **Fax (201) 596-2724**     **Fax (201) 596-2724**