UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1:20-cr-160 (MKV) |
| JORGE NAVARRO, et al. | **SCHEDULING ORDER** |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2020

MARY KAY VYSKOCIL, United States District Judge:

The Court has received a letter dated November 6, 2020 from the Government [ECF No. 284] requesting that the Court schedule arraignment of Defendants on the charges contained in the Superseding Indictment (S6) filed on November 5, 2020 [ECF No. 283].

The relief requested in the letter is granted. The Court will arraign Defendants on the charges in the Superseding Indictment at the previously scheduled Status Conference in this case on November 17, 2020 at 11:00AM. For the avoidance of doubt, the conference will be held on November 17, 2020 as stated in the Court's Order at ECF No. 241. That conference is currently scheduled to take place in person. The Parties are directed to confer and submit a letter to the Court on or before November 10, 2020 expressing views on whether the conference should go forward in person or suggesting options for the conference to occur remotely. The Parties' joint letter should also state the Parties' views on the legal basis for the Court to conduct the proceeding remotely, including under the Coronavirus Aid, Relief, and Economic Security Act of 2020 (the "CARES Act"). If the conference and arraignment is to be conducted remotely, each party so consenting shall submit a signed waiver of right to be present at arraignment that conforms to Federal Rule of Criminal Procedure 10 and a signed consent to proceed by video conference.

It is further ordered that all time between today and November 17, 2020 is excluded for the purposes of the Speedy Trial Act. The Court finds that the ends of justice served by allowing time for arraignment of Defendants on the charges in the Superseding Indictment, coordination between Defendants, their counsel, and the Government regarding logistics of the conference and whether Defendants wish to waive personal appearance, additional production of discovery, review of materials by Defendants, and preparation of a defense and potential motions outweigh the interests of the public and Defendants in a speedy trial, especially in light of the continued complications presented by the COVID-19 pandemic. Further, all Defendants have previously consented to this exclusion of time, and several have reaffirmed that they have no objection, as stated in the Government's letter.

The Clerk of Court respectfully is requested to close the motion at ECF No. 284.

**SO ORDERED.**

**Date:  November 6, 2020**  
**New York, NY**

*[Signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**  
**United States District Judge**