```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LISA GIANNELLI,

Defendant.

20-cr-160 (MKV)

ORDER SCHEDULING TRIAL

MARY KAY VYSKOCIL, United States District Judge:

The parties are aware that the Southern District of New York continues to schedule jury trials through a centralized calendaring system. This case received the first back-up slot on April 27, 2022. The Court has been informed that, depending on covid statistics, it is likely that the courthouse will allow two jury trials to begin on the same day. Accordingly, IT IS HEREBY ORDERED that the parties must be prepared to being the trial of Defendant Lisa Giannelli on April 27, 2022. IT IS FURTHER ORDERED that by April 4, 2022, the parties shall submit revised proposals for *voir dire* questions, jury instructions, and a verdict form. The *voir dire* questions and jury instructions must be significantly streamlined in comparison to the previous trial in this case.

**SO ORDERED.**

**Date: March 14, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**