```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LISA GIANNELLI,

Defendant.

20-cr-160 (MKV)

ORDER SCHEDULING TRIAL

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED THAT, in the light of new covid protocols for the courthouse, the trial of Lisa Giannelli is going forward on April 27, 2022 in Courtroom 18C of 500 Pearl Street, New York, NY 10007. IT IS FURTHER ORDERED that the parties shall appear for a final pretrial conference on April 25, 2022 at 4:00 p.m.

**SO ORDERED.**

**Date: April 8, 2022**
**New York, NY**

_____
MARY KAY VYSKOCIL
United States District Judge

1