**United States v. Lisa Giannelli, S6 20 Cr. 160 (MKV)**

| | |
|---|---|
| DATE: | 03/20/2019 |
| TIME: | 11:50:22 A.M. |
| INTERCEPTED LINE: | 561-270-9286 |
| OUTGOING TO: | 937-260-2706 |
| PARTICIPANTS: | SETH FISHMAN [SF] |
| | ADRIENNE HALL [AH] |

ABBREVIATIONS:

[U/I]
Unintelligible

[ph]
Phonetic rendering

[O/V]
Overlapping voices



| LINE | NAME | TRANSCRIPTION |
|------|------|---------------|
| 1. |  | [09:48 Recording Start] |
| 2. | AH: | Um, so, but even with the withdrawal times, that's what I was worried about because I give him that stuff six days out. |
| 3. | SF: | No, because like I said, I put the withdrawal there because I got guys in Hong Kong and stuff like that, and they can test for fragments. They can't do it in the US, and like I said, to be super safe, I put it on there anyway because if a bottle gets, like, turned in then at least when they see "Use 6 Days Out" they don't think it is a pre-race as well. So, when jurisdiction finds something and they see "Use 6 Days Out" then it is almost like they don't pay too much attention to it because it is like it's a disclaimer that it is not a pre-race, right? |
| 4. | AH: | Right, um, all I gave him on race day was that VO2... |
| 5. | SF: | Alright, well, obviously he is feeling good then, hopefully he - at least, you know... So, you are going to race him, what, another four times? That's it? |
| 6. | AH: | Um, it'll be, back in on Sunday and then he will race three or four times in April, so he probably has about five or six more races. |
| 7. | SF: | Alright, so then we will figure out, like, when you hit him again, because I would only do it, like, every two weeks at the most. You know? |
| 8. |  | [11:02 Recording Ends] |