**United States v. Lisa Giannelli, S6 20 Cr. 160 (MKV)**

| | |
|---|---|
| DATE: | 02/26/2019 |
| TIME: | 12:25:38 P.M. |
| INTERCEPTED LINE: | 561-270-9286 |
| OUTGOING TO: | 302-222-2220 |
| PARTICIPANTS: | SETH FISHMAN [SF]<br>LISA GIANNELLI [LG] |

ABBREVIATIONS:

[U/I]
Unintelligible

[ph]
Phonetic rendering

[O/V]
Overlapping voices

GOVERNMENT EXHIBIT 119D-T  S6 20 Cr. 160 (MKV)

| LINE | NAME | TRANSCRIPTION |
|------|------|---------------|
| 1. |  | [15:18 Recording Start] |
| 2. | LG: | Yeah well, I mean you know you and I have been doing this what 15 years, 18 years I don't even know how long we have been doing this. There is a reason why our numbers are the way they are and we don't have a lot on the books because I trust my gut and my instinct and I don't like him from the get go. |
| 3. | SF: | Since 2004 |
| 4. |  | [15:35 Recording End] |