**United States v. Lisa Giannelli, S6 20 Cr. 160 (MKV)**

| | |
|---|---|
| DATE: | 06/04/2019 |
| TIME: | 10:10:55 A.M. |
| INTERCEPTED LINE: | 561-270-9286 |
| OUTGOING TO: | 302-222-2220 |
| PARTICIPANTS: | SETH FISHMAN [SF] |
| | LISA GIANNELLI [LG] |

ABBREVIATIONS:

[U/I]
Unintelligible

[ph]
Phonetic rendering

[O/V]
Overlapping voices



GOVERNMENT EXHIBIT 139A-T
S6 20 Cr. 160 (MKV)

| LINE | NAME | TRANSCRIPTION |
|---|---|---|
|  |  | [00:20 Recording Start] |
| 1. | SF: | I gotta be honest, nothing stops these guys if they have a four or four or a half hour lasiks from hitting their horse you know in a gas station right before they pull on to a track. I mean that's the way old school guys used to do it. I am sure the better guys are still hitting their horses and dumping the syringes before going on to the track, you know? You know some of these guys wanna be prima donnas and do it at the luxury of the farm. The crime is not that you do it in the gas station, the crime is you doing it period. You know? |
| 2. | LG: | Yeah, anything IM you are risking a uh you know an infection. That is just nasty. |
| 3. | SF: | Well, more than the infection. Its, just, it's - it's painful. You've gotten shots, haven't you? |
| 4. | LG: | Yeah. |
| 5. | SF: | They don't feel good. |
| 6. | LG: | Nope. |
| 7. | SF: | So, if you want to go and stick something in someone's neck before they are going to go out and try and make you money, I mean that's what you're basically doing. |

3

| 8. | LG: | Yup. |
| --- | --- | --- |
| 9. | SF: | [01:36 Recording End] |