1

**United States v. Lisa Giannelli, S6 20 Cr. 160 (MKV)**

| | |
|---|---|
| DATE: | 06/04/2019 |
| TIME: | 10:10:55 A.M. |
| INTERCEPTED LINE: | 561-270-9286 |
| OUTGOING TO: | 302-222-2220 |
| PARTICIPANTS: | SETH FISHMAN [SF] |
| | LISA GIANNELLI [LG] |

ABBREVIATIONS:

[U/I]
Unintelligible

[ph]
Phonetic rendering

[O/V]
Overlapping voices


GOVERNMENT EXHIBIT 139C-T
S6 20 Cr. 160 (MKV)

| LINE | NAME | TRANSCRIPTION |
|---|---|---|
| 1. |  | [09:34 Recording Start] |
| 2. | SF: | Um, so Abbatiello, yea I basically I dismissed having high hopes of sticking a needle and have your horse go two seconds faster. So, what it really says, no they are there but they are there mid-week and they aren't there without someone showing up on your door step. I mean... |
| 3. | LG: | Right. |
| 4. | SF: | Same thing with me, I have stuff. But the problem is, you know what's going to happen, these guys are going to run a few races, get lazy, and I don't want to be set up for misery. You know? |
| 5. | LG: | Yea. No and-and quite frankly he-he-he-he's just started buying from us again. Until he starts getting some serious regular stuff. I mean it's Jersey. [U/I] A little bit here and there is fine but we're not looking to put a spotlight on us either. |
| 6. | SF: | No, I get it. And like I've said, as far as I'm concerned, um, none of these guys are worth the headache at the end of the day because there is enough regular business to get. |
| 7. |  | [10:33 Recording Ends] |