**United States v. Lisa Giannelli, S6 20 Cr. 160 (MKV)**

| | |
|---|---|
| DATE: | 04/23/2019 |
| TIME: | 12:47:28 P.M. |
| INTERCEPTED LINE: | 302-222-2220 |
| OUTGOING TO: | 845-551-1434 |
| PARTICIPANTS: | Lisa Giannelli [LG]<br>Nicholas Devita [ND] |

ABBREVIATIONS:

| | |
|---|---|
| [U/I] | Unintelligible |
| [ph] | Phonetic rendering |
| [O/V] | Overlapping voices |

1

GOVERNMENT EXHIBIT
163A-T
S6 20 Cr. 160 (MKV)

| LINE | NAME | TRANSCRIPTION |
|---|---|---|
| 1. |  | [BEGINNING OF RECORDING] |
| 2. | LG: | Hello. |
| 3. | ND: | How we going? Hello? |
| 4. | LG: | Can you hear me? |
| 5. | ND: | Yeah, I can now. |
| 6. | LG: | Hey, how are you today? |
| 7. | ND: | Yeah, alright. |
| 8. | LG: | Question, did you ever use the Serenity that Doc has? Remember that product? |
| 9. | ND: | Which one was that? |
| 10. | LG: | Serenity, it was kind of like a mild TQ um for nervous horses. |
| 11. | ND: | I don't think so. |
| 12. | LG: | I can't get a hold of the mad scientist. Someone needs something for a horse that gets real nervous trailering to the races. |
| 13. | ND: | Right, right. |
| 14. | LG: | I know that the Serenity worked on a couple of horses, but I don't know if it would work in that instance like |

| LINE | NAME | TRANSCRIPTION |
|------|------|---------------|
|      |      | when you had it or not. |
| 15.  | ND:  | I don't... it doesn't ring a bell for me. |
| 16.  | LG:  | Okay. |
| 17.  | ND:  | No, it doesn't... what color label? What label? |
| 18.  | LG:  | He's changed it so many times. It used to be called another name and I can't remember what that is either. |
| 19.  | ND:  | Oh, okay. |
| 20.  | LG:  | His whole smoke and mirror bullshit pisses me off. |
| 21.  | ND:  | Yeah, I talked to him a week or two back and he was his usual fucking, pain in the ass self. To be perfectly frank with you. |
| 22.  | LG:  | Yep, yeah. I don't have him talk to too many people because they are usually ex-clients after they talk to him, so. |
| 23.  | ND:  | Yeah, yeah, I'm alright, I mean, that's alright. I have just known him long enough and it just doesn't perturb me, you know what I mean. |
| 24.  | LG:  | Right, right. |
| 25.  | ND:  | You know? Uh just his bullshit with it all and everything else and uh and so forth, it just makes it so difficult. You know? |
| 26.  | LG:  | I agree. You know that's why… |

| LINE | NAME | TRANSCRIPTION |
|---|---|---|
| 27. |  | He's [U/I] and I am sure he has got some good... I am sure that we haven't had access to all, you know, a good… what he knows is a good product or two, you know what I mean? |
| 28. | LG: | Yeah. |
| 29. | ND: | You know, the "Oh you have got to work it out for yourself" and all this nonsense. You know? And that is so frustrating, you know. But I can't remember. That doesn't ring a bell, Lisa. No. |
| 30. | LG: | Alright, well, the next time you place an order I will send a couple of bottles up and see what you think of it. |
| 31. | ND: | Alright, alright, as soon as I just want to get caught up. I'm blunting off Travis and Travis's man and I am helping them and you know, one conquers the other with the little bit of stuff I am using, you know, so…. |
| 32. | LG: | Okay. |
| 33. | ND: | But uh, no, I want to catch up first, Alright, dear? |
| 34. | LG: | Ok, you got it. Thanks. |
| 35. | ND: | Thanks, bye. |
| 36. |  | [END OF RECORDING] |