**United States v. Lisa Giannelli, S6 20 Cr. 160 (MKV)**

| | |
|---|---|
| DATE: | 05/09/2019 |
| TIME: | 06:06:12 P.M. |
| INTERCEPTED LINE: | 302-222-2220 |
| INCOMING FROM: | 302-222-4610 |
| PARTICIPANTS: | Lisa Giannelli [LG]<br>Unknown Female [UF] |

ABBREVIATIONS:

| | |
|---|---|
| [U/I] | Unintelligible |
| [ph] | Phonetic rendering |
| [O/V] | Overlapping voices |

GOVERNMENT EXHIBIT 195-T
S6 20 Cr. 160 (MKV)

| LINE | NAME | TRANSCRIPTION |
|------|------|---------------|
| 1. |  | [BEGINNING OF RECORDING – Start Time 07:28] |
| 2. | UF: | And then there was one other box of stuff uh from Mike Luongo [ph] that came. And something from BP LLC. |
| 3. | LG: | Yeah yeah, that's – that's the compounded stuff. |
| 4. | UF: | Yeah, I mean, they just – those are the only other two that came today with the Medisca stuff. Alright this sheet is out. |
| 5. | LG: | Okay, so now go into the office in the uh in the house. Uh you are going to have to scribble Seth Fishman's name, but you'll see where I've scribbled it on previous ones. So go into the office where the cat food is and just look for another sheet that looks like that and see how I just basically scribbled his name real quick. There's no definition of any number uh – any letters so. |
| 6. | UF: | I'm pretty good at forging signatures, believe it or not. [Laughs] [U/I] [O/V] |
| 7. | LG: | They're not going to question it. |
| 8. |  | [END OF RECORDING – End Time 08:51] |