**From:** Seth F shman <​█​>
**Sent:** Saturday, January 05, 2019 10:43 PM EST
**To:** L sa Ranger <​█​>
**Subject:** RE: S mp e terms

P ease see be ow

**From:** L sa Ranger <​█​>
**Sent:** Fr day, January 4, 2019 4:54 PM
**To:** Seth F shman <​█​>
**Subject:** S mp e terms

**Lets try this.. Simple terms.. please input.. for pain, tie up, attitude, inflammation, etc.. I know you gave description but I need a one word blip to catch their attention... w/o me suggesting or telling them .. that way they will question , then ask you or me about it..**

**Equi-Mass: PG-2 :**   Muscle growth factor.  Natural anabolic
**GNRH**:  Factrel, Androgenic hormone
**ITTP PLUS**:  Increased Oxygen release in blood.
**TB-7**:  Accelerated tissue repair especially lung tissue
**Oxygenator** Increased Oxygen release in blood
**HEPTAMAMO- B12** Mild blood builder
**EGH**  Increases Testosterone
**Homeogesic**: Natural analgesic (Pain killer)
**PSDS:** Natural analgesic (Pain killer)
**BB3** Long acting blood builder  (Would only let trusted clients have this)
**BPR BLUE** Strong pain killer and sedative
**Equitosan** Anti-Inflammatory for joints
**ACTH** In small doses will act as natural anti-inflammatory, Larger doses (2cc or more) sedation.
**LC200** Blood Buffer
**SERENITY**   Sedation

GOVERNMENT EXHIBIT
309
S6 20 Cr. 160 (MKV)