**From:** Lisa Ranger <​>
**Sent:** Friday, December 13, 2019 6:17 PM EST
**To:** Seth Fishman <​>
**CC:**
**Subject:** Re: CRUNCH THE NUMBERS ?

Ok, thanks. We'll see for $30

On Fri, Dec 13, 2019, 5:15 PM Seth Fishman <​> wrote:

> Depends on the margins. Also maybe do it smaller orders

> **From:** Lisa Ranger
> **Sent:** Friday, December 13, 2019 4:11 PM
> **To:** Seth Fishman
> **Cc:**
> **Subject:** Re: CRUNCH THE NUMBERS ?

> Sounds good. I guess my question is is it better to lay out the money and get the 200 bottles or just do it per order and pay a little bit more for each item, And they send it directly to the client

> On Fri, Dec 13, 2019, 3:26 PM Seth Fishman <​> wrote:

>> I will see if James will get me better pricing. Give me until over the weekend

>>> On Dec 13, 2019, at 1:12 PM, Lisa Ranger <​> wrote:

>>> Hello,

>>>   Just following up on my question from Dec 6th. Has anyone crunched the numbers on whether or not its profitable to have these items made ?

>>> Acytcysteine   Rapid price $16.88

>>> Fox 5x         Rapid Price $19.80

>>> If you think it still will need another round of the **Acetylcysteine 100 ML - 200 BOTTLES** ? Just let me know if you want to continue or if I should just pull from compounders as orders come in

>>> **Also, ADD TB7 to my list.. Sorry,**

>>> Lisa



GOVERNMENT
EXHIBIT
314H
S6 20 Cr. 160 (MKV)