**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Thursday, October 09, 2014 5:16 PM EDT
**To:** Seth Fishman <sethfishman@hotmail.com>
**Subject:** Lipotropes

Can you have this made ??

Lipotropes...

| | |
|---|---|
| **Strength:** | Methionine (L) 25 mg/ml |
| | Choline Chloride 50 mg/ml |
| | Inositol 50 mg/ml |
| **Size:** | 100 ml |

GOVERNMENT EXHIBIT 319FF S6 20 Cr. 160 (MKV)