**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Thursday, June 23, 2016 12:28 PM EDT
**To:** Seth Fishman <sethfishman@hotmail.com>
**Subject:** NEW PRODUCTS THAT NEED SHORT DESCRIPTION & USES
**Attachment(s):** "New Product Description.docx"

Write a short description of each of the new products below- in understandable layman's terms- it would help his sales tremendously  :)

Products:
NPX
POWER BLOC
HEPTAM
AMBROXIAL
B CALM
OMEPRAZOLE
EPM DOUBLE KILL - its a great seller but a description could make it get it there more & have even greater sales

ANY OTHER NEW PRODUCT YOU HAVE THAT YOU WANT TO SEND ME


thanks
Lisa

GOVERNMENT EXHIBIT 319G
S6 20 Cr. 160 (MKV)