**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Wednesday, September 13, 2017 1:40 PM EDT
**To:** Seth Fishman <sethfishman@hotmail.com>; Mary Fox <mary.equestology@gmail.com>
**Subject:** Product needed..

Hello,

I know you are getting things back in order but the 2 items that I need RIGHT NOW are **labels for the homeopathic bleeder plus, and bleeder pills** . I am completely out of pills at this point.

If you have more **oxygenator** down there you can send me up 50 bottles

Mary has **EPM double kill** time line in place to send more tubes regularly. I currently have 76 tubes, so once you have office back together she can make them accordingly.

**Further down the road.. ( I wont need any of these until December )**

**Then if you want make enough for the year or two.**

**Iron Sucrose**
**Folic 5x**
**Acetylcysteine**

If you want to start making Robaxin/Methocarbonal again 100ml let me know. Or anything else on previous email of potential products to make .

| **Product** | **Size bottle** | **Year total sold** | **We Pay** |
|---|---|---|---|
| **Hemo 15** | 100ml | 525 | $11.00 |
| **Caco Copper w/ Iron** | 100 ml | 480 | $10.00 |
| **Delvorex** | 100 ml | 270 | $12.50 |
| **Lipotropes** | 100ml | 320 | $11.00 |
| **Robaxin** | 100ml | 250 | $17.00 |
| **Diclazuril** | 60ml | 400 | $24,00 |

**thanks**
**Lisa**

GOVERNMENT EXHIBIT 319HH
S6 20 Cr. 160 (MKV)