**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Tuesday, July 23, 2019 9:58 AM EDT
**To:** Seth Fishman <SethFishman@hotmail.com>
**Subject:** Re: Horse bloods- abbitello

Ok, thanks.

On Tue, Jul 23, 2019, 7:23 AM Seth Fishman <SethFishman@hotmail.com> wrote:
> Ok will try to call him
>
> On Jul 23, 2019, at 8:02 PM, Lisa Ranger <equestology@gmail.com> wrote:
>
>> He has gotten serenity, bpr blue,it plus & tb7 from us..
>>
>> On Mon, Jul 22, 2019, 11:28 PM Seth Fishman <SethFishman@hotmail.com> wrote:
>>> When you up let me know.
>>>
>>> I don't know if you had sold him TB-7.  If you can send me a list of what he is using now that would be great.  If not no worries.
>>>
>>> Enjoy your trip
>>>
>>> On Jul 23, 2019, at 10:32 AM, Lisa Ranger <equestology@gmail.com> wrote:
>>>
>>>> Ok
>>>>
>>>> On Mon, Jul 22, 2019, 9:31 PM Seth Fishman <SethFishman@hotmail.com> wrote:
>>>>> So maybe we sell him TB 7 and peg2/equimass and avoid blood builder for now
>>>>>
>>>>> On Jul 23, 2019, at 10:28 AM, Lisa Ranger <equestology@gmail.com> wrote:
>>>>>
>>>>>> 70%
>>>>>>
>>>>>> On Mon, Jul 22, 2019, 9:05 AM Seth Fishman <SethFishman@hotmail.com> wrote:
>>>>>>> You trust him?
>>>>>>>
>>>>>>> On Jul 22, 2019, at 7:26 PM, Lisa Ranger <equestology@gmail.com> wrote:
>>>>>>>
>>>>>>>> Ok please give instructions on how to use ea and also which blood builder. I also am in Roatan, so I don't have sheet here
>>>>>>>>
>>>>>>>> Thx Lisa
>>>>>>>>
>>>>>>>> On Sun, Jul 21, 2019, 11:41 PM Seth Fishman <SethFishman@hotmail.com> wrote:
>>>>>>>>> All have increased WBC's.  One is mild tie-up and other mild anemia.  I am in Asia but if you trust him we can use blood builder on 1 horse and Equimass on other horse.
>>>>>>>>>
>>>>>>>>> All three should be on series of TB-7
>>>>>>>>>
>>>>>>>>> On Jul 22, 2019, at 9:44 AM, Lisa Ranger <equestology@gmail.com> wrote:
>>>>>>>>>
>>>>>>>>>> ---------- Forwarded message ---------
>>>>>>>>>> From: **eabbatiello** <eabbatiello@comcast.net>
>>>>>>>>>> Date: Sun, Jul 21, 2019, 6:47 PM
>>>>>>>>>> Subject: Horse bloods
>>>>>>>>>> To: <equestology@gmail.com>
>>>>>>>>>>
>>>>>>>>>> Doc asked me to send these to you if you have a

**GOVERNMENT EXHIBIT 319I**
S6 20 Cr. 160 (MKV)

chance please print out and give to him....he want ls to take a quick look maybe he could help me with the few things.
Thanks as always
Eric Abbatiello

Sent from my Verizon, Samsung Galaxy smartphone

<Screenshot_20190721-204440_Gallery.jpg>

<Screenshot_20190717-133830_Drive.jpg>

<Screenshot_20190717-131907_Drive.jpg>

<Screenshot_20190717-132218_Drive.jpg>

<Screenshot_20190717-132341_Drive.jpg>