**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Thursday, January 03, 2019 4:41 PM EST
**To:** Seth Fishman <SethFishman@hotmail.com>
**Subject:** Re: Item Description Needed

thank you

On Wed, Jan 2, 2019 at 2:33 PM Seth Fishman <SethFishman@hotmail.com> wrote:

> See below
>
> **From:** Lisa Ranger <equestology@gmail.com>
> **Sent:** Wednesday, January 2, 2019 1:32 PM
> **To:** Seth Fishman <sethfishman@hotmail.com>; Mary Fox <mary.equestology@gmail.com>
> **Subject:** Item Description Needed
>
> Can you please send a short description of each item please..
>
> 1)   B 3  This is a blood builder that is used 5-6 days prior.  Usually it takes 2 weeks to see results.   The dosing is once every two weeks.  I would really stay low key on this one.
>
> 2)    BPR Blue  Strong analgesic.   Like other products I would start with ½ cc IV and work my way up.
>
> 3)    ITTP Plus:  ITPP plus other ingredients.   ITPP increases oxygen release. Compared to what's sold online its lets than ½ the price.  Most people are using ½ bottle night before and remainder of bottle 4-5 hours before event.
>
> 4) VO2 Max:  HP Bleeder plus with additional ingredients.   Usually 10 mls 4-5 fors prior to race.
>
> 5) P3 Pentosan Platinum Plus:  Equivalent to dose of pentosan and 1 bottle of Polyglycan
>
> I have other products and will start organizing them.  I have stuff you can use the day before that is far better than bute and banamine on many levels.
>
> thanks Lisa

