**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Tuesday, May 24, 2016 8:25 AM EDT
**To:** Mary Fox <mary.equestology@gmail.com>; Seth Fishman <sethfishman@hotmail.com>
**Subject:** Re: Npx

At this point 50.. It would sell more but more people need to know it exists.

If he could write a short description of each of the new products below- in understandable layman's terms- it would help his sales tremendously  :)

Products:
NPX
POWER BLOC
HEPTAM
AMBROXIAL
EPM DOUBLE KILL - its a great seller but a description could make it get it there more & have even greater sales

ANY OTHER NEW PRODUCT HE HAS THAT HE WANTS TO SEND ME


Thanks Lisa

On Mon, May 23, 2016 at 3:32 PM, Mary Fox<mary.equestology@gmail.com> wrote:
> Seth needs to know how many  npx you want for the year if possible so he can plan production for the lab
>
> Sent from my iPhone

GOVERNMENT EXHIBIT 319M
S6 20 Cr. 160 (MKV)