**From:** Seth Fishman <sethfishman@hotmail.com>
**Sent:** Wednesday, January 04, 2017 11:07 AM EST
**To:** Mary Fox <mary.equestology@gmail.com>
**CC:** Lisa Ranger <equestology@gmail.com>
**Subject:** RE: Lisa needs descriptions to sell more of this product for you and any other new items you are considering
**Attachment(s):** "D-Phenylalanine & D-Leucine.pdf"

-----Original Message-----
From: Mary Fox [mailto:mary.equestology@gmail.com]
Sent: Wednesday, January 4, 2017 9:26 AM
To: Seth Fishman <sethfishman@hotmail.com>
Subject: Lisa needs descriptions to sell more of this product for you and any other new items you are considering

I also need a "SHORT" explanation in horseman's terms about his new products.. If he wants to open the door to them he needs them to be able to ask and understand the product..

Heptamo B12:

   Facilitates energy availability during exercise, and provides a potent anti-catabolic effect to limit muscle damage during exercise. Actions Ornithine alphaketoglutarate (OAK) stimulates Growth Hormone and Insulin release, for a potent tissue building effect. Trials have demonstrated that OAK effectively reduces muscle loss after surgery and trauma, and increases the synthesis of muscle protein. OAK also acts as an ammonia scavenger within the body, and provides the body with glutamine (the most abundant free amino acid in muscle tissue). The level of glutamine is directly correlated to the level of muscle protein synthesis. During exercise large amounts of glutamine are lost from muscle tissue. As the provider of glutamine, OAK has a potent anti-catabolic effect (i.e. helps prevent tissue breakdown, especially muscles).

PSDS:  Double Strength Panacin.  See attachment

LC200:  L-Carnosine 200 mg/ml.  Everyone else selling it 50 mg/ml so ours is 4 times the strength.

   Carnosine is a physiological antioxidant able to scavenge free radicals and efficiently protect the lipid phase of cell membranes. It is a mild anti-inflammatory compound and is a prominent component in wound healing.  Carnosine is a major muscle buffer. In muscle tissue, phosphate and carnosine together provide approximately 90% of the buffering capacity. Intense exercise always involves an anaerobic component and thus results in significant reductions in ATP, an increase in muscle lactic acid, and an increase in tissue acidity. Although the acidity can normally be buffered by the body, under high stress conditions the lactate build-up is too fast for the body to cope with. With increasing acidity comes premature muscle fatigue, with an associated decrease in performance.
Carnosine supplements provide the vital buffering capacity, as well as antioxidant activity to improve muscle function and delay fatigue. Carnosine improves cardiac contractibility, sensitizes cellular calcium channels to their activators, and protects against hydroxyl free radicals.

Homeogesic:  MSM, DMG and D-Amino Acids.  Equivalent to Using Transam, DMG and Panacin.

   D- Amino acids where extensively studied and proven to work.  See Attachment.  You will note that most compounders only use D-Phenlyalanice and not D-Leucine but L-Leucine because too expensive to buy and also hard to formulate.  This is the only formulation on the market that was made with all D- Versions.

EGH:
   DHEA at the highest concentration and the source was not cheap soy based, but synthesized.  DHEA is a prohormone that is predominantly used in human athletes to increase testosterone levels.  The benefit of using a prohormone is that the Testosterone levels will increase balanced.  Using testosterone by itself alters the ratios and much more easily detected. Giving one shot a week has never caused levels to test positive.  In some cases in HK people using 2 shots per week for more than 4 weeks had pushed the upper limits of testosterone limits.

Equifactor:

GOVERNMENT EXHIBIT 319U S6 20 Cr. 160 (MKV)

Modified growth factor for muscles.  The peptide was studied for years and the human version contains a carry molecule that is easily detected.  Having the carrier molecule altered allows the peptide to be eliminated within 4 days.  The peptide specifically targets damaged muscle tissue and accelerates healing.  Some have noticed increased RBC's using the product.

I cannot recommend using within 4 days, but there are some using the day before for tie up horses.  Since the molecule is altered, the labs could never detect unless a snitch tuned a bottle in and the racing authorities decided to make a test.  This is highly unlikely, but a possibility.

Most are using 2 doses a week for 3-4 weeks then going to once a week.  My recommendation is to give one shot following the race for increased recovery.  The product is being patented in 23 countries currently.


Sent from my iPhone