**10/1/2015 3:35 PM (Viewed 10/1/2015 3:36 PM)**
Lisa Ranger Cell (3022222220)

Spoke to the guy Ross Cohen owner. . He is a complete dick.. how do you want me to handle it?

**10/1/2015 3:36 PM**
Seth AA (+15612709286)

What's Ross doing?

**10/1/2015 3:36 PM (Viewed 10/1/2015 3:37 PM)**
Lisa Ranger Cell (3022222220)

Still waiting for him to respond to Bill he won't pick up the phone for him I just had a yelling match with the owner.. he ain't going to pay what do you want me to do?

**10/1/2015 3:37 PM (Viewed 10/1/2015 3:38 PM)**
Lisa Ranger Cell (3022222220)

He said he sent your bill to the state whatever that means when he hears back from them will decide what to do

**10/1/2015 3:39 PM**
Seth AA (+15612709286)

Sit tight meanwhile have Ross tell every vet and trainer how he is

**10/7/2015 4:58 PM (Viewed 10/7/2015 5:29 PM)**
Lisa Ranger Cell (3022222220)

Solved the problem by the weights of the shipment looks like the ones out of Texas was short sending three more but they'll be a couple of days nothing close to you sorry

**10/7/2015 4:58 PM (Viewed 10/7/2015 5:29 PM)**
Lisa Ranger Cell (3022222220)

Solved the problem by the weights of the shipment looks like the ones out of Texas was short sending three more but they'll be a couple of days nothing close to you sorry

**10/7/2015 5:30 PM**
Seth AA (+15612709286)

Ok thank you. I knew it was on them

**10/8/2015 11:31 AM (Viewed 10/8/2015 11:40 AM)**
Lisa Ranger Cell (3022222220)

12 Silver Cream on its way.. coming out of a warehouse in Florida so you should have it tomorrow they're $42 each plus whatever tax you have there

**10/8/2015 11:40 AM**
Seth AA (+15612709286)

Thank you

**10/13/2015 11:46 AM (Viewed 10/13/2015 12:01 PM)**
Lisa Ranger Cell (3022222220)

Scott us going to text you. He s looking for something to use that won't kill the liver. He pays but on a low to medium budget

**10/13/2015 12:01 PM**
Seth AA (+15612709286)

He is asking for blood builders

**10/13/2015 12:06 PM (Viewed 10/13/2015 12:44 PM)**
Lisa Ranger Cell (3022222220)

Yes

GOVERNMENT EXHIBIT
320FA
S6 20 Cr. 160 (MKV)

**10/13/2015 12:44 PM**
Seth AA (+15612709286)
> Can we be trusted

**10/13/2015 1:20 PM (Viewed 10/13/2015 1:40 PM)**
Lisa Ranger Cell (3022222220)
> Ehh. Kinda..lol

**10/16/2015 11:06 AM (Viewed 10/16/2015 12:44 PM)**
Lisa Ranger Cell (3022222220)
> Michelle McDougal apparently Avett down in Pompano want some of your power block said she tried to call you but she thinks you're out of town and need some sent to her do you want to send it? Do you want me to send it are you dealing with her?

**10/16/2015 2:46 PM (Viewed 10/16/2015 4:18 PM)**
Lisa Ranger Cell (3022222220)
> What am i charging this vet for this power block?

**10/16/2015 4:18 PM**
Seth AA (+15612709286)
> Normal price

**10/16/2015 4:19 PM (Viewed 10/16/2015 4:20 PM)**
Lisa Ranger Cell (3022222220)
> Ok

**10/16/2015 4:22 PM**
Seth AA (+15612709286)
> I don't know this veterinarian. There's no reason that you or I should lose any of our money, when she's going to go around and charge clients for our services. She doesn't have a working block her self and could make over $250 a bottle using it. If anything I would charge her more

**10/16/2015 4:53 PM (Viewed 10/16/2015 6:58 PM)**
Lisa Ranger Cell (3022222220)
> Ok. I already had to kind of snap on her she wanted me to send this to the racetrack stable gate I said absolutely not

**10/16/2015 6:59 PM**
Seth AA (+15612709286)
> Ask her why not send it to race Commision office?

**10/16/2015 7:00 PM (Viewed 10/16/2015 7:39 PM)**
Lisa Ranger Cell (3022222220)
> Lol.. I know..

**10/18/2015 12:14 PM (Viewed 10/18/2015 12:19 PM)**
Lisa Ranger Cell (3022222220)
> Not sure which phone you have with you so I'm texting you on both the product you have that is cheaper than tildren. what is it and does Mary have it in Florida how much is it?

**10/18/2015 12:14 PM (Viewed 10/18/2015 12:19 PM)**
Lisa Ranger Cell (3022222220)
> Not sure which phone you have with you so I'm texting you on both the product you have that is cheaper than tildren. what is it and does Mary have it in Florida how much is it?

**10/18/2015 12:20 PM**
Seth AA (+15612709286)
> Charge 200 for single dose infusion or $225 for 10 vials given over 10 days