3/10/2016 2:13 PM (Viewed 3/10/2016 2:15 PM)

**Lisa Ranger Cell (3022222220)**

Boothwyn pharmacist wants to ralk to you.. he should be calling soon. Ny vets calling him about positives.

3/10/2016 2:15 PM
Seth AA (+15612709286)

Spoke to him

3/10/2016 2:15 PM

**Lisa Ranger Cell (3022222220)**

Ok thanks

3/10/2016 2:16 PM
Seth AA (+15612709286)

Give me spelling of the positive

3/10/2016 2:16 PM

**Lisa Ranger Cell (3022222220)**

I don't have it, he didn't have it ?

GOVERNMENT EXHIBIT 320FC
S6 20 Cr. 160 (MKV)