**1/2/2017 3:16 PM (Viewed 1/2/2017 3:35 PM)**
Lisa Ranger Cell (3022222220)
I have 30 of those green caps, do I have any this bT blue? Or is that specific down there?

**1/9/2017 12:23 PM**
Seth AA (+15612709286)
Please can you get me current pricing including tax for succeed

**1/25/2017 4:35 PM (Viewed 1/25/2017 7:57 PM)**
Lisa Ranger Cell (3022222220)
Gregg McNair has an account setup with credit card on file so just let me know what you to discuss or when he calls back he can tell me thank you

**1/25/2017 7:57 PM**
Seth AA (+15612709286)
Can he be trusted?

**1/25/2017 9:47 PM**
Lisa Ranger Cell (3022222220)
To be honest I don't remember him he seems to know me but I'll ask around

**1/25/2017 9:47 PM (Viewed 1/25/2017 9:48 PM)**
Lisa Ranger Cell (3022222220)
He was just asking me about your EPM paste and stuff l ke that he's got babies

**1/25/2017 9:48 PM**
Seth AA (+15612709286)
Please do. I told him if he looking to cherry pick prerace then we not interested

**1/25/2017 9:49 PM (Viewed 1/25/2017 10:14 PM)**
Lisa Ranger Cell (3022222220)
Ok

**2/4/2017 12:34 PM**
Seth AA (+15612709286)
Can I please get a bank account total

**2/4/2017 1:08 PM (Viewed 2/4/2017 1:40 PM)**
Lisa Ranger Cell (3022222220)
Yes, in about an hour and a half I'll be back to the house I'll let you know

**2/4/2017 1:40 PM**
Seth AA (+15612709286)
Thank you

**2/4/2017 2:54 PM (Viewed 2/4/2017 3:58 PM)**
Lisa Ranger Cell (3022222220)
Ok I sent it

**2/4/2017 3:58 PM**
Seth AA (+15612709286)
Thank you

47

GOVERNMENT EXHIBIT 320FH
S6 20 Cr. 160 (MKV)