7/22/2017 2:03 PM (Viewed 7/22/2017 2:16 PM)

Lisa Ranger Cell (3022222220)



7/22/2017 2:03 PM (Viewed 7/22/2017 2:16 PM)

Lisa Ranger Cell (3022222220)



7/24/2017 9:05 PM (Viewed 7/24/2017 9:06 PM)

Lisa Ranger Cell (3022222220)

Question from client. Can you text answers so i can forward it to him..

Fwd: This power bloc how far out do I inject with it and does it test in pa and how long does it last do you know off hand?? Thank you

7/24/2017 9:07 PM
Seth AA (+15612709286)

I would suggest using it 2-3 days out because it burns. It will not test anywhere. Depending on how bad the joint is, it can last up to three weeks

8/14/2017 8:47 AM (Viewed 8/14/2017 8:52 AM)

Lisa Ranger Cell (3022222220)

this is coming from Dylan he had them on potassium penicillin in gentacin, looking for something else..

Fwd: I guess we can switch to baytril and sulfur, or baytril and genticin which ever you think is best. Can you drop it at my house before you leave? I also need a bottle of ace

GOVERNMENT
EXHIBIT
320FI
S6 20 Cr. 160 (MKV)