**10/14/2018 7:27 PM**
Seth AA (+15612709286)

> Charge 125 for overnight

**10/21/2018 5:52 PM**
Seth AA (+15612709286)

> Just landed in California and got this text:
>
> Hi, my name is Adrienne and I'm a harness trainer at Sunshine Meadows, i got your number from Lisa...I was wondering if you can help me come up with some prerace options for a new horse i just got in, i can email you his most recent blood work if so

**10/21/2018 5:54 PM (Viewed 10/21/2018 5:55 PM)**
Lisa Ranger Cell (3022222220)

> she is going to send you a blood work that she has she is a referral of Daniel Maier and has been ordering supplies from us go ahead and ta k to her, she doesn't have much knowledge. .as you can surmise from the text. Old Poliseno client tired of his bs

**10/23/2018 10:19 AM (Viewed 10/23/2018 6:46 PM)**
Lisa Ranger Cell (3022222220)

> Hey can you please try to call that Adrian Hall today

**10/31/2018 12:06 PM**
Seth AA (+15612709286)

> Can you order 50 boxes of adequan to your house. I will have you ship again if you don't mind

**10/31/2018 12:29 PM (Viewed 10/31/2018 1:10 PM)**
Lisa Ranger Cell (3022222220)

> You do know I'm leaving for 3 weeks correct? Is there any way they can go to Florida I can have somebody do it here but the logistics of it's going to be a nightmare

**10/31/2018 1:11 PM**
Seth AA (+15612709286)

> Ok no worries

**11/29/2018 10:23 AM**
Lisa Ranger Cell (3022222220)

> Did you have a product similar to orgotein ?

**11/29/2018 10:24 AM**
Seth AA (+15612709286)

> Yes

**11/29/2018 10:24 AM**
Lisa Ranger Cell (3022222220)

> Price, name ?

**11/29/2018 10:24 AM**
Seth AA (+15612709286)

> 2 versions

**11/29/2018 10:25 AM**
Seth AA (+15612709286)

> SOD LD & SOD HD

**11/29/2018 10:25 AM**
Lisa Ranger Cell (3022222220)

> Ok Daniel Meir is asking. When are you available to talk to him ?

GOVERNMENT EXHIBIT 320FJ
S6 20 Cr. 160 (MKV)

**11/29/2018 10:26 AM**
Seth AA (+15612709286)
> 22.50 & 28.5

**11/29/2018 10:26 AM**
Seth AA (+15612709286)
> can call now

**11/29/2018 10:29 AM (Viewed 11/29/2018 10:40 AM)**
Lisa Ranger Cell (3022222220)
> Ok I think he will call, just gave him your number. He's not always open to new ideas or products. Don't push.. he wants what he wants.. whatever

**11/29/2018 10:40 AM**
Seth AA (+15612709286)
> On with him now

**11/29/2018 1:36 PM**
Lisa Ranger Cell (3022222220)
> Adriane Hall is at training facility in Delray Beach she wants to know.. is there any other local vet Dr Fishman would recommend i call for injections down here?

**11/29/2018 1:36 PM**
Seth AA (+15612709286)
> Not sure who to recommend

**11/29/2018 1:37 PM**
Lisa Ranger Cell (3022222220)
> That's what I thought but I figured I'd ask

**11/29/2018 1:38 PM**
Seth AA (+15612709286)
> Maybe Nolan

**11/29/2018 1:38 PM**
Lisa Ranger Cell (3022222220)
> Is he even still alive? LOL I thought one of them died

**11/29/2018 1:38 PM**
Seth AA (+15612709286)
> Yes

**11/29/2018 1:42 PM**
Seth AA (+15612709286)
> Laughed at "Is he even still alive? LOL I thought one of them died"

**11/29/2018 1:43 PM (Viewed 11/29/2018 1:47 PM)**
Lisa Ranger Cell (3022222220)
> 😅

**11/29/2018 1:47 PM**
Seth AA (+15612709286)
> Disliked "Just to confirm he wants 10 of them?"

**11/29/2018 1:48 PM**
Lisa Ranger Cell (3022222220)
> ? Did you mean to send that to me

**11/29/2018 2:00 PM**
Seth AA (+15612709286)

Pocket emoji

**12/12/2018 9:48 AM**
Lisa Ranger Cell (3022222220)

Hello call me when you get a chance have a question about the EPM medicine and possible problem

**12/19/2018 10:51 AM (Viewed 12/19/2018 10:57 AM)**
Lisa Ranger Cell (3022222220)

File attachment with MIME type: text/x-vcard
Adrian Hall is going to text you can you please get up with her when you get a chance she has some questions

**12/28/2018 12:56 PM (Viewed 12/28/2018 2:43 PM)**
Lisa Ranger Cell (3022222220)

Your bill for schein it's a little over 9000 this statement do you want to pay before the end of the year? Or does it not matter

**12/28/2018 2:43 PM**
Seth AA (+15612709286)

Please pay

**12/28/2018 2:58 PM**
Lisa Ranger Cell (3022222220)

Ok