**2/26/2019 12:19 PM**
Seth AA (+15612709286)
> Can you trust Cory

**2/26/2019 12:20 PM**
Lisa Ranger Cell (3022222220)
> Yes

**2/26/2019 12:21 PM**
Seth AA (+15612709286)
> Call you in a few

**2/26/2019 12:21 PM**
Lisa Ranger Cell (3022222220)
> Ok,

**3/1/2019 2:31 PM (Viewed 3/1/2019 6:39 PM)**
Lisa Ranger Cell (3022222220)
> Some of the TB 7 I have here is expired, is it still good? Expired May 2018

**3/1/2019 6:40 PM**
Seth AA (+15612709286)
> Yes

**3/1/2019 6:41 PM (Viewed 3/1/2019 6:57 PM)**
Lisa Ranger Cell (3022222220)
> Ok

**3/5/2019 10:59 AM (Viewed 3/5/2019 11:29 AM)**
Lisa Ranger Cell (3022222220)
> Chris Bert from Ohio will be texting you I told him you were overseas get back to him when you can, he has a question. he is okay to talk to

**3/5/2019 4:45 PM (Viewed 3/5/2019 5:51 PM)**
Lisa Ranger Cell (3022222220)
> Hello what strength misoprostol do you recommend for client, he wants strongest.. 200 mcg/480 ml
> 1000 mcg/120ml
> There are many to choose from.. Wedgewood

**3/6/2019 12:59 AM**
Seth AA (+15612709286)
> They make it all strengths.  Typical dose is 1250 mcg per 500 kg body weight twice a day

**3/6/2019 1:00 AM**
Seth AA (+15612709286)
> Need to know mcg/ml. Volume not important but concentration is

**3/21/2019 4:24 PM (Viewed 3/21/2019 4:45 PM)**
Lisa Ranger Cell (3022222220)
> How much TB7 does one have to buy to get a discount? Right now we are charging 50, if you are willing to discount what will you charge for how many

GOVERNMENT EXHIBIT 320FK
S6 20 Cr. 160 (MKV)

**3/21/2019 4:51 PM**
Seth AA (+15612709286)
If they buy 2 boxes of 49 it's $45 per vial.

**3/21/2019 4:52 PM**
Lisa Ranger Cell (3022222220)
Ok thx

**3/21/2019 4:52 PM**
Seth AA (+15612709286)
Who is looking for discount

**3/21/2019 4:52 PM**
Lisa Ranger Cell (3022222220)
Kevin Lare

**3/21/2019 4:54 PM**
Seth AA (+15612709286)
Is he using it, or reselling it. Does not matter just curious

**3/21/2019 4:55 PM**
Lisa Ranger Cell (3022222220)
I believe he'll be using it he has about seven or eight young ones for Frank Chock

**3/21/2019 5:41 PM**
Seth AA (+15612709286)
Ok

**4/23/2019 11:18 AM (Viewed 4/23/2019 11:35 AM)**
Lisa Ranger Cell (3022222220)
Are you around? Call me need recommendations for a nervous horse being trailed to the races.

**4/23/2019 3:38 PM**
Seth AA (+15612709286)
I'll try you again in 30

**4/23/2019 3:43 PM (Viewed 4/23/2019 3:49 PM)**
Lisa Ranger Cell (3022222220)
It's okay he went with the serenity

**4/23/2019 3:43 PM (Viewed 4/23/2019 3:49 PM)**
Lisa Ranger Cell (3022222220)
Thx

**4/25/2019 11:49 AM (Viewed 4/25/2019 12:10 PM)**
Lisa Ranger Cell (3022222220)
Josh Parker has been trying to get in touch with you he needs to speak to you today he's got two issues, again a hot horse and also a bleeder. the main thing you could ta k to him about is the TQ. His number 302-236-1309. he will be stopping on his way back here so was looking for the answers you have not talked to him in the past this is not Jack this is Josh

**4/25/2019 12:11 PM**
Seth AA (+15612709286)
I just landed in UAE. Have him call me

**5/7/2019 1:59 PM (Viewed 5/7/2019 6:52 PM)**
Lisa Ranger Cell (3022222220)
File attachment with MIME type: text/x-vcard