**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Thursday, February 23, 2017 10:42 AM EST
**To:** Mary Fox <mary.equestology@gmail.com>
**Subject:** Fwd: New Order

Did you get this ? Please respond so I know they are going out..


thanks Lisa


---------- Forwarded message ----------
From: **Lisa Ranger** <equestology@gmail.com>
Date: Wed, Feb 22, 2017 at 10:29 AM
Subject: New Order
To: Mary Fox <mary.equestology@gmail.com>


Hello,
   I will be needing .. as much as you can send.. no limit  :)

1) Epm Paste
2) Homeopathic Bleeder Plus  ****
3) Folix 5x   100cc bottles
4) Omeprazole (12 bottles)
5) PG-2 - Equimass
6) TB-7
7) Equisan- Pentasan
8) more bleeder pills

thanks Lisa

GOVERNMENT EXHIBIT
329
S6 20 Cr. 160 (MKV)