**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Monday, December 05, 2016 1:01 PM EST
**To:** Mary Fox <mary.equestology@gmail.com>
**Subject:** Fwd: Courtney's mess now my mess
**Attachment(s):** "Courtney.mess2.jpg","Courtneys.mess.pdf"

---------- Forwarded message ----------
From: **Lisa Ranger** <equestology@gmail.com>
Date: Sun, Dec 4, 2016 at 9:30 AM
Subject: Courtney's mess now my mess
To: Seth Fishman <sethfishman@hotmail.com>


Good morning, call me when you get back in the States. There is a gentleman from Indiana that wants to talk to you. A new account, 15-20 horses..

Also..

Can you please stop Courtney from doing this shit. She has caused yet another problem for me. I thought we talked about this. If you choose to keep her on as an employee I can not stress enough to have her stay far far away from my end of your business. **Stop her from ordering from Schein.** There are plenty of other distributors she can use. I had phone calls and emails of disgust dealing with her. Pam was on vacation and Courtney put everybody involved in a tailspin due to her lack of knowledge of what she wanted to order and her incompetence in getting any job done correctly. I cant put this in any other terms. KEEP HER AWAY FROM ME. I can not do my job correctly if she is over there blundering thru hers.

The other day she placed and cancelled all these orders. I have the intelligent inventory program on my end which is now all messed up due to her lack of clarity. Also, the product she orders is not the same as mine so I have no way of inputting the data into Avimark nor do I care to. It took me DAYS to get that system up and running correctly and now with her messing up it is all fucked.

thanks

GOVERNMENT EXHIBIT 331
S6 20 Cr. 160 (MKV)