**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Friday, February 10, 2017 12:07 PM EST
**To:** Mary Fox <mary.equestology@gmail.com>
**Subject:** More Supplies needed..

Good Morning,
   On our last phone conversation I had asked if in the future the homeopathic bleeder can be send directly here. Is that in motion ? I will be needed more in a very short time .

Where is he on the powdered acth ? I will need that when ever you have it available.

Did he get the silver top EQ order in ? Approximately when will that be available ?

I received 134 FHS - Iron Sucrose I will need labels for please..

Also, I will be needed Folix 5x here in a few months. Not sure if that has been added to the list of products to make.

More items..

NPX , new and old version

As many bleeder pills as he can get.. Again mind as well send to me vs storage down there..

thank you
Lisa

GOVERNMENT EXHIBIT 332A
S6 20 Cr. 160 (MKV)