**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Sunday, August 27, 2017 2:47 PM EDT
**To:** Seth Fishman <sethfishman@hotmail.com>; Mary Fox <mary.equestology@gmail.com>
**Subject:** Potential Products to make..

As we have discussed in the past , there are many new products that are far superior to the products of the past. A combination product for jugs would be something most horsemen may be interested in. They never know how to improve their bloodwork and overall performance of their horse..

Here are the numbers we sell in a years time.. Some products you may want to compound yourself, some you may want to combine to make a concentrated better vitamin..

| Product | Size bottle | Year total sold | We Pay |
|---|---|---|---|
| Hemo 15 | 100ml | 525 | $11.00 |
| Caco Copper w/ Iron | 100 ml | 480 | $10.00 |
| Delvorex | 100 ml | 270 | $12.50 |
| Lipotropes | 100ml | 320 | $11.00 |
| Robaxin | 100ml | 250 | $17.00 |
| Diclazuril | 60ml | 400 | $24,00 |

GOVERNMENT EXHIBIT 332F
S6 20 Cr. 160 (MKV)