**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Wednesday, September 13, 2017 1:40 PM EDT
**To:** Seth Fishman <sethfishman@hotmail.com>; Mary Fox <mary.equestology@gmail.com>
**Subject:** Product needed..

Hello,

   I know you are getting things back in order but the 2 items that I need RIGHT NOW are **labels for the homeopathic bleeder plus, and bleeder pills** . I am completely out of pills at this point.

If you have more **oxygenator** down there you can send me up 50 bottles

Mary has **EPM double kill** time line in place to send more tubes regularly. I currently have 76 tubes, so once you have office back together she can make them accordingly.

**Further down the road.. ( I wont need any of these until December )**

**Then if you want make enough for the year or two.**

**Iron Sucrose**
**Folic  5x**
**Acetylcysteine**


If you want to start making Robaxin/Methocarbonal again 100ml let me know. Or anything else on previous email of potential products to make .

| Product | Size bottle | Year total sold | We Pay |
|---|---|---|---|
| Hemo 15 | 100ml | 525 | $11.00 |
| Caco Copper w/ Iron | 100 ml | 480 | $10.00 |
| Delvorex | 100 ml | 270 | $12.50 |
| Lipotropes | 100ml | 320 | $11.00 |
| Robaxin | 100ml | 250 | $17.00 |
| Diclazuril | 60ml | 400 | $24,00 |

**thanks**
**Lisa**

GOVERNMENT
EXHIBIT
332H
S6 20 Cr. 160 (MKV)