**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Friday, December 06, 2019 12:21 PM EST
**To:** Mary Fox <mary.equestology@gmail.com>
**Subject:** Products in Need.. UPDATED ..

Hello,
  So this is what I am in desperate need of..

Homeopathic Bleeder Plus
VO2Max
Power Bloc
Omeprazole liquid
BPR Blue

Eventually potentially need.. but here is what I can get them at the compounded price.. See if worth making a batch or just get sourced thru Boothwym or Rapid Equine

Acytlcysteine    Rapid price $16.88
Folix 5 x        Rapid Price $19.80

Labels need to meet or exceed whats required before you send to me  :)

thx Lisa

GOVERNMENT EXHIBIT
3321
S6 20 Cr. 160 (MKV)