**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Monday, April 10, 2017 5:45 PM EDT
**To:** Mary Fox <mary.equestology@gmail.com>
**Subject:** Re: Received Items

yes I received them.. thank you   All good with the packing..

Tell doc if he is interested.. Many clients are ordering omeprazole w/ Ranidine in it from Boothwyn.. Can he make a batch with that in it ?

thanks Lisa

On Mon, Apr 10, 2017 at 9:13 AM, Mary Fox<mary.equestology@gmail.com> wrote:
> Hello
>
> Just confirming you received 200 Folic from 21 and they were packed better than the last lot that was shipped, and you received the Omeprazole and Folic labels from me.
>
> I will get EPM and BPR Blue out to you later this week
>
>
> *Have a great day!*
>
> *Mary Fox*
> *Office Manager*
> *Equestology*
> *2565 S Ocean Blvd*
> *Highland Beach, Florida 33487*
> *317-397-2570*
> *mary.equestology@gmail.com*

GOVERNMENT EXHIBIT 332Q
S6 20 Cr. 160 (MKV)