**From:** Lisa Ranger <equestology@gmail.com>
**Sent:** Friday, September 16, 2016 2:51 PM EDT
**To:** Mary Fox <mary.equestology@gmail.com>; Seth Fishman <sethfishman@hotmail.com>
**Subject:** That sent before I finished..

Sorry,
  That email sent before I was done writing.. lol

Moving forward I will email orders to you to help minimize work on both sides.

As a rule I am never out of product when I place the order. I always leave a 2-3 week buffer in place so never am I in a panic for such product. This is to prevent any half boxes or extra shipping cost.

You have been sending me confirmation of shipment and cost. This is great ! Thank you.

For my orders to the 125 Jennifer Lane address please **always fill box** either with product I ask for or from the list of extras that I sent on the last email. I have a large store room so I can take these staple items in bulk. If nothing else from my extra list is available ask doc if he has any new product for me and that can go in the box to fill it up.

Also, please don't ship on a Friday unless I specifically ask, that way it wont be sitting in a hot/freezing UPS hub .

Thank you for all your help   :)

Lisa

