


**Extraction Report** - Cellebrite Reports

## SMS Messages (164)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | All timestamps | Status | Source | Message | Deleted | * |
|---|--------|-------|----------------|--------|--------|---------|---------|---|
| 6 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 3/7/2020 11:32:46 PM(UTC+0) | Read | Phone | 45 Source Extraction: Advanced Logical | | |
| 7 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 3/7/2020 11:32:29 PM(UTC+0) | Sent | Phone | How much did you want to charge per tube of this bleeder paste? Source Extraction: Advanced Logical | | |
| 8 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 3/7/2020 10:35:52 PM(UTC+0) | Sent | Phone | Ok, doing it now.. ta k to you tomorrow. Source Extraction: Advanced Logical | | |
| 9 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 3/7/2020 10:35:37 PM(UTC+0) | Read | Phone | Yes please Source Extraction: Advanced Logical | | |
| 10 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 3/7/2020 10:35:06 PM(UTC+0) | Sent | Phone | I will be available, Do I need to respond to the email? Source Extraction: Advanced Logical | | |
| 12 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 3/7/2020 10:34:08 PM(UTC+0) | Read | Phone | You free 10 am tomorrow Source Extraction: Advanced Logical | | |
| 13 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 2/26/2020 6:18:46 PM(UTC+0) | Sent | Phone | Ok Source Extraction: Advanced Logical | | |

**GOVERNMENT EXHIBIT 403-B**
S6 20 Cr. 160 (MKV)

1

| # | Box | To/From | Time | Status | Type | Message |
|---|---|---|---|---|---|---|
| 14 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 2/26/2020 6:18:33 PM(UTC+0) | Read | Phone | Will ask Silvio this week for better price Source Extraction: Advanced Logical |
| 15 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 2/26/2020 4:57:35 PM(UTC+0) | Sent | Phone | Ok perfect thank you. Also have you figured out what you want to do about the iron sucrose? Are you going to have a compounded or are you going to outsource it and get a better price at Boothwyn or rapid? Source Extraction: Advanced Logical |
| 16 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 2/26/2020 4:55:52 PM(UTC+0) | Read | Phone | I just spoke with him and told him to use 12 mL a day for five days Source Extraction: Advanced Logical |
| 17 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 2/24/2020 3:11:05 PM(UTC+0) | Sent | Phone | 302-382-7289 Source Extraction: Advanced Logical |
| 18 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 2/24/2020 3:10:24 PM(UTC+0) | Read | Phone | Yes Source Extraction: Advanced Logical |
| 19 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 2/24/2020 3:10:10 PM(UTC+0) | Sent | Phone | Silvio Martin Source Extraction: Advanced Logical |
| 20 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 2/24/2020 3:09:56 PM(UTC+0) | Read | Phone | Ok please text m ke Sivio's # again Source Extraction: Advanced Logical |
| 21 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 2/24/2020 3:09:21 PM(UTC+0) | Sent | Phone | I believe he's calling you now Source Extraction: Advanced Logical |
| 22 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 2/24/2020 2:43:28 PM(UTC+0) | Read | Phone | Ok Source Extraction: Advanced Logical |
| 23 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 2/24/2020 2:42:56 PM(UTC+0) | Sent | Phone | Just sent over email, PA investigator wants to speak to you about Sivio Martin. I sent you the invoice & phone number. Source Extraction: Advanced Logical |
| 24 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 2/16/2020 11:07:15 PM(UTC+0) | Sent | Phone | Silvio Martin Source Extraction: Advanced Logical |
| 25 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 2/16/2020 11:07:10 PM(UTC+0) | Sent | Phone | Ok Source Extraction: Advanced Logical |
| 26 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 2/16/2020 11:07:03 PM(UTC+0) | Read | Phone | Client can call me Source Extraction: Advanced Logical |
| 27 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 2/16/2020 11:06:37 PM(UTC+0) | Sent | Phone | Are you back home? A client had an issue. Do you want them to call you or can you call me? Source Extraction: Advanced Logical |
| 28 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 2/11/2020 4:00:15 AM(UTC+0) | Read | Phone | Source Extraction: Advanced Logical |
| 29 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 2/11/2020 4:00:09 AM(UTC+0) | Sent | Phone | Ok, Source Extraction: Advanced Logical |
| 30 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 2/11/2020 3:59:56 AM(UTC+0) | Read | Phone | Every 15 days Source Extraction: Advanced Logical |

