


**Extraction Report** - Cellebrite Reports

## SMS Messages (180)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | All timestamps | Status | Source | Message | Deleted | * |
|---|---|---|---|---|---|---|---|---|
| 1 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 3/7/2020 5:02:32 PM(UTC+0) | Sent | Phone | Okay that'll work thank you Source Extraction: Advanced Logical | | |
| 2 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 3/7/2020 5:02:16 PM(UTC+0) | Read | Phone | Hello I am busy right now but I can call you later tonight Source Extraction: Advanced Logical | | |
| 3 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 3/7/2020 5:00:15 PM(UTC+0) | Sent | Phone | Hey are you available? Can I call you, not an emergency it can wait till Monday if not Source Extraction: Advanced Logical | | |
| 4 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 3/5/2020 8:42:17 PM(UTC+0) | Sent | Phone | Perfect thank you very much Source Extraction: Advanced Logical | | |
| 5 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 3/5/2020 8:41:58 PM(UTC+0) | Read | Phone | I have raw product left I will tell him to get to it Source Extraction: Advanced Logical | | |
| 6 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 3/5/2020 8:41:03 PM(UTC+0) | Sent | Phone | Do you have any left at the office? If not do you need me to order more raw product Source Extraction: Advanced Logical | | |
| 10 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 3/5/2020 7:56:26 PM(UTC+0) | Read | Phone | Just left and dropped your package at Fed Ex Source Extraction: Advanced Logical | | |
| 11 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 3/5/2020 7:54:58 PM(UTC+0) | Sent | Phone | Working? Call me if you are Source Extraction: Advanced Logical | | |
| 12 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 3/3/2020 5:34:20 PM(UTC+0) | Sent | Phone | Working today? Looking for the bleeder paste, doc says you should have it by now? Lol Source Extraction: Advanced Logical | | |
| 13 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 2/25/2020 5:38:40 PM(UTC+0) | Sent | Phone | Are you working today? Can you call me please when you are Source Extraction: Advanced Logical | | |

**GOVERNMENT EXHIBIT 403-C**
S6 20 Cr. 160 (MKV)

1

| # | Folder | Party | Time | Status | Type | Message |
|---|---|---|---|---|---|---|
| 14 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 2/5/2020 3:56:03 PM(UTC+0) | Sent | Phone | Does Seth have any bleeding medicine to send to me? I am completely out<br>Source Extraction: Advanced Logical |
| 15 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 1/20/2020 4:26:39 PM(UTC+0) | Sent | Phone | Ok<br>Source Extraction: Advanced Logical |
| 16 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 1/20/2020 4:22:53 PM(UTC+0) | Read | Phone | Hello<br>Is going to arrive today<br>I will follow up with doc<br>Source Extraction: Advanced Logical |
| 17 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 1/20/2020 4:12:52 PM(UTC+0) | Sent | Phone | Hello that package never arrived to forward it, also do you know when the power bloc will be arriving?<br>Source Extraction: Advanced Logical |
| 18 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 1/17/2020 4:58:43 PM(UTC+0) | Read | Phone | Ok<br>Source Extraction: Advanced Logical |
| 19 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 1/17/2020 4:52:59 PM(UTC+0) | Sent | Phone | Can you send one to Brian Malone. 13 fairway drive ocean view DE19970. He's been waiting for 3 weeks for this<br>Source Extraction: Advanced Logical |
| 20 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 1/17/2020 4:37:30 PM(UTC+0) | Read | Phone | I will email him again and get back with you<br>Source Extraction: Advanced Logical |
| 21 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 1/17/2020 4:37:03 PM(UTC+0) | Read | Phone | Ok I will send tracking as soon as I ship on Monday<br>Source Extraction: Advanced Logical |
| 22 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 1/17/2020 4:37:01 PM(UTC+0) | Sent | Phone | Please stay on him to get these labels correct I know there's a lot going on but my numbers are all down because I do not have what I need to fulfill his orders. :(<br>Source Extraction: Advanced Logical |
