


**Extraction Report** - Cellebrite Reports

## SMS Messages (93)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | All timestamps | Status | Source | Message | Deleted | * |
|---|--------|-------|----------------|--------|--------|---------|---------|---|
| 1 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 2/24/2020 5:26:23 PM(UTC+0) | Sent | Phone | Ok<br>**Source Extraction:** Advanced Logical | | |
| 2 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 2/24/2020 5:26:13 PM(UTC+0) | Read | Phone | I'm racing right now I can call him later<br>**Source Extraction:** Advanced Logical | | |
| 3 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 2/24/2020 5:25:48 PM(UTC+0) | Sent | Phone | Okay I'm sorry about that I can have him call you right now or if you've moved on that's fine too<br>**Source Extraction:** Advanced Logical | | |
| 4 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 2/24/2020 5:25:09 PM(UTC+0) | Read | Phone | Ya he never answers when I call or text. I've had to ask him multiple questions about stuff and can never get through with him<br>**Source Extraction:** Advanced Logical | | |
| 5 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 2/24/2020 5:24:46 PM(UTC+0) | Sent | Phone | What are you inquiring about?<br>**Source Extraction:** Advanced Logical | | |
| 6 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 2/24/2020 5:24:38 PM(UTC+0) | Sent | Phone | Okay his number is 561-270-9286<br>**Source Extraction:** Advanced Logical | | |
| 7 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 2/24/2020 5:23:21 PM(UTC+0) | Read | Phone | I can't ever get ahold of Fishman to talk to him on stuff so I kinda gave up lol..<br>**Source Extraction:** Advanced Logical | | |
| 8 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 2/24/2020 5:22:56 PM(UTC+0) | Sent | Phone | Hi it's Lisa from Equestology just checking in to see if you need any supplies this week. Just let me know thank you<br>**Source Extraction:** Advanced Logical | | |
| 9 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/13/2019 5:33:38 PM(UTC+0) | Sent | Phone | Ok<br>**Source Extraction:** Advanced Logical | | |
| 10 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/13/2019 5:33:27 PM(UTC+0) | Read | Phone | Yep that's it. I'll get back to u on how much I need<br>**Source Extraction:** Advanced Logical | | |
| 11 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/13/2019 5:23:21 PM(UTC+0) | Read | Phone | Ok I'll get back with u thanks<br>**Source Extraction:** Advanced Logical | | |
| 12 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/13/2019 5:22:35 PM(UTC+0) | Sent | Phone | That I have no idea I'm sorry, Can ask a local vet or text Dr Fishman 561-270-5286<br>**Source Extraction:** Advanced Logical | | |
| 13 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/13/2019 5:22:07 PM(UTC+0) | Read | Phone | Ok so how do u use it like 1 vial a week or what<br>**Source Extraction:** Advanced Logical | | |

GOVERNMENT EXHIBIT 403-D
S6 20 Cr. 160 (MKV)

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/13/2019 5:21:30 PM(UTC+0) | Sent | Phone | 6z per vial Source Extraction: Advanced Logical | |
| 15 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/13/2019 5:19:40 PM(UTC+0) | Read | Phone | Ok how much is the equimune? Source Extraction: Advanced Logical | |
| 16 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/13/2019 5:17:10 PM(UTC+0) | Sent | Phone | I believe we just have eqstem & equimune 1.5 ml vials 6 in a box Source Extraction: Advanced Logical | |
| 17 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/13/2019 5:11:56 PM(UTC+0) | Read | Phone | Hey you guys have a good immune stimulant? Besides eqstm or something a lot of mine are sick right now. Source Extraction: Advanced Logical | |
| 18 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/6/2019 9:17:25 PM(UTC+0) | Read | Phone | I'm not home but I think my package was coming today Source Extraction: Advanced Logical | |
| 19 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/6/2019 9:17:19 PM(UTC+0) | Sent | Phone | Ok thx Source Extraction: Advanced Logical | |
| 20 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/6/2019 9:17:11 PM(UTC+0) | Read | Phone | Ya just send it please that's fine Source Extraction: Advanced Logical | |
| 21 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/6/2019 9:16:54 PM(UTC+0) | Sent | Phone | Oh wait you're Ohio that's always shipping cost sorry Source Extraction: Advanced Logical | |
| 22 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/6/2019 9:16:42 PM(UTC+0) | Sent | Phone | Okay do you need anything else while I'm sending this or do you want to just wait till the next order so you don't have to pay shipping when it's under $500 Source Extraction: Advanced Logical | |
| 23 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/6/2019 9:16:13 PM(UTC+0) | Read | Phone | Ya I'll take a bottle Source Extraction: Advanced Logical | |
| 24 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/6/2019 9:15:41 PM(UTC+0) | Sent | Phone | $295 Source Extraction: Advanced Logical | |
| 25 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/6/2019 9:14:38 PM(UTC+0) | Read | Phone | For how much Source Extraction: Advanced Logical | |
| 26 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/6/2019 9:14:19 PM(UTC+0) | Sent | Phone | 330ml Source Extraction: Advanced Logical | |
| 27 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/6/2019 9:14:02 PM(UTC+0) | Read | Phone | What size bottles Source Extraction: Advanced Logical | |
| 28 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/6/2019 8:30:17 PM(UTC+0) | Sent | Phone | Hello I just received some ventipulmin off of backorder do you need any? Source Extraction: Advanced Logical | |
| 29 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/4/2019 6:48:38 PM(UTC+0) | Sent | Phone | Ok Source Extraction: Advanced Logical | |
| 30 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/4/2019 6:33:01 PM(UTC+0) | Read | Phone | Ok and send one monoject so you can send everything today Source Extraction: Advanced Logical | |

| # | Folder | Party | Time | Status | Type | Message |
|---|---|---|---|---|---|---|
| 31 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/4/2019 6:32:08 PM(UTC+0) | Sent | Phone | No sorry that would be something you'd have to talk to Dr Fishman 561-270-9286 .. I only have one box of the five cc's in stock I'll send one of that and one of monojects or do you want to wait a day I can send it all? Source Extraction: Advanced Logical |
| 32 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/4/2019 6:31:06 PM(UTC+0) | Read | Phone | Do you have anything for pain for race day? If so how much for how many races Source Extraction: Advanced Logical |
| 33 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/4/2019 6:30:49 PM(UTC+0) | Sent | Phone | Ok Source Extraction: Advanced Logical |
| 34 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/4/2019 6:30:08 PM(UTC+0) | Read | Phone | Whichever is cheaper Source Extraction: Advanced Logical |
| 35 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 11/4/2019 6:29:30 PM(UTC+0) | Sent | Phone | Do you want Monoject's syringes or Nipro ? Source Extraction: Advanced Logical |
| 36 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/4/2019 6:22:21 PM(UTC+0) | Read | Phone | Also 2 boxes of 6cc slip luer syringes 2 boxes of 12cc slip luer syringes 2 boxes of 20cc slip luer syringes<br><br>1 box of 19 gage 1" 1 box of 19 gage 1.5" Source Extraction: Advanced Logical |
| 37 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 11/4/2019 6:18:10 PM(UTC+0) | Read | Phone | 3 VO2 max 3 robaxin 3 ecp<br><br>Anything for pain on race day you got? Source Extraction: Advanced Logical |
| 38 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/23/2019 10:01:18 PM(UTC+0) | Read | Phone | Awesome thanks Source Extraction: Advanced Logical |
| 39 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/23/2019 9:56:35 PM(UTC+0) | Sent | Phone | Tomorrow Source Extraction: Advanced Logical |
| 40 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/23/2019 9:54:48 PM(UTC+0) | Read | Phone | Message to 4197890057 Delivered. Source Extraction: Advanced Logical |
| 41 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/23/2019 9:54:41 PM(UTC+0) | Sent | Phone | Hmm, lemme check Source Extraction: Advanced Logical |
| 42 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/23/2019 9:54:07 PM(UTC+0) | Read | Phone | What day for lactanase ? I didn't get a tracking email Source Extraction: Advanced Logical |
| 43 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/22/2019 3:04:31 PM(UTC+0) | Read | Phone | That's fine Source Extraction: Advanced Logical |
| 44 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/22/2019 3:03:45 PM(UTC+0) | Sent | Phone | Just so you know the shipping is going to be $20 on an order under 500 Source Extraction: Advanced Logical |
| 45 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/22/2019 3:03:12 PM(UTC+0) | Sent | Phone | Ok Source Extraction: Advanced Logical |
| 46 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/22/2019 3:02:34 PM(UTC+0) | Read | Phone | Yep Source Extraction: Advanced Logical |
| 47 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/22/2019 3:02:33 PM(UTC+0) | Read | Phone | Just lactanase Source Extraction: Advanced Logical |

| # | Type | Contact | Time | Status | Source | Message |
|---|---|---|---|---|---|---|
| 48 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/22/2019 3:02:29 PM(UTC+0) | Sent | Phone | Do you want the one bottle of lactanase? Source Extraction: Advanced Logical |
| 49 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/22/2019 3:02:15 PM(UTC+0) | Read | Phone | Ok don't worry about it Source Extraction: Advanced Logical |
| 50 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/22/2019 3:01:31 PM(UTC+0) | Sent | Phone | Ventipulmin is on a long-term backorder, do you want anything else? Source Extraction: Advanced Logical |
| 51 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/22/2019 3:00:29 PM(UTC+0) | Read | Phone | Can you send me a bottle of lactanase 2x and 100cc ventipulm please Source Extraction: Advanced Logical |
| 52 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/18/2019 3:50:33 AM(UTC+0) | Read | Phone | Good call, I just looked it was in a baggy good thing I didn't throw it away lol.. got it all good thank you and have a good night Source Extraction: Advanced Logical |
| 53 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/18/2019 3:48:30 AM(UTC+0) | Sent | Phone | I sent the thymosin which is the TB 7 check the bubble wrap it's in there somewhere it was in the cold section Source Extraction: Advanced Logical |
| 54 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/18/2019 3:46:33 AM(UTC+0) | Read | Phone | Everything except 2 thymosyn Source Extraction: Advanced Logical |
| 55 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/18/2019 3:46:09 AM(UTC+0) | Read | Phone | Ok thanks, got everything thank you Source Extraction: Advanced Logical |
| 56 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/18/2019 3:43:34 AM(UTC+0) | Sent | Phone | Just omeprazole Source Extraction: Advanced Logical |
| 57 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/18/2019 3:43:04 AM(UTC+0) | Read | Phone | Sorry it's late, just text me back in morning but does the VO2 max need to be refrigerated? Or just this omeprazole Source Extraction: Advanced Logical |
| 58 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/17/2019 2:27:50 PM(UTC+0) | Read | Phone | Ok awesome I figured. Thank you Source Extraction: Advanced Logical |
| 59 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/17/2019 2:27:27 PM(UTC+0) | Sent | Phone | The other four is in the package that came directly from me, says it's out for delivery today Source Extraction: Advanced Logical |
| 60 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/17/2019 2:26:16 PM(UTC+0) | Read | Phone | Hey I received my boothwyn order this morning, only 1 L argenine was in there and I ordered 5. Is the 4 others coming in a different shipment? Source Extraction: Advanced Logical |
| 61 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/16/2019 12:25:15 PM(UTC+0) | Read | Phone | Yep thank you Source Extraction: Advanced Logical |
| 62 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/16/2019 12:23:17 PM(UTC+0) | Sent | Phone | I just sent you one more tracking for the compounded items.. let me know if you have any problems or if you need anything else.. thank you Source Extraction: Advanced Logical |
| 63 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/16/2019 12:22:05 PM(UTC+0) | Read | Phone | Oh ok sounds good thanks Source Extraction: Advanced Logical |
| 64 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/16/2019 12:21:31 PM(UTC+0) | Sent | Phone | I know it gets sent directly from Florida, she had already left the office yesterday so it's going out today as soon as I get that tracking I will send it to you Source Extraction: Advanced Logical |

| # | Folder | From/To | Time | Status | Type | Message |
|---|---|---|---|---|---|---|
| 65 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/16/2019 12:20:57 PM(UTC+0) | Read | Phone | I got your email for tracking, what about the stuff coming from Florida does that get sent to me from Florida to me or Florida to you then me? Source Extraction: Advanced Logical |
| 66 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/15/2019 6:28:01 PM(UTC+0) | Read | Phone | Thank you Source Extraction: Advanced Logical |
| 67 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/15/2019 6:27:48 PM(UTC+0) | Sent | Phone | Ok thx Source Extraction: Advanced Logical |
| 68 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/15/2019 6:27:28 PM(UTC+0) | Read | Phone | Ok I'll take 3 Source Extraction: Advanced Logical |
| 69 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/15/2019 6:26:17 PM(UTC+0) | Sent | Phone | Doc said.. It's day before anti-inflammatory and analgesic Source Extraction: Advanced Logical |
| 70 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/15/2019 6:08:53 PM(UTC+0) | Read | Phone | Or call Seth, because he told me to have u call him before u finalized my order as well Source Extraction: Advanced Logical |
| 71 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/15/2019 6:08:37 PM(UTC+0) | Sent | Phone | I'll find out Source Extraction: Advanced Logical |
| 72 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/15/2019 6:08:21 PM(UTC+0) | Read | Phone | Any chance you could call back and ask lol. There was so much stuff I wrote down I can't remember what that one is lol Source Extraction: Advanced Logical |
| 73 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/15/2019 6:07:50 PM(UTC+0) | Sent | Phone | Oh shoot, no..lol Source Extraction: Advanced Logical |
| 74 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/15/2019 6:07:10 PM(UTC+0) | Read | Phone | Did you by chance ask them what it was? Source Extraction: Advanced Logical |
| 75 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/15/2019 6:06:24 PM(UTC+0) | Sent | Phone | The SOD - HSPC is $40 how many do you want? Source Extraction: Advanced Logical |
| 76 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/14/2019 4:06:50 PM(UTC+0) | Sent | Phone | Ok, thx Source Extraction: Advanced Logical |
| 77 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/14/2019 4:06:31 PM(UTC+0) | Read | Phone | Thanks then depending when he does I'll order today or tomorrow morning Source Extraction: Advanced Logical |
| 78 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/14/2019 3:56:26 PM(UTC+0) | Sent | Phone | Ok, I'll make sure he gets in touch with you thank you Source Extraction: Advanced Logical |
| 79 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/14/2019 3:55:13 PM(UTC+0) | Read | Phone | I do but I kinda wanna wait until I talk to him because I have questions and wanna change my program up Source Extraction: Advanced Logical |
| 80 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/14/2019 3:52:42 PM(UTC+0) | Sent | Phone | Okay, I'll track him down today but in the meantime do you need to place an order? Source Extraction: Advanced Logical |
| 81 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/14/2019 3:51:05 PM(UTC+0) | Read | Phone | Ya yesterday I asked and he said 8 hours so I waited then and texted him and got no reply so then today I texted him and didn't get a reply just didn't know what was going on I'm sure he's busy but if u talk with him just have him call me Source Extraction: Advanced Logical |

| # | Type | Party | Time | Status | Source | Message |
|---|---|---|---|---|---|---|
| 82 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/14/2019 3:14:53 PM(UTC+0) | Sent | Phone | Not sure where he is right now, may be out of the country did you text him ? And when  Source Extraction: Advanced Logical |
| 83 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/14/2019 2:50:48 PM(UTC+0) | Read | Phone | When is the best time to catch Seth?  Source Extraction: Advanced Logical |
| 84 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/10/2019 8:12:06 PM(UTC+0) | Read | Phone | Awesome thanks I'll talk to him about it Monday  Source Extraction: Advanced Logical |
| 85 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/10/2019 8:10:52 PM(UTC+0) | Read | Phone | Lol ok thank you  Source Extraction: Advanced Logical |
| 86 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/10/2019 8:10:00 PM(UTC+0) | Sent | Phone | It's 35 a bottle, sodium succinate 200 milligram with something else my eyes and not reading size 2 font..lol you would have to ask dr. Fishman on how to use it  Source Extraction: Advanced Logical |
| 87 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/10/2019 8:08:42 PM(UTC+0) | Read | Phone | "White cap resp. Stim." How much a bottle and how do you use it? Is that sodium succinate or no?  Source Extraction: Advanced Logical |
| 88 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/10/2019 8:04:05 PM(UTC+0) | Sent | Phone | Ok, I received it and sent back our supply list thank you  Source Extraction: Advanced Logical |
| 89 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/10/2019 7:57:21 PM(UTC+0) | Read | Phone | Ok I sent it  Source Extraction: Advanced Logical |
| 90 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/10/2019 7:44:44 PM(UTC+0) | Sent | Phone | Ok thx..  Source Extraction: Advanced Logical |
| 91 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/10/2019 7:44:11 PM(UTC+0) | Read | Phone | I'm on the road headed to the track, when my girlfriend gets home she will send me a pic of the hard copy blood work and then I'll shoot it over probably in an hour or so  Source Extraction: Advanced Logical |
| 92 | Sent | To +14197890057 (Ohio) Brady Galliers * Direction: Outgoing | Time 10/10/2019 7:04:38 PM(UTC+0) | Sent | Phone | Ok  Source Extraction: Advanced Logical |
| 93 | Inbox | From +14197890057 (Ohio) Brady Galliers * Direction: Incoming | Time 10/10/2019 7:02:03 PM(UTC+0) | Read | Phone | Will call you in 20 mins when I'm on my way to the races  Source Extraction: Advanced Logical |