



**Extraction Report** - Cellebrite Reports

## SMS Messages (151)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | All timestamps | Status | Source | Message | Deleted | * |
|---|--------|-------|----------------|--------|--------|---------|---------|---|
| 1 | Sent | **To**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Outgoing | **Time**<br>3/7/2020<br>11:32:08<br>PM(UTC+0) | Sent | Phone | I have bleeder paste in there's two treatments per tube. how many tubes do you want?<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 2 | Sent | **To**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Outgoing | **Time**<br>2/17/2020<br>2:38:34<br>PM(UTC+0) | Sent | Phone | Okay he's working on these paste things I don't know apparently they love them overseas.. He's gearing everything towards paste<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 3 | Inbox | **From**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Incoming | **Time**<br>2/17/2020<br>2:38:07<br>PM(UTC+0) | Read | Phone | It's only kind of bleede I've ever used  .. I don't really have any bad bleeders<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 4 | Sent | **To**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Outgoing | **Time**<br>2/17/2020<br>2:35:13<br>PM(UTC+0) | Sent | Phone | Still no bleeder waiting on doc, Do you need anything else?<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 5 | Inbox | **From**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Incoming | **Time**<br>2/17/2020<br>1:05:27<br>PM(UTC+0) | Read | Phone | 12 acth<br>12 peptide<br>1 eq pain<br>16 bleeder ( if you have them yet and didn't bill me for other ones )<br>8 robaxin<br>2 bute<br>1 banimine<br>1 ace<br>4 boxes 20cc syringes<br>2 10cc<br>2..5cc<br>4 ..18x1.5<br>2...18x1<br>2 b-12<br>You can run card now<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 6 | Sent | **To**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Outgoing | **Time**<br>2/11/2020<br>6:00:44<br>PM(UTC+0) | Sent | Phone | Okay thank you :-)<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 7 | Inbox | **From**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Incoming | **Time**<br>2/11/2020<br>5:59:33<br>PM(UTC+0) | Read | Phone | Forgot to text you .. you can run my card<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 8 | Sent | **To**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Outgoing | **Time**<br>2/7/2020<br>4:38:48<br>PM(UTC+0) | Sent | Phone | Sending the rest of your order today Do you need anything else?<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 9 | Inbox | **From**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Incoming | **Time**<br>2/5/2020<br>3:55:14<br>PM(UTC+0) | Read | Phone | Need an EQ pain too please<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 10 | Sent | **To**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Outgoing | **Time**<br>2/5/2020<br>1:29:15<br>PM(UTC+0) | Sent | Phone | Nope that's good, thx<br>**Source Extraction:** Advanced Logical | | 🏷 |

GOVERNMENT
EXHIBIT
403-E
S6 20 Cr. 160 (MKV)

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Inbox | **From:** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Incoming | **Time** 2/5/2020 1:27:24 PM(UTC+0) | | | Americanprimetime Americanfirewater Glamorgal Master of excuses Quality closer Round town rocker Need more ?? **Source Extraction:** Advanced Logical |
| 12 | Sent | **To** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Outgoing | **Time** 2/5/2020 1:24:25 PM(UTC+0) | Sent | Phone | Horses name ? **Source Extraction:** Advanced Logical |
| 13 | Sent | **To** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Outgoing | **Time** 2/5/2020 1:21:10 PM(UTC+0) | Sent | Phone | Ok, no problem. I don't have any bleeding meds in stock. Trying to find out when lab will have inventory. I'll send the rest thx **Source Extraction:** Advanced Logical |
| 14 | Inbox | **From** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Incoming | **Time** 2/5/2020 1:17:22 PM(UTC+0) | Read | Phone | 12 acth 12 peptide 6 bleeder 2 estrone 1 banimine I'll put in jig order in couple weeks for some reason nobody's wants to pay me .. don't run my card if nobody payed me by Friday I'll transfer from my savings to horse acct. I'll let ya know Friday afternoon should be ably your run it then . Thanks Lisa **Source Extraction:** Advanced Logical |
| 15 | Sent | **To** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Outgoing | **Time** 12/23/2019 5:09:24 PM(UTC+0) | Sent | Phone | Okay no problem I'm here at the office not going anywhere. Just doing the end of the year inventory :-) Have a Merry Christmas and let me know if you need anything thanks **Source Extraction:** Advanced Logical |
| 16 | Inbox | **From** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Incoming | **Time** 12/23/2019 5:03:51 PM(UTC+0) | Read | Phone | I turned 18 out for a couple weeks prob will be ok till end of January when they all start qua. Back ... thank you and merry Xmas to you too **Source Extraction:** Advanced Logical |
| 17 | Sent | **To** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Outgoing | **Time** 12/23/2019 4:43:50 PM(UTC+0) | Sent | Phone | Hello just checking in to see if you're going to need any supplies. Just let me know and if you don't I wish just wanted to check in and say Merry Christmas and a Happy New year. Let me know if you need something thank you **Source Extraction:** Advanced Logical |
| 18 | Inbox | **From** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Incoming | **Time** 11/14/2019 8:36:04 PM(UTC+0) | Read | Phone | Wow crazy **Source Extraction:** Advanced Logical |
| 19 | Sent | **To** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Outgoing | **Time** 11/14/2019 8:35:41 PM(UTC+0) | Sent | Phone | That's always a good thing because the UPS drivers love to break vitamin c I think over the course of the year they break close to 75 bottles **Source Extraction:** Advanced Logical |
| 20 | Inbox | **From** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Incoming | **Time** 11/14/2019 8:34:06 PM(UTC+0) | Read | Phone | No problem just checking in **Source Extraction:** Advanced Logical |
| 21 | Sent | **To** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Outgoing | **Time** 11/14/2019 8:21:48 PM(UTC+0) | Sent | Phone | Yep says it's out for delivery today **Source Extraction:** Advanced Logical |
| 22 | Sent | **To** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Outgoing | **Time** 11/14/2019 8:21:02 PM(UTC+0) | Sent | Phone | Oh wait You put that order in a while ago let me track **Source Extraction:** Advanced Logical |
| 23 | Sent | **To** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Outgoing | **Time** 11/14/2019 8:20:51 PM(UTC+0) | Sent | Phone | It is coming they pull it from a different warehouse probably be there tomorrow sorry for the delay **Source Extraction:** Advanced Logical |
| 24 | Inbox | **From** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Incoming | **Time** 11/14/2019 8:20:19 PM(UTC+0) | Read | Phone | Only thing that I didn't see was vit c **Source Extraction:** Advanced Logical |

| 25 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>11/14/2019<br>5:34:46<br>PM(UTC+0) | | | Source Extraction: Advanced Logical | | |
| 26 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>11/14/2019<br>5:34:26<br>PM(UTC+0) | Read | Phone | You can take it now<br>Source Extraction: Advanced Logical | | |
| 27 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>11/14/2019<br>5:15:19<br>PM(UTC+0) | Sent | Phone | Hello can i charge your card today or tomorrow?<br>Source Extraction: Advanced Logical | | |
| 28 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>11/12/2019<br>2:38:24<br>PM(UTC+0) | Sent | Phone | Ok, it is 5251 just let me know when I can charge the card thank you<br>Source Extraction: Advanced Logical | | |
| 29 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>11/12/2019<br>12:28:04<br>PM(UTC+0) | Read | Phone | 16 bleeder<br>24 acth<br>24 peptide<br>1 eq pain<br>4 estrone<br>12 robaxin<br>2 bute<br>1 banimine<br>4 each of<br>Vit C<br>B-12<br>B Complex<br>4 boxes 20cc<br>2 boxes 10cc<br>1 box 3cc<br>1 box cathadors<br>6 cases jugs ..<br>Send me total when ya can and give me a couple days to put money in the acct. please<br>Thank you<br>Rick<br>Source Extraction: Advanced Logical | | |
| 30 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>10/21/2019<br>10:52:57<br>PM(UTC+0) | Read | Phone | Your welcome thank you<br>Source Extraction: Advanced Logical | | |
| 31 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>10/21/2019<br>10:52:43<br>PM(UTC+0) | Sent | Phone | Ok thank you let me know if you need anything else :)<br>Source Extraction: Advanced Logical | | |
| 32 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>10/21/2019<br>10:51:52<br>PM(UTC+0) | Read | Phone | No do it now is fine<br>Source Extraction: Advanced Logical | | |
| 33 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>10/21/2019<br>10:51:35<br>PM(UTC+0) | Sent | Phone | Ok thank you.. do you want me to hold off charging the card?<br>Source Extraction: Advanced Logical | | |
| 34 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>10/21/2019<br>9:59:36<br>PM(UTC+0) | Read | Phone | 12 peptide<br>6 acth<br>6 bleeder<br>1 eq pain<br>2 estrone<br>1 banimine<br>1 pre def<br>2 iron sucrose<br>Box catheders<br>6 robaxin<br>Source Extraction: Advanced Logical | | |
| 35 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>10/21/2019<br>9:25:56<br>PM(UTC+0) | Sent | Phone | Hello if you think of it can you please send over that list so I can get it out tomorrow please thank you :-)<br>Source Extraction: Advanced Logical | | |
| 36 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>10/18/2019<br>4:11:05<br>PM(UTC+0) | Read | Phone | No problem thanks<br>Source Extraction: Advanced Logical | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | Sent | **To**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Outgoing | **Time**<br>10/18/2019<br>4:10:26<br>PM(UTC+0) | | | ...but I get married of Wednesday if poss ble :-) I'll be busy the last part of the week<br>**Source Extraction:** Advanced Logical | ▷ |
| 38 | Inbox | **From**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Incoming | **Time**<br>10/18/2019<br>4:10:01<br>PM(UTC+0) | Read | Phone | Prob order sometime next week<br>**Source Extraction:** Advanced Logical | ▷ |
| 39 | Sent | **To**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Outgoing | **Time**<br>10/17/2019<br>5:14:27<br>PM(UTC+0) | Sent | Phone | Good morning just checking in to see if you will need any vet supplies this week<br>**Source Extraction:** Advanced Logical | ▷ |
| 40 | Inbox | **From**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Incoming | **Time**<br>10/2/2019<br>5:45:00<br>PM(UTC+0) | Read | Phone | **Source Extraction:** Advanced Logical | ▷ |
| 41 | Sent | **To**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Outgoing | **Time**<br>10/2/2019<br>5:43:58<br>PM(UTC+0) | Sent | Phone | I am so sorry I do not know what happened to them they were ordered and they "poof" disappeared, I will reorder them for you and if the other ones show up let me know but I apologize for the delay<br>**Source Extraction:** Advanced Logical | ▷ |
| 42 | Sent | **To**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Outgoing | **Time**<br>10/2/2019<br>5:21:47<br>PM(UTC+0) | Sent | Phone | Hmmm. Ok let me check into that<br>**Source Extraction:** Advanced Logical | ▷ |
| 43 | Inbox | **From**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Incoming | **Time**<br>10/2/2019<br>5:21:18<br>PM(UTC+0) | Read | Phone | Hi Lisa .. just wanted to let ya know still haven't gotten any cases of jugs<br>**Source Extraction:** Advanced Logical | ▷ |
| 44 | Sent | **To**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Outgoing | **Time**<br>9/21/2019<br>3:24:24<br>PM(UTC+0) | Sent | Phone | Nope nothing to be worried about I get that all the time. you're just one of my dropship so you get that automatically. You haven't even got bacteriostatic water in a while<br>**Source Extraction:** Advanced Logical | ▷ |
| 45 | Inbox | **From**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Incoming | **Time**<br>9/14/2019<br>9:40:56<br>PM(UTC+0) | Read | Phone | Yes<br>**Source Extraction:** Advanced Logical | ▷ |
| 46 | Sent | **To**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Outgoing | **Time**<br>9/14/2019<br>8:51:53<br>PM(UTC+0) | Sent | Phone | Did you get those other two robaxin the other day? Do you need 6 more or just 4<br>**Source Extraction:** Advanced Logical | ▷ |
| 47 | Inbox | **From**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Incoming | **Time**<br>9/14/2019<br>4:11:59<br>PM(UTC+0) | Read | Phone | Big thing of thyroid powder<br>And small bottle of regu-mate<br>**Source Extraction:** Advanced Logical | ▷ |
| 48 | Inbox | **From**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Incoming | **Time**<br>9/14/2019<br>4:05:49<br>PM(UTC+0) | Read | Phone | Card**<br>**Source Extraction:** Advanced Logical | ▷ |
| 49 | Inbox | **From**<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br>**Direction:**<br>Incoming | **Time**<br>9/14/2019<br>4:05:29<br>PM(UTC+0) | Read | Phone | 12 acth<br>12 bleeder<br>12 peptide<br>1 EQ<br>2 estrone<br>6 robaxin<br>1 banimine<br>2 epm paste<br>4 each<br>B-12...b complex vit c<br>2 iron sucrose<br>3 boxes 20cc syringes<br>4 cases jugs .<br>Bill cars anytime<br>Thank you<br>Rick<br>**Source Extraction:** Advanced Logical | ▷ |

| 50 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>9/10/2019<br>6:09:18<br>PM(UTC+0) | | | Source Extraction: Advanced Logical | | |
| 51 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>9/10/2019<br>6:08:36<br>PM(UTC+0) | Read | Phone | You did that long time<br>Source Extraction: Advanced Logical | | |
| 52 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>9/10/2019<br>6:08:35<br>PM(UTC+0) | Read | Phone | Ago<br>Source Extraction: Advanced Logical | | |
| 53 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>9/10/2019<br>6:06:13<br>PM(UTC+0) | Sent | Phone | Lol thought I was going crazy there for a minute LOL<br>Source Extraction: Advanced Logical | | |
| 54 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>9/10/2019<br>6:05:37<br>PM(UTC+0) | Read | Phone | Oh ok<br>Source Extraction: Advanced Logical | | |
| 55 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>9/10/2019<br>6:05:16<br>PM(UTC+0) | Sent | Phone | Leslie Berkeley ? She said shes in your barn<br>Source Extraction: Advanced Logical | | |
| 56 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>9/10/2019<br>6:04:47<br>PM(UTC+0) | Read | Phone | Maybe wrong person<br>Source Extraction: Advanced Logical | | |
| 57 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>9/10/2019<br>6:00:56<br>PM(UTC+0) | Sent | Phone | Okay Leslie's going to bring you to robaxin they got but they didn't want, just hold on to them till you need them or if somebody else needs it let me know please :-) thank you<br>Source Extraction: Advanced Logical | | |
| 58 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>9/10/2019<br>3:16:34<br>PM(UTC+0) | Sent | Phone | Ok thx<br>Source Extraction: Advanced Logical | | |
| 59 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>9/10/2019<br>3:16:05<br>PM(UTC+0) | Read | Phone | Yea getting low I'll get order in next couple of days<br>Source Extraction: Advanced Logical | | |
| 60 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>9/10/2019<br>3:15:42<br>PM(UTC+0) | Sent | Phone | Hey it's Lisa just checking in to see if you need any vet supplies ..let me know thanks<br>Source Extraction: Advanced Logical | | |
| 61 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>8/12/2019<br>2:55:34<br>PM(UTC+0) | Sent | Phone | Okay thank you let me know if you need anything else<br>Source Extraction: Advanced Logical | | |
| 62 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>8/12/2019<br>2:21:15<br>PM(UTC+0) | Read | Phone | 24 acth<br>12 bleeder<br>12 peptide<br>2 estrone<br>6 robaxin<br>2 each b-12 b complex vit c<br>Bill card now<br>Thanks<br>Rick<br>Source Extraction: Advanced Logical | | |
| 63 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>7/24/2019<br>6:15:22<br>PM(UTC+0) | Sent | Phone | Thx<br>Source Extraction: Advanced Logical | | |

| 64 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>7/24/2019<br>6:15:13<br>PM(UTC+0) | Read | Phone | ...hole when than you. bro of a tales<br><br>Source Extraction: Advanced Logical |  | 🏷 |
|---|---|---|---|---|---|---|---|---|
| 65 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>7/24/2019<br>6:14:45<br>PM(UTC+0) | Sent | Phone | Ok, no estrone.. I am on plane but I will try to get out<br><br>Source Extraction: Advanced Logical |  | 🏷 |
| 66 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>7/24/2019<br>6:04:11<br>PM(UTC+0) | Read | Phone | Also 10 bleeder .. and is the other estrone in yet if it is send me couple of those also ..<br><br>Source Extraction: Advanced Logical |  | 🏷 |
| 67 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>7/24/2019<br>6:03:42<br>PM(UTC+0) | Read | Phone | Can you send me 5 cases of jugs please bill anytime .. thank you<br><br>Source Extraction: Advanced Logical |  | 🏷 |
| 68 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>7/12/2019<br>2:24:28<br>PM(UTC+0) | Sent | Phone | Lol , it's okay I will send it today , just wanted to make sure I didn't send the wrong stuff to Kim.<br><br>Source Extraction: Advanced Logical |  | 🏷 |
| 69 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>7/12/2019<br>2:09:37<br>PM(UTC+0) | Read | Phone | Sorry insist looked at my order I don't order one grrr<br>So<br>2 EQ<br>Box of 60cc syringes<br>Bill cars now if ya want<br>Thanks<br><br>Source Extraction: Advanced Logical |  | 🏷 |
| 70 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>7/12/2019<br>2:09:32<br>PM(UTC+0) | Sent | Phone | Ok, yeah I just re-read your text is not one for you, I will send you 2 along with the syringes and Bill your card thank you<br><br>Source Extraction: Advanced Logical |  | 🏷 |
| 71 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>7/12/2019<br>2:08:44<br>PM(UTC+0) | Read | Phone | We both wanted one<br><br>Source Extraction: Advanced Logical |  | 🏷 |
| 72 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>7/12/2019<br>2:07:47<br>PM(UTC+0) | Sent | Phone | Hey did I misunderstand I sent the eq to Kim that was the text you forwarded to me I did not see one on your text to go to you<br><br>Source Extraction: Advanced Logical |  | 🏷 |
| 73 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>7/12/2019<br>12:58:55<br>PM(UTC+0) | Read | Phone | Also could use a box of 60cc syringes to make jugs .. thanks<br><br>Source Extraction: Advanced Logical |  | 🏷 |
| 74 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>7/12/2019<br>12:57:56<br>PM(UTC+0) | Read | Phone | Hi . I just got around to unpacking everything. Only thing I didn't have was the EQ pain .. since I'm so stocked up send me two just bill my card for the extra one ..<br>thanks for everything<br>Rick<br><br>Source Extraction: Advanced Logical |  | 🏷 |
| 75 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>7/8/2019<br>2:05:21<br>PM(UTC+0) | Sent | Phone | Thx<br><br>Source Extraction: Advanced Logical |  | 🏷 |
| 76 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>7/8/2019<br>2:05:10<br>PM(UTC+0) | Read | Phone | Americanprimetime<br><br>Source Extraction: Advanced Logical |  | 🏷 |
| 77 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>7/8/2019<br>1:59:57<br>PM(UTC+0) | Sent | Phone | Okay what horse do you want to put it under<br><br>Source Extraction: Advanced Logical |  | 🏷 |
| 78 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>7/8/2019<br>1:59:17<br>PM(UTC+0) | Read | Phone | Just send two bottle until other stuff comes in<br><br>Source Extraction: Advanced Logical |  | 🏷 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 79 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Outgoing | **Time** 7/8/2019 1:58:38 PM(UTC+0) | | | somebody local and I will need a horse's name please how many bottles do you want **Source Extraction:** Advanced Logical |
| 80 | Inbox | **From** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Incoming | **Time** 7/8/2019 1:58:10 PM(UTC+0) | Read | Phone | So I just need to use more .. ?? I'm fine with that for now cause I'm completely out **Source Extraction:** Advanced Logical |
| 81 | Sent | **To** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Outgoing | **Time** 7/8/2019 1:57:41 PM(UTC+0) | Sent | Phone | Just strength, it's a weaker version **Source Extraction:** Advanced Logical |
| 82 | Inbox | **From** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Incoming | **Time** 7/8/2019 1:57:20 PM(UTC+0) | Read | Phone | I don't know the difference **Source Extraction:** Advanced Logical |
| 83 | Sent | **To** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Outgoing | **Time** 7/8/2019 1:56:51 PM(UTC+0) | Sent | Phone | estrone is on backorder I can get the 5 mg from Wedgewood, just let me know if you want that **Source Extraction:** Advanced Logical |
| 84 | Sent | **To** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Outgoing | **Time** 7/8/2019 1:30:07 PM(UTC+0) | Sent | Phone | Ok it will be on probably for a few months. Just let me know thanks **Source Extraction:** Advanced Logical |
| 85 | Inbox | **From** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Incoming | **Time** 7/8/2019 1:09:35 PM(UTC+0) | Read | Phone | No thanks **Source Extraction:** Advanced Logical |
| 86 | Sent | **To** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Outgoing | **Time** 7/8/2019 1:06:07 PM(UTC+0) | Sent | Phone | Ok , I will send out today.. did you want to take advantage of the hyvisc acid special ? **Source Extraction:** Advanced Logical |
| 87 | Inbox | **From** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Incoming | **Time** 7/8/2019 11:19:25 AM(UTC+0) | Read | Phone | Sorry my typing is so bad lol if there's something that doesn't make sense let me know **Source Extraction:** Advanced Logical |
| 88 | Inbox | **From** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Incoming | **Time** 7/8/2019 11:17:39 AM(UTC+0) | Read | Phone | I dont know. 10 green 10 bleeder 1 pain **Source Extraction:** Advanced Logical |
| 89 | Inbox | **From** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Incoming | **Time** 7/8/2019 11:17:19 AM(UTC+0) | Read | Phone | 4 boxes 20cc 4 ..10cc 2 ...5cc 4 boxes ..18-1.5 2.....18-1 2 cathadors 16g 4 each B-12 .b complex vit C 2 iron sucrose 4 each of Folic..hemp 15 caco 24 peptide 24 acth 12 robaxin 4 estrone 2 banimine 2 bute 4 jug pumps and hoses. This will all go to me . I'm gonna coward you what Kim needs sent to her . You can bill my card right away Thanks **Source Extraction:** Advanced Logical |
| 90 | Inbox | **From** +17082757023 MW #45304 & #50 Rick Dane * **Direction:** Incoming | **Time** 6/26/2019 3:57:25 PM(UTC+0) | Read | Phone | 6 is ok for now **Source Extraction:** Advanced Logical |

| # | Folder | To/From | Time | Status | Type | Message |
|---|---|---|---|---|---|---|
| 91 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 6/26/2019 3:56:44 PM(UTC+0) | | | they're going to send that and then the other 4 in a week or so sorry for the delay.. I do have a few bottles here if you need all 10 I could send three from here let me know **Source Extraction:** Advanced Logical |
| 92 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 6/26/2019 2:24:18 PM(UTC+0) | Sent | Phone | Ok, thank you **Source Extraction:** Advanced Logical |
| 93 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 6/26/2019 1:57:28 PM(UTC+0) | Read | Phone | Can you send me 10 peptide and 10 acth I'll put in bigger order in a  week or so bill card now Thanks Rick **Source Extraction:** Advanced Logical |
| 94 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 6/3/2019 4:48:38 PM(UTC+0) | Sent | Phone | Okay I will email them if you need it change for whatever reason just let me know **Source Extraction:** Advanced Logical |
| 95 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 6/3/2019 4:21:35 PM(UTC+0) | Read | Phone | Either whatever is easiest for you .. eggiewon@aol.com **Source Extraction:** Advanced Logical |
| 96 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 6/3/2019 4:20:57 PM(UTC+0) | Sent | Phone | Hey not sure if I ask this and not do you prefer your invoice by email or hard copy in the mail? :-) **Source Extraction:** Advanced Logical |
| 97 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 6/3/2019 3:32:13 PM(UTC+0) | Sent | Phone | Ok thx **Source Extraction:** Advanced Logical |
| 98 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 6/3/2019 3:22:56 PM(UTC+0) | Read | Phone | 4 cases jugs Two each or Vit C..b-12 b complex Box of cathidors Run card when ever **Source Extraction:** Advanced Logical |
| 99 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 5/21/2019 3:48:52 PM(UTC+0) | Sent | Phone | Ok thx **Source Extraction:** Advanced Logical |
| 100 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 5/21/2019 3:47:53 PM(UTC+0) | Read | Phone | I think I have that much in there go ahead and run it **Source Extraction:** Advanced Logical |
| 101 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 5/21/2019 3:46:28 PM(UTC+0) | Sent | Phone | Total $2585 let me know when you want me to charge a card thank you **Source Extraction:** Advanced Logical |
| 102 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 5/21/2019 12:57:05 PM(UTC+0) | Sent | Phone | Ok , no problem.. thank you **Source Extraction:** Advanced Logical |
| 103 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 5/21/2019 11:35:56 AM(UTC+0) | Read | Phone | Gdmorning 10 peptide 12 acth 12 bleeder 2 estrone 1eq pain . 6 robaxin 5 double kill epm 1 banimine Let me know what total is b4 you run card wanna make sure there is enough in that acct. thanks **Source Extraction:** Advanced Logical |
| 104 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 5/6/2019 5:48:49 PM(UTC+0) | Sent | Phone | Ok, you can still text me if you need anything I'll make sure the girl gets it ..thanks **Source Extraction:** Advanced Logical |

| 105 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>5/6/2019<br>5:48:12<br>PM(UTC+0) | | | Source Extraction: Advanced Logical | 🏷 |
|---|---|---|---|---|---|---|---|
| 106 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>5/6/2019<br>5:47:50<br>PM(UTC+0) | Sent | Phone | Hello I'm going to be out of the office Thursday to Thursday do you need any supplies? There will be somebody here but I just want to make sure you're taken care of before<br>Source Extraction: Advanced Logical | 🏷 |
| 107 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>4/30/2019<br>6:46:18<br>PM(UTC+0) | Read | Phone | Yes ma'am<br>Source Extraction: Advanced Logical | 🏷 |
| 108 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>4/30/2019<br>6:35:15<br>PM(UTC+0) | Sent | Phone | Ok, so I'm sending this to her, billing you.. correct?<br>Source Extraction: Advanced Logical | 🏷 |
| 109 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>4/30/2019<br>5:38:03<br>PM(UTC+0) | Read | Phone | That is from Kim could you please send this stuff to her<br>Kimberly Roth<br><br>Crete IL 60417<br>Bill my card tomorrow for it thanks<br>Rick<br>Source Extraction: Advanced Logical | 🏷 |
| 110 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>4/30/2019<br>5:36:52<br>PM(UTC+0) | Read | Phone | Need 10 green<br>    8 bleeder<br>        1 pain.    Please<br>That should last me awhile<br>Source Extraction: Advanced Logical | 🏷 |
| 111 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>4/26/2019<br>4:37:21<br>PM(UTC+0) | Sent | Phone | Hey I am so sorry for some reason that one got lost in the shuffle my apologies it will be there on Monday<br>Source Extraction: Advanced Logical | 🏷 |
| 112 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>4/26/2019<br>4:23:43<br>PM(UTC+0) | Sent | Phone | That was all coming directly from Boothwyn let me see where he's at, sorry for the delay<br>Source Extraction: Advanced Logical | 🏷 |
| 113 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>4/26/2019<br>4:17:06<br>PM(UTC+0) | Read | Phone | Hi Lisa ..<br>I didn't get any<br>Acth<br>Robaxin<br>Or estrone ..<br>Source Extraction: Advanced Logical | 🏷 |
| 114 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>4/17/2019<br>2:14:43<br>PM(UTC+0) | Sent | Phone | Thank you<br>Source Extraction: Advanced Logical | 🏷 |
| 115 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>4/17/2019<br>11:42:13<br>AM(UTC+0) | Read | Phone | You can take the money<br>Source Extraction: Advanced Logical | 🏷 |
| 116 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>4/15/2019<br>5:28:58<br>PM(UTC+0) | Sent | Phone | Source Extraction: Advanced Logical | 🏷 |
| 117 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>4/15/2019<br>5:27:11<br>PM(UTC+0) | Read | Phone | That's why I love you<br>Source Extraction: Advanced Logical | 🏷 |
| 118 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>4/15/2019<br>5:07:41<br>PM(UTC+0) | Sent | Phone | Okay so I called both compounders that make GPE, neither one have discounts for bulk ordering. Rapid equine is a 30ml bottle which is probably what grasso had, but that is still price ALOT lower than I can purchase it for. Horse necessities which horsemen believe is a better product, is a 50 ml vial. Now I do see they bumped it up in price, I didn't catch it last time I will credit you $70, and I spoke to doc, he is going to approve a bulk discount rate for you on this product and also on his product the homeopathic bleeder plus buy 12 get one free<br>Source Extraction: Advanced Logical | 🏷 |

| 119 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 4/15/2019 2:32:23 PM(UTC+0) | | | Source Extraction: Advanced Logical | | |
|-----|-------|------|------|------|-------|------|---|---|
| 120 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 4/15/2019 2:32:20 PM(UTC+0) | Read | Phone | L Source Extraction: Advanced Logical | | |
| 121 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 4/15/2019 2:18:58 PM(UTC+0) | Sent | Phone | L ke I said one compound or has smaller bottles, sometimes they give discounts for short day two things, but sometimes they run specials I don't know about I'll check into it but I know horse necessities is the larger bottle Source Extraction: Advanced Logical | | |
| 122 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 4/15/2019 2:18:20 PM(UTC+0) | Read | Phone | I don't trust Grousso that why I rarely buy from him Source Extraction: Advanced Logical | | |
| 123 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 4/15/2019 2:17:15 PM(UTC+0) | Sent | Phone | Or where are they getting that bottle from different compounder? Source Extraction: Advanced Logical | | |
| 124 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 4/15/2019 2:17:02 PM(UTC+0) | Sent | Phone | Check the size of the bottle, the one from rapid equine is smaller, I get the one from horse necessities, but I'll check to see if they're running a special right now that's why the price might be low or not sure Source Extraction: Advanced Logical | | |
| 125 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 4/15/2019 11:17:16 AM(UTC+0) | Read | Phone | 10 peptide 12 bleeder 12 atch 1 eq pain 6 robaxin 4 estrone 2 bute 1 banimine 1 lasix 2 ecp 2 box 18-1.5 2 box 20cc Please don't charge my card should be Wednesday. I put checks in on Saturday so they don't really go in till today . Also Hawthorne starts in a few weeks either me or Kim will order stuff for her let ya know .. Can you check the price of the Gpe .. it's only $30 here you charged me $65 last time love you Source Extraction: Advanced Logical | | |
| 126 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 4/3/2019 8:01:42 PM(UTC+0) | Sent | Phone | Ok thx Source Extraction: Advanced Logical | | |
| 127 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 4/3/2019 7:08:55 PM(UTC+0) | Read | Phone | Sorry was racing .. yes of course you can Source Extraction: Advanced Logical | | |
| 128 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 4/3/2019 5:21:50 PM(UTC+0) | Sent | Phone | Also can I send 7 GPE to reduce the shipping cost to us :-) Source Extraction: Advanced Logical | | |
| 129 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 4/3/2019 5:18:19 PM(UTC+0) | Sent | Phone | Sure, thx. Do you want me to run the card or wait Source Extraction: Advanced Logical | | |
| 130 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 4/3/2019 5:03:24 PM(UTC+0) | Read | Phone | Can you send me 6 bleeder and 6 peptides I'll put in big order prob next week Source Extraction: Advanced Logical | | |
| 131 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 3/5/2019 2:44:45 PM(UTC+0) | Read | Phone | Charge my card now if ya want Source Extraction: Advanced Logical | | |

| 132 | Sent | +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | 3/5/2019 2:42:52 PM(UTC+0) | | | Source Extraction: Advanced Logical | |
|---|---|---|---|---|---|---|---|
| 133 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 3/5/2019 2:27:45 PM(UTC+0) | Read | Phone | Gdmorning I need EQ pain and bucket of thyroid powder please forgot to order Source Extraction: Advanced Logical | |
| 134 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 2/26/2019 3:24:09 PM(UTC+0) | Sent | Phone | Ok thx Source Extraction: Advanced Logical | |
| 135 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 2/26/2019 3:23:02 PM(UTC+0) | Read | Phone | 6 robaxin 12 peptide 2 estrone 2banimine 12 acth 4 each of B-12.. vit c.. b complex 2 each or Iron sucrose.. folic acid .. hemo-15.. caco 4 cases jugs 2 boxes 20cc.. 1 box of 10..5..3cc 2 box of 20x1 needles Thanks I put  checks in yesterday run card now should've cleared today Source Extraction: Advanced Logical | |
| 136 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 2/8/2019 5:39:31 PM(UTC+0) | Sent | Phone | Sure, it'll go out today let me know if you need anything else thanks Source Extraction: Advanced Logical | |
| 137 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 2/8/2019 5:35:00 PM(UTC+0) | Read | Phone | Hi . Can you send me 12 bottles of acth.. take it out of my acct now if ya want Source Extraction: Advanced Logical | |
| 138 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 1/31/2019 4:51:28 PM(UTC+0) | Read | Phone | I will thanks Source Extraction: Advanced Logical | |
| 139 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 1/31/2019 4:51:05 PM(UTC+0) | Sent | Phone | Sweeter words have never been heard LOL thank you very much let me know if you need anything Source Extraction: Advanced Logical | |
| 140 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 1/31/2019 4:46:33 PM(UTC+0) | Read | Phone | You can take the money honey Source Extraction: Advanced Logical | |
| 141 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 1/29/2019 6:16:11 PM(UTC+0) | Sent | Phone | Ok , well just let me know when the funds are cleared thank you Source Extraction: Advanced Logical | |
| 142 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 1/29/2019 6:14:12 PM(UTC+0) | Read | Phone | Prob Thursday I get my Yonkers checks Wednesday Source Extraction: Advanced Logical | |
| 143 | Sent | To +17082757023 MW #45304 & #50 Rick Dane * Direction: Outgoing | Time 1/29/2019 6:13:19 PM(UTC+0) | Sent | Phone | Hello just text me when is it okay to charge that card please thank you Source Extraction: Advanced Logical | |
| 144 | Inbox | From +17082757023 MW #45304 & #50 Rick Dane * Direction: Incoming | Time 1/22/2019 6:52:04 PM(UTC+0) | Read | Phone | That's ok that will work Source Extraction: Advanced Logical | |

| # | Type | From/To | Time | Status | Method | Message | | |
|---|------|---------|------|--------|--------|---------|---|---|
| 145 | Sent | +17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>1/22/2019<br>6:50:09<br>PM(UTC+0) | | | ...they are done and the other on<br>backorder will be there the next week<br>**Source Extraction**: Advanced Logical | | ▷ |
| 146 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>1/22/2019<br>5:33:40<br>PM(UTC+0) | Sent | Phone | Ok thx, just let me know when you want me to<br>run the card thank you<br>**Source Extraction**: Advanced Logical | | ▷ |
| 147 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>1/22/2019<br>5:16:01<br>PM(UTC+0) | Read | Phone | 12 peptide<br>12 acth<br>6 bleeder<br>1 EQ<br>6 robaxin<br>2 estrone<br>2 box 20cc syringes<br>2 box 10cc syringes<br>2 18x1.5<br>2..18x1<br>Thanks<br>**Source Extraction**: Advanced Logical | | ▷ |
| 148 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>1/22/2019<br>4:30:03<br>PM(UTC+0) | Read | Phone | Ok give me an hour<br>**Source Extraction**: Advanced Logical | | ▷ |
| 149 | Sent | To<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Outgoing | Time<br>1/22/2019<br>4:29:48<br>PM(UTC+0) | Sent | Phone | Sure<br>**Source Extraction**: Advanced Logical | | ▷ |
| 150 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>1/22/2019<br>4:29:08<br>PM(UTC+0) | Read | Phone | Waiting on Yonkers checks next week<br>**Source Extraction**: Advanced Logical | | ▷ |
| 151 | Inbox | From<br>+17082757023<br>MW #45304 & #50<br>Rick Dane *<br><br>Direction:<br>Incoming | Time<br>1/22/2019<br>4:28:48<br>PM(UTC+0) | Read | Phone | Can I put order in today . I won't have money till<br>prob Wednesday of next week ..<br>**Source Extraction**: Advanced Logical | | ▷ |