| # | Folder | Party | Time | Status | Type | Message |
|---|---|---|---|---|---|---|
| 31 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 2/11/2020 3:58:38 AM(UTC+0) | Sent | Phone | Okay and are you looking for bi-monthly meaning every 15 days or every two months? Source Extraction: Advanced Logical |
| 32 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 2/11/2020 3:58:00 AM(UTC+0) | Read | Phone | Just payments Source Extraction: Advanced Logical |
| 33 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 2/11/2020 3:57:18 AM(UTC+0) | Sent | Phone | Not sure I understand what you're asking for. Are you looking for period totals of payment? Or supplies used? Not sure Source Extraction: Advanced Logical |
| 34 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 2/11/2020 3:19:25 AM(UTC+0) | Read | Phone | Please send me the bi-monthly sales reports excel for 2019.  Need by 9 am please. Source Extraction: Advanced Logical |
| 35 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 11/29/2019 8:47:59 PM(UTC+0) | Sent | Phone | Yes, he was very vague on a lot but it's okay. I don't know the details but I Can fill in the blanks Source Extraction: Advanced Logical |
| 36 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 11/29/2019 8:46:18 PM(UTC+0) | Read | Phone | Camel products would be easier. Source Extraction: Advanced Logical |
| 37 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 11/29/2019 8:45:23 PM(UTC+0) | Read | Phone | You speak to Howard Source Extraction: Advanced Logical |
| 38 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 11/28/2019 6:00:01 PM(UTC+0) | Sent | Phone | Ok thx Source Extraction: Advanced Logical |
| 39 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 11/28/2019 5:46:02 PM(UTC+0) | Read | Phone | Thank you Source Extraction: Advanced Logical |
| 40 | Inbox | From +15612709286 Seth * Direction: | Time 11/28/2019 5:45:59 PM(UTC+0) | Read | Phone | Send MARY a list of what is needed and priorities Source Extraction: Advanced Logical |
| 42 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 11/28/2019 5:44:45 PM(UTC+0) | Sent | Phone | We'll get through this, Don't worry about me on my side I will keep things rolling. Running low on your stuff though.. any chance of them returning the equine products? :) Source Extraction: Advanced Logical |

| # | | To/From | Time | Status | Type | Message |
|---|---|---|---|---|---|---|
| 47 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 11/28/2019 5:29:43 PM(UTC+0) | Sent | Phone | Same to you. Hopefully you're with friends or family or both :-) Source Extraction: Advanced Logical |
| 48 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 11/28/2019 3:19:13 AM(UTC+0) | Read | Phone | Just hold down the fort. Source Extraction: Advanced Logical |
| 49 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 11/28/2019 3:18:42 AM(UTC+0) | Read | Phone | Source Extraction: Advanced Logical |
| 50 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 11/28/2019 2:50:54 AM(UTC+0) | Sent | Phone | Okay I'll call Howard on Friday. Take care of yourself and let me know if you need anything Source Extraction: Advanced Logical |
| 51 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 11/28/2019 2:48:58 AM(UTC+0) | Read | Phone | Howard was suppose to call you. Please call Howard. ▓▓▓▓ Unfortunately it's complicated. I am keeping you and Mary clear of the drama. Source Extraction: Advanced Logical |
| 52 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 11/28/2019 2:38:10 AM(UTC+0) | Sent | Phone | No. I called him weeks ago he was at lunch suppose to call me back & never did. Is there something I need to know ? Been waiting for someone to fill me in Source Extraction: Advanced Logical |
| 53 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 11/28/2019 2:34:21 AM(UTC+0) | Read | Phone | You speak with Howard? Source Extraction: Advanced Logical |
| 59 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 11/28/2019 1:57:58 AM(UTC+0) | Sent | Phone | Thanks ,same to you .. I just sent bank balance over via email Source Extraction: Advanced Logical |
| 60 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 11/28/2019 12:51:49 AM(UTC+0) | Read | Phone | Wishing you, Gus in the family happy holidays. If you have a chance please send me account totals Source Extraction: Advanced Logical |
| 61 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 10/22/2019 6:38:11 PM(UTC+0) | Sent | Phone | Ok Source Extraction: Advanced Logical |
| 62 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 10/22/2019 5:52:36 PM(UTC+0) | Read | Phone | That's the correct bottle Source Extraction: Advanced Logical |

| # | Folder | Party | Time | Status | Type | Message | | |
|---|---|---|---|---|---|---|---|---|
| 63 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 10/22/2019 2:27:31 PM(UTC+0) | Read | Phone | Please call me Source Extraction: Advanced Logical | | |
| 64 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 10/15/2019 6:18:32 PM(UTC+0) | Read | Phone | It's day before anti-inflammatory and analgesic Source Extraction: Advanced Logical | | |
| 65 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 10/15/2019 6:08:17 PM(UTC+0) | Sent | Phone | What is that sod- hspc for? He forgot Source Extraction: Advanced Logical | | |
| 66 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 10/14/2019 4:31:54 PM(UTC+0) | Sent | Phone | Call me when you get a chance please Source Extraction: Advanced Logical | | |
| 67 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 10/14/2019 4:14:16 PM(UTC+0) | Sent | Phone | He did I was cc'd on them I will forward it to you now, looking at his wife's email says nostrumlabs.com. That's a little disturbing Source Extraction: Advanced Logical | | |
| 68 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 10/14/2019 4:11:33 PM(UTC+0) | Read | Phone | No who sent them Source Extraction: Advanced Logical | | |
| 69 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 10/14/2019 3:55:57 PM(UTC+0) | Sent | Phone | Ok, did you get the blood work yesterday? He says he has questions and he wants to change up his program. We'll see whatever that means Source Extraction: Advanced Logical | | |
| 70 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 10/14/2019 3:52:21 PM(UTC+0) | Read | Phone | I will call him later Source Extraction: Advanced Logical | | |
| 71 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 10/14/2019 3:21:48 PM(UTC+0) | Sent | Phone | Hello are you in the country? The gentleman I mentioned above is trying to get ahold of you. You have spoken to him once, again he's was close friends of Poliseno, he needs to become a regular client & get the everyday supplies before opening the door 2 bigger stuff. As of yet he has not gotten anything from me Source Extraction: Advanced Logical | | |
| 72 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 10/10/2019 7:47:59 PM(UTC+0) | Sent | Phone | Hey just letting you know I spoke with Brady Galliers. He is going to email over two or three blood works. I have his information sending over our inventory list. I spoke to somebody about him says he's okay just young but was very very close to poliseno so proceed slowly Source Extraction: Advanced Logical | | |
| 77 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 9/16/2019 9:19:04 PM(UTC+0) | Read | Phone | Can you please let me know the bank balance Source Extraction: Advanced Logical | | |
| 78 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 9/16/2019 9:18:35 PM(UTC+0) | Read | Phone | Source Extraction: Advanced Logical | | |

| # | Folder | Party | Time | Status | Type | Message |
|---|---|---|---|---|---|---|
| 79 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 9/12/2019 7:57:52 PM(UTC+0) | Sent | Phone | Ok Source Extraction: Advanced Logical |
| 80 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 9/12/2019 7:57:31 PM(UTC+0) | Read | Phone | Haven't had any issues Source Extraction: Advanced Logical |
| 81 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 9/12/2019 7:49:51 PM(UTC+0) | Sent | Phone | Eli Slaybough. Is going to either call you or text here is his question.. "Is it ok 2 use epm doubleshot in pregnet mare" Source Extraction: Advanced Logical |
| 82 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 9/10/2019 6:20:03 PM(UTC+0) | Read | Phone | Ok Source Extraction: Advanced Logical |
| 83 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 9/10/2019 6:18:56 PM(UTC+0) | Sent | Phone | Pete Foley is going to call you about BPR blue , you ta ked to him the other day about the vo2 Source Extraction: Advanced Logical |
| 84 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 9/4/2019 5:04:04 PM(UTC+0) | Sent | Phone | Ok Source Extraction: Advanced Logical |
| 85 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 9/4/2019 5:02:37 PM(UTC+0) | Read | Phone | He needs VO2 max if anything Source Extraction: Advanced Logical |
| 86 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 9/4/2019 5:02:23 PM(UTC+0) | Read | Phone | Just spoke to him Source Extraction: Advanced Logical |
| 87 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 9/4/2019 4:50:07 PM(UTC+0) | Sent | Phone | Pete Foley is going to call you go ahead and talk to him he's an older gentleman does not text, he is in upstate New York Source Extraction: Advanced Logical |
| 88 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 9/2/2019 3:52:15 PM(UTC+0) | Sent | Phone | Ok no problem Source Extraction: Advanced Logical |
| 89 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 9/2/2019 3:51:48 PM(UTC+0) | Read | Phone | Ok, but double your order and keep minimum of 100 reserve and don't tell her Source Extraction: Advanced Logical |
| 90 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 9/2/2019 3:46:28 PM(UTC+0) | Sent | Phone | hello heard from Mary, she did get some out before she left & she said she will send the rest when she gets back so that will work as long as I have something on the way. Source Extraction: Advanced Logical |
| 91 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 8/30/2019 4:15:57 PM(UTC+0) | Sent | Phone | Ok Source Extraction: Advanced Logical |
| 92 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 8/30/2019 4:14:42 PM(UTC+0) | Read | Phone | Will try him after I leave doctor Source Extraction: Advanced Logical |
| 93 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 8/30/2019 4:14:29 PM(UTC+0) | Read | Phone | He never called back Source Extraction: Advanced Logical |
| 94 | Sent | To +15612709286 Seth * Direction: Outgoing | Time 8/30/2019 3:18:09 PM(UTC+0) | Sent | Phone | Ok. Did you ta k to Eric Irving ? He called and text you yesterday Source Extraction: Advanced Logical |
| 95 | Inbox | From +15612709286 Seth * Direction: Incoming | Time 8/30/2019 2:52:51 PM(UTC+0) | Read | Phone | I think he wanted to check his cc 1st Source Extraction: Advanced Logical |