| 23 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 1/17/2020 4:36:30 PM(UTC+0) | Sent | Phone | Yes please<br>Source Extraction: Advanced Logical |
| 24 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 1/17/2020 4:36:10 PM(UTC+0) | Read | Phone | I will send it with old label on Monday I have 4 bottles do you want an additional 4?<br>Source Extraction: Advanced Logical |
| 25 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 1/17/2020 4:33:37 PM(UTC+0) | Sent | Phone | Just send it with the old label at this point I thought that's what we were at. The client talk to doc and he said it was on his way so I'm in the middle here and so are you<br>Source Extraction: Advanced Logical |
| 26 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 1/17/2020 4:33:11 PM(UTC+0) | Sent | Phone | Augh.. okay I know it's not your fault but I really need to start getting some product here<br>Source Extraction: Advanced Logical |
| 27 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 1/17/2020 4:32:34 PM(UTC+0) | Read | Phone | I was sending it onMonday as I was waiting for any label updates<br>Source Extraction: Advanced Logical |
| 28 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 1/17/2020 4:31:40 PM(UTC+0) | Sent | Phone | Hello did you get that at omeprazole out? Do you have any idea when it would be arriving if so<br>Source Extraction: Advanced Logical |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 35 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 1/7/2020 5:44:15 PM(UTC+0) | Sent | Phone | Working today? Call me when you are. just questions  Source Extraction: Advanced Logical | |
| 42 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 12/11/2019 8:44:07 PM(UTC+0) | Sent | Phone | Are you working today? :-)  Source Extraction: Advanced Logical | |
| 43 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 12/2/2019 8:45:16 PM(UTC+0) | Sent | Phone | Hey call me when you can thanks  Source Extraction: Advanced Logical | |
| 44 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 11/22/2019 7:47:22 PM(UTC+0) | Sent | Phone | After multiple emails he finally responded when the adequan bill needed to be paid for me to get the supplies I need here. When I asked him if he was okay and I was concerned about him, he said he'll update me next week. But have not spoken to him  Source Extraction: Advanced Logical | |
| 45 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: | Time 11/22/2019 7:44:12 PM(UTC+0) | Read | Phone | No stress have you heard anything  Source Extraction: Advanced Logical | |

| # | Box | From/To | Time | Status | Type | Message |
|---|---|---|---|---|---|---|
| 48 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 11/22/2019 7:42:31 PM(UTC+0) | Read | Phone | ☺ ☺hello Sorry I just got your messages am in Cancun for husbands business trip Really have no news I texted his dad before I left And was told someone woul Source Extraction: Advanced Logical |
| 49 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 11/20/2019 7:37:00 PM(UTC+0) | Sent | Phone | Hello call me when you can Source Extraction: Advanced Logical |
| 50 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 11/12/2019 8:01:37 PM(UTC+0) | Read | Phone | I am concerned as well Hope we hear something soon Source Extraction: Advanced Logical |
| 51 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 11/12/2019 8:00:25 PM(UTC+0) | Sent | Phone | Ok, well now I'm just starting to get concerned about his well-being. This is either going to stress him out or piss him off either way it's going to end up with him exploding. It's all a bit strange though. Thanks let me know Source Extraction: Advanced Logical |
| 52 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 11/12/2019 7:59:21 PM(UTC+0) | Read | Phone | All I have heard is he supposedly had court today ████████████████████████ Crickets here too I'll give you a call tomorrow and update you if I hear anything Source Extraction: Advanced Logical |
| 53 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 11/12/2019 7:37:45 PM(UTC+0) | Sent | Phone | Hey , just looking for an update not sure if you have one. I shot him an email about invoices being due I do see that he paid the amex bill.. just listening to the crickets over here lol Source Extraction: Advanced Logical |
| 56 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 11/4/2019 7:48:27 PM(UTC+0) | Sent | Phone | Hey call me when you get a chance thank you Source Extraction: Advanced Logical |
| 57 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 10/30/2019 8:39:50 PM(UTC+0) | Sent | Phone | I'm back, call me when you can thx Source Extraction: Advanced Logical |
| 58 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 10/29/2019 12:13:41 PM(UTC+0) | Sent | Phone | Call me right away, it's important please.. thx Source Extraction: Advanced Logical |
| 59 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 10/15/2019 6:32:31 PM(UTC+0) | Sent | Phone | Are you working today? I have an order that doc has requested a client get , call me when you can Source Extraction: Advanced Logical |
| 60 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 9/18/2019 8:18:19 PM(UTC+0) | Sent | Phone | Ok thx, it'll get flipped back out just not sure when. I'll send you tracking when it does Source Extraction: Advanced Logical |
| 61 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 9/18/2019 8:16:58 PM(UTC+0) | Read | Phone | Supposedly tomorrow I will confirm once I receive shipping information Source Extraction: Advanced Logical |
| 62 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 9/18/2019 8:16:25 PM(UTC+0) | Sent | Phone | Ok, arriving today or tomorrow? Source Extraction: Advanced Logical |
| 63 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 9/18/2019 8:15:57 PM(UTC+0) | Read | Phone | Hello I don't know how they will ship It is 8 4L of liquid product Source Extraction: Advanced Logical |

| # | | To/From | Time | | Type | Message | | |
|---|---|---|---|---|---|---|---|---|
| 64 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 9/18/2019 8:14:55 PM(UTC+0) | Sent | Phone | How many boxes in the message ordered Source Extraction: Advanced Logical | | |
| 65 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 9/2/2019 3:45:16 PM(UTC+0) | Sent | Phone | Ok great, thx Source Extraction: Advanced Logical | | |
| 66 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 9/2/2019 3:42:31 PM(UTC+0) | Read | Phone | will send out more of each I just wanted some to head your way before the hurricane Source Extraction: Advanced Logical | | |
| 67 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 9/2/2019 3:42:30 PM(UTC+0) | Read | Phone | Hello We went up north as originally it was going to be a direct hit Yes I did get some Power Block and EPM out to you before Once I get back into the office I Source Extraction: Advanced Logical | | |
| 68 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 9/2/2019 3:18:54 PM(UTC+0) | Sent | Phone | Hello, hope you are safe & out of the path of the hurricanes. Question, did you happen to get the EPM paste out ? Source Extraction: Advanced Logical | | |
| 69 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 8/30/2019 4:20:48 PM(UTC+0) | Sent | Phone | Hey Doc is sending supplies to Jeff Gillis can you email me a packing slip please. Source Extraction: Advanced Logical | | |
| 70 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 8/29/2019 4:41:58 PM(UTC+0) | Sent | Phone | Yes, ok Source Extraction: Advanced Logical | | |
| 71 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 8/29/2019 4:41:25 PM(UTC+0) | Read | Phone | Delray correct? And with holiday probably delivered Tuesday Source Extraction: Advanced Logical | | |
| 72 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 8/29/2019 4:39:10 PM(UTC+0) | Read | Phone | Which address Source Extraction: Advanced Logical | | |
| 73 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 8/29/2019 4:34:36 PM(UTC+0) | Sent | Phone | Lol, okay had to pull for a few warehouses it's going to the 1595 address and due to the storm it may be there Friday if not Monday Source Extraction: Advanced Logical | | |
| 74 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 8/29/2019 4:34:12 PM(UTC+0) | Read | Phone | He feels details are really unnecessary Source Extraction: Advanced Logical | | |
| 75 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 8/29/2019 4:31:28 PM(UTC+0) | Sent | Phone | Big difference.. lol Source Extraction: Advanced Logical | | |
| 76 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 8/29/2019 4:31:04 PM(UTC+0) | Read | Phone | Yes tubes Seth said 180 Source Extraction: Advanced Logical | | |
| 77 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 8/29/2019 4:27:51 PM(UTC+0) | Sent | Phone | How many boxes of succeed ? 180??? Do you mean tubes ? Source Extraction: Advanced Logical | | |
| 78 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 8/23/2019 8:51:08 PM(UTC+0) | Read | Phone | No problem thanks Source Extraction: Advanced Logical | | |
| 79 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 8/23/2019 8:50:39 PM(UTC+0) | Sent | Phone | Ok, UPS already picked up but I will send it out on Monday Source Extraction: Advanced Logical | | |
| 80 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 8/23/2019 8:49:57 PM(UTC+0) | Read | Phone | It was supposed to be sent to Seth Please send to the lab Thanks Source Extraction: Advanced Logical | | |

| # | | To/From | Time | | Type | Message | | |
|---|---|---|---|---|---|---|---|---|
| 81 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 8/23/2019 8:44:48 PM(UTC+0) | Sent | Phone | Hey do you know what this product is? That came here from spectrum? What am I supposed to do with it  Source Extraction: Advanced Logical | | |
| 82 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 8/12/2019 7:22:55 PM(UTC+0) | Sent | Phone | Scratch the equisan, I have plenty of that  Source Extraction: Advanced Logical | | |
| 83 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 8/12/2019 3:01:44 PM(UTC+0) | Sent | Phone | Good morning not sure if you're working today I am going to need some items..  Homeopathic Bleeder + GNRH PowerBlock Bleeder pills Equisan  Source Extraction: Advanced Logical | | |
| 84 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 8/2/2019 2:41:14 PM(UTC+0) | Sent | Phone | Ok thx  Source Extraction: Advanced Logical | | |
| 85 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 8/2/2019 2:28:22 PM(UTC+0) | Read | Phone | Hello yes please there should be one more coming they can both go ground  Source Extraction: Advanced Logical | | |
| 86 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 8/2/2019 1:54:27 PM(UTC+0) | Sent | Phone | I got a package from medisca late last night do you want me to flipper to 21st century  Source Extraction: Advanced Logical | | |
| 91 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 7/10/2019 8:19:01 PM(UTC+0) | Sent | Phone | Ok thank you  Source Extraction: Advanced Logical | | |
| 92 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 7/10/2019 8:18:32 PM(UTC+0) | Read | Phone | Ok the cold packs will fill a bit  Source Extraction: Advanced Logical | | |
| 93 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 7/10/2019 8:13:27 PM(UTC+0) | Sent | Phone | I don't need the rest it was just to fill the box if you wanted to put something else in there.  Source Extraction: Advanced Logical | | |
| 94 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 7/10/2019 8:09:11 PM(UTC+0) | Read | Phone | Hello I can send Omeprazole the rest will have to wait till next week as I am waiting on a few of those others  Source Extraction: Advanced Logical | | |
| 95 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 7/10/2019 8:02:20 PM(UTC+0) | Sent | Phone | Hello do you have any Omeprazole down there? Can you please send some out to me if you want to fill the box if you have any lc200, homeopathic bleeder plus, power block. Just let me know if you have the Omeprazole or not please thank you  Source Extraction: Advanced Logical | | |

| # | Type | To/From | Time | Status | Channel | Message |
|---|------|---------|------|--------|---------|---------|
| 99 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 6/30/2019 4:44:57 PM(UTC+0) | Sent | Phone | Thanks<br>Source Extraction: Advanced Logical |
| 100 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 6/18/2019 3:48:47 PM(UTC+0) | Sent | Phone | Ok<br>Source Extraction: Advanced Logical |
| 101 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 6/18/2019 3:45:40 PM(UTC+0) | Read | Phone | labelhe uses someone in Thailand I<br>Source Extraction: Advanced Logical |
| 102 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 6/18/2019 3:45:40 PM(UTC+0) | Read | Phone | I only got a few so we will continue with old one it is the same<br>Source Extraction: Advanced Logical |
| 103 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 6/18/2019 3:44:24 PM(UTC+0) | Sent | Phone | It actually looks like a third graders project.. who does he use for design graphics?<br>Source Extraction: Advanced Logical |
| 104 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 6/18/2019 3:43:32 PM(UTC+0) | Sent | Phone | It's not horr ble it just looks cheap. If he's already paid for it I say just go ahead and use them up but don't order them again LOL<br>Source Extraction: Advanced Logical |
| 105 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 6/13/2019 6:48:29 PM(UTC+0) | Read | Phone | You too<br>Source Extraction: Advanced Logical |
| 106 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 6/13/2019 6:48:11 PM(UTC+0) | Sent | Phone | Yes I just saw that thank you very much appreciate it have a great day<br>Source Extraction: Advanced Logical |
| 107 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 6/13/2019 6:47:30 PM(UTC+0) | Read | Phone | Hello I responded to your email<br>100 VO2 , 100 HPB+, 40 Equitosan headed to you<br>Power and more EPM headed next week<br>Source Extraction: Advanced Logical |
| 108 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 6/13/2019 6:09:10 PM(UTC+0) | Sent | Phone | Hello did you get my email? Do you have any vo2max there along with all the other stuff but I am completely out of that<br>Source Extraction: Advanced Logical |
| 109 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/31/2019 8:52:22 PM(UTC+0) | Sent | Phone | Perfect thanks<br>Source Extraction: Advanced Logical |
| 110 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/31/2019 8:52:04 PM(UTC+0) | Read | Phone | Was able to reach them before they closed so they will send out<br>Source Extraction: Advanced Logical |
| 111 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/31/2019 8:39:48 PM(UTC+0) | Sent | Phone | Ok great, thank you<br>Source Extraction: Advanced Logical |
| 112 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/31/2019 8:39:24 PM(UTC+0) | Read | Phone | No I will get a hold of Medisca now and order so it will arrive on Tuesday to Seth's and I can pick it up<br>Source Extraction: Advanced Logical |
| 113 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/31/2019 8:33:35 PM(UTC+0) | Sent | Phone | Okay does he have more omeprazole coming in? Might need the back that order up<br>Source Extraction: Advanced Logical |
| 114 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/31/2019 8:32:35 PM(UTC+0) | Read | Phone | 5 Omeprazole bottles headed to you as well as Deslorelin and labels<br>Box next week has EPM ,Powerblock<br>Source Extraction: Advanced Logical |

| # | Type | To/From | Time | Status | Method | Message |
|---|---|---|---|---|---|---|
| 115 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/31/2019 8:32:15 PM(UTC+0) | Sent | Phone | It's okay hru Source Extraction: Advanced Logical |
| 116 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/31/2019 8:31:20 PM(UTC+0) | Read | Phone | Sorry Source Extraction: Advanced Logical |
| 117 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/31/2019 8:31:05 PM(UTC+0) | Sent | Phone | Ok thx Source Extraction: Advanced Logical |
| 118 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/31/2019 8:30:46 PM(UTC+0) | Read | Phone | I sent it all to you yesterday couldn't overnight as they don't deliver overnight standard only overnight priority to you which was $168 is arriving Monday Source Extraction: Advanced Logical |
| 119 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/31/2019 8:06:02 PM(UTC+0) | Sent | Phone | Do you have any Omeprazole made up down there? I need it for an order today Source Extraction: Advanced Logical |
| 120 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/23/2019 6:06:44 PM(UTC+0) | Sent | Phone | Can you get an order out today? I need 10 more Desorelin to go to Leroy Slaybough..just let me know when it can ship thanks Source Extraction: Advanced Logical |
| 121 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/23/2019 1:37:57 PM(UTC+0) | Sent | Phone | One more question I know we keep going round and round about this what do you have on your end for the price of the MPP DMT..lol he is told me three different figures depending on the day Source Extraction: Advanced Logical |
| 122 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/21/2019 8:20:44 PM(UTC+0) | Sent | Phone | Source Extraction: Advanced Logical |
| 123 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/21/2019 8:20:15 PM(UTC+0) | Read | Phone | You are the boss of that Source Extraction: Advanced Logical |
| 124 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/21/2019 8:20:11 PM(UTC+0) | Sent | Phone | Okay just making sure they tried to add it and I'm like no it wasn't me just making sure I wasn't stepping on your toes :-) Source Extraction: Advanced Logical |
| 125 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/21/2019 8:19:53 PM(UTC+0) | Read | Phone | No I don't mess with any of that Source Extraction: Advanced Logical |
| 126 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/21/2019 8:18:43 PM(UTC+0) | Sent | Phone | Dropship to a client? Source Extraction: Advanced Logical |
| 127 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/21/2019 8:18:35 PM(UTC+0) | Sent | Phone | Hey did you try to set up a account at Midwest today? Source Extraction: Advanced Logical |
| 128 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/20/2019 5:20:55 PM(UTC+0) | Sent | Phone | Ok thx Source Extraction: Advanced Logical |
| 129 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/20/2019 5:19:53 PM(UTC+0) | Read | Phone | I just sent you some info on it Source Extraction: Advanced Logical |
| 130 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/20/2019 5:14:35 PM(UTC+0) | Sent | Phone | Nope.. lol I am sitting on a bunch are inventory that nobody knows how to use so it just sits here..lol Source Extraction: Advanced Logical |
| 131 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/20/2019 5:12:32 PM(UTC+0) | Read | Phone | info on them for you Did he send you the VO2Max info? Source Extraction: Advanced Logical |

| # | Type | Party | Time | Status | Source | Message |
|---|---|---|---|---|---|---|
| 132 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/20/2019 5:12:32 PM(UTC+0) | Read | Phone | believe they are different as we have MHP1BP<br>I will try and get<br>Source Extraction: Advanced Logical |
| 133 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/20/2019 5:12:32 PM(UTC+0) | Read | Phone | If only I were privileged enough to have that information<br>I<br>Source Extraction: Advanced Logical |
| 134 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/20/2019 5:02:44 PM(UTC+0) | Sent | Phone | So I have MHP1- DMT here and then you sent me just straight MHP1 one.. have any clue or are they the same or different products?<br>Source Extraction: Advanced Logical |
| 135 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/20/2019 5:01:07 PM(UTC+0) | Sent | Phone | Next week should be fine I have one bottle here but you know how that goes LOL. Had a great trip thank you I love Roatan :-)<br>Source Extraction: Advanced Logical |
| 136 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/20/2019 4:59:50 PM(UTC+0) | Read | Phone | receive it and will add Deslorelin  hope your trip was good<br>Source Extraction: Advanced Logical |
| 137 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/20/2019 4:59:50 PM(UTC+0) | Read | Phone | I am waiting on the Omeprazole from Medisca it was back ordered they<br>Source Extraction: Advanced Logical |
| 138 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/20/2019 4:59:49 PM(UTC+0) | Read | Phone | should ship on Thursday<br>So I can get it to you next week once I<br>Source Extraction: Advanced Logical |
| 139 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/20/2019 4:55:22 PM(UTC+0) | Sent | Phone | Hello do you have any more Omeprazole down there? Next time can you send me more? And you're also going to send me Desorelin so I can ship from directly.  here<br>Source Extraction: Advanced Logical |
| 140 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/16/2019 5:05:33 PM(UTC+0) | Sent | Phone | No problem, ok all good, I'll be back late tonight<br>Source Extraction: Advanced Logical |
| 141 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/16/2019 5:03:35 PM(UTC+0) | Read | Phone | I haven't ordered yet wanted to check with you first<br>Will order<br>Sorry about label issue<br>Source Extraction: Advanced Logical |
| 142 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/16/2019 5:02:08 PM(UTC+0) | Sent | Phone | Couldn't use label last time, I use ups not FedEx. When is shipment arriving ? I am heading home today, back at work tomorrow<br>Source Extraction: Advanced Logical |
| 143 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/16/2019 4:49:21 PM(UTC+0) | Read | Phone | HelloIf I have something from Medisca shipped to your place and email<br>Source Extraction: Advanced Logical |
| 144 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/16/2019 4:49:20 PM(UTC+0) | Read | Phone | time you were gone this week<br>Source Extraction: Advanced Logical |
| 145 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/16/2019 4:49:20 PM(UTC+0) | Read | Phone | you ....of course lab is not prepared even though I told them ahead of<br>Source Extraction: Advanced Logical |
| 146 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/16/2019 4:49:20 PM(UTC+0) | Read | Phone | a label to you can your friend send it to the lab? Sorry to bother<br>Source Extraction: Advanced Logical |
| 147 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/16/2019 4:49:19 PM(UTC+0) | Read | Phone | Hello<br>If I have something from Medisca shipped to your place and email<br>Source Extraction: Advanced Logical |
| 148 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/15/2019 5:11:34 PM(UTC+0) | Sent | Phone | Thank you<br>Source Extraction: Advanced Logical |

| # | Folder | Party | Time | Status | Type | Message |
|---|---|---|---|---|---|---|
| 149 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 5/15/2019 5:10:41 PM(UTC+0) | Read | Phone | Source Extraction: Advanced Logical |
| 150 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 5/15/2019 4:26:21 PM(UTC+0) | Sent | Phone | Can you send 10 desorelin to Leroy Slaybough please Source Extraction: Advanced Logical |
| 151 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 5/8/2019 8:58:58 PM(UTC+0) | Sent | Phone | It's like The three stooges..lol always something Source Extraction: Advanced Logical |
| 152 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 5/8/2019 8:57:34 PM(UTC+0) | Read | Phone | little hard for it to be used in Florida if it is in Massachusetts Source Extraction: Advanced Logical |
| 153 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 5/8/2019 8:57:30 PM(UTC+0) | Read | Phone | Diclazuril from the lab because for some reason it got sent there A Source Extraction: Advanced Logical |
| 154 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 5/8/2019 8:57:29 PM(UTC+0) | Read | Phone | Yes and I have complained enough that I am finally getting more Source Extraction: Advanced Logical |
| 155 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 5/8/2019 8:55:51 PM(UTC+0) | Sent | Phone | No I'll be fine I just want to make sure they'll be more by the end of next week Source Extraction: Advanced Logical |
| 156 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 5/8/2019 8:55:19 PM(UTC+0) | Read | Phone | overnight to you it is so much higher to go to Delaware Source Extraction: Advanced Logical |
| 157 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 5/8/2019 8:55:19 PM(UTC+0) | Read | Phone | Do you need me to overnight some ? It is just so expensive to Source Extraction: Advanced Logical |
| 158 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 5/8/2019 8:53:55 PM(UTC+0) | Sent | Phone | Ok, just making sure I'm leaving in the morning I want to make sure that she has enough while I'm gone . thank you Source Extraction: Advanced Logical |
| 159 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 5/8/2019 8:53:13 PM(UTC+0) | Read | Phone | I just added the 16 with the Omeprazole since it had to ship with cool packs Source Extraction: Advanced Logical |
| 160 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 5/8/2019 8:43:14 PM(UTC+0) | Read | Phone | 65 shipping on Monday Source Extraction: Advanced Logical |
| 161 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 5/8/2019 8:06:13 PM(UTC+0) | Sent | Phone | Hey girl do you have more EPM being made for me? Source Extraction: Advanced Logical |
| 162 | Sent | To +13173972570 Seth-#3 Mary-* Direction: Outgoing | Time 5/7/2019 7:15:27 PM(UTC+0) | Sent | Phone | I have a text into him he hasn't responded I do have ATQ blue here so I'm hoping it's that Source Extraction: Advanced Logical |
| 163 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 5/7/2019 7:14:22 PM(UTC+0) | Read | Phone | a new NPX maybe I will ask him what he is talking about Source Extraction: Advanced Logical |
| 164 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 5/7/2019 7:14:22 PM(UTC+0) | Read | Phone | Red and ATQ Blue which were made before And I have VO2Max ?? Could be Source Extraction: Advanced Logical |
| 165 | Inbox | From +13173972570 Seth-#3 Mary-* Direction: Incoming | Time 5/7/2019 7:14:22 PM(UTC+0) | Read | Phone | I do not even know I have NPX1 "old version " NPX 2 "new version ATQ Source Extraction: Advanced Logical |

| | | | | | | |
|---|---|---|---|---|---|---|
| 166 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/7/2019 7:03:00 PM(UTC+0) | Sent | Phone | ...mentioned it to somebody but he called the buy nvx which we haven't had in a very long time..lol **Source Extraction:** Advanced Logical |
| 167 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/7/2019 7:00:54 PM(UTC+0) | Sent | Phone | Lol can you name them ? I can't remember..lol **Source Extraction:** Advanced Logical |
| 168 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/7/2019 6:58:20 PM(UTC+0) | Read | Phone | Tomorrow and it has 5 Omeprazole and 16 EPM then I will have a larger box next week. Which NPX substitute would you be referring to I have SEVERAL **Source Extraction:** Advanced Logical |
| 169 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/7/2019 6:55:46 PM(UTC+0) | Sent | Phone | Hello what day will this package be arriving from you ? And also what was our conclusion on the npx substitute? **Source Extraction:** Advanced Logical |
| 170 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/6/2019 3:28:00 PM(UTC+0) | Read | Phone | and he lives out of the country **Source Extraction:** Advanced Logical |
| 171 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/6/2019 3:28:00 PM(UTC+0) | Read | Phone | we only have one client that uses that and he likes to be high **Source Extraction:** Advanced Logical |
| 172 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/6/2019 3:28:00 PM(UTC+0) | Read | Phone | maintenance and order it on Monday and want to receive it on Tuesday **Source Extraction:** Advanced Logical |
| 173 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/6/2019 3:20:10 PM(UTC+0) | Sent | Phone | Okay just want to make sure before I ordered thank you **Source Extraction:** Advanced Logical |
| 174 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/6/2019 3:07:57 PM(UTC+0) | Read | Phone | No I do not have any here **Source Extraction:** Advanced Logical |
| 175 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/6/2019 3:06:23 PM(UTC+0) | Sent | Phone | hey when you're sending that package out today do you have any adequan down there? I can order a bunch up here just want to make sure you don't have any ready to expire down there **Source Extraction:** Advanced Logical |
| 176 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/4/2019 8:18:53 PM(UTC+0) | Sent | Phone | Yes please, I don't know how many you have made up but go ahead and send me three or four or six whatever you have LOL **Source Extraction:** Advanced Logical |
| 177 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/4/2019 8:18:10 PM(UTC+0) | Read | Phone | Hello No I didn't have anything as was dealing with pallet and issues Was sending on Monday but did not have Omeprazole in it Do you want me to add it? **Source Extraction:** Advanced Logical |
| 178 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/4/2019 8:14:34 PM(UTC+0) | Sent | Phone | hello sorry to bother you on a Saturday did you send me an order? And if you did did it by chance have any Omeprazole in it? **Source Extraction:** Advanced Logical |
| 179 | Sent | To +13173972570 Seth-#3 Mary- * Direction: Outgoing | Time 5/1/2019 9:30:45 PM(UTC+0) | Sent | Phone | Naa he's the only one who gets it, I guess if you got a lot of it you can send me 10-12 bottles for his next order **Source Extraction:** Advanced Logical |
| 180 | Inbox | From +13173972570 Seth-#3 Mary- * Direction: Incoming | Time 5/1/2019 9:30:03 PM(UTC+0) | Read | Phone | Yes he is in Indiana I believe Do you want some to have in stock **Source Extraction:** Advanced Logical |