

## Extraction Report - Cellebrite Reports

## SMS Messages (73)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | All timestamps | Status | Source | Message | Deleted | * |
|---|--------|-------|----------------|--------|--------|---------|---------|---|
| 1 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 2/29/2020 8:11:23 PM(UTC+0) | Sent | Phone | Ok thx Source Extraction: Advanced Logical | | 🏷 |
| 2 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 2/29/2020 8:11:13 PM(UTC+0) | Read | Phone | I'm all set this week Lisa. Thank you for checking. Please leave me on the list. Source Extraction: Advanced Logical | | 🏷 |
| 3 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 2/29/2020 8:04:00 PM(UTC+0) | Sent | Phone | Hello it is Lisa from Equestology just checking in to see if you need any vet supplies this week or if you wish for me to take you off the list for texting.. just let me know thank you Source Extraction: Advanced Logical | | 🏷 |
| 4 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 5/21/2019 3:50:27 PM(UTC+0) | Sent | Phone | Ok thx Source Extraction: Advanced Logical | | 🏷 |
| 5 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/21/2019 2:47:09 PM(UTC+0) | Read | Phone | May I please get 2 DHEA EHG 2 PG 2 1 large SMZ 1 large gentamicin Thank you Source Extraction: Advanced Logical | | 🏷 |
| 6 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/20/2019 7:34:03 PM(UTC+0) | Read | Phone | Ok I will place an order tomorrow thank you Source Extraction: Advanced Logical | | 🏷 |
| 7 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 5/20/2019 7:07:05 PM(UTC+0) | Sent | Phone | DHEA EGH $30 PG 2 $32.50 SMZ $50 Source Extraction: Advanced Logical | | 🏷 |
| 8 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/20/2019 7:05:44 PM(UTC+0) | Read | Phone | Hi Lisa. Doc and my husband talked. I need some prices and bottle size when you have time. DHEA EGH PG2 equimas Large bottle of smz pills Thanks Source Extraction: Advanced Logical | | 🏷 |
| 9 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/17/2019 9:08:31 PM(UTC+0) | Read | Phone | Ok thank you Source Extraction: Advanced Logical | | 🏷 |
| 10 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 5/17/2019 9:08:22 PM(UTC+0) | Sent | Phone | 561-270-9286 Source Extraction: Advanced Logical | | 🏷 |
| 11 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 5/17/2019 9:08:11 PM(UTC+0) | Sent | Phone | I'm sorry but if you need further information please text dr. Fishman and write down what he says exactly. Source Extraction: Advanced Logical | | 🏷 |

GOVERNMENT EXHIBIT 403-M S6 20 Cr. 160 (MKV)

| # | Folder | From/To | Time | Status | Type | Message |
|---|---|---|---|---|---|---|
| 12 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/17/2019 9:07:46 PM(UTC+0) | Read | Phone | Ok so how do I... And do I just give them? Source Extraction: Advanced Logical |
| 13 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 5/17/2019 8:58:59 PM(UTC+0) | Sent | Phone | according to Doc 15 pills 24hrs out, then 15  8 hrs Source Extraction: Advanced Logical |
| 14 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/17/2019 8:57:16 PM(UTC+0) | Read | Phone | Quick question. I'm going to use those pills on my mare this week. She's racing Wednesday. What is the best time to give them Tuesday? I know you said 15 pills day of 6 hours out. Source Extraction: Advanced Logical |
| 15 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/13/2019 3:43:12 PM(UTC+0) | Read | Phone | Ok I understand now. Last shipment you sent me like 4 pages stapled together saying how to use the VO2 max and the serenity. That's the paper my husband lost. Source Extraction: Advanced Logical |
| 16 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/13/2019 3:43:02 PM(UTC+0) | Read | Phone | Ok I understand now. Last shipment you sent me like 4 pages stapled together saying how to use the VO2 max and the serenity. That's the paper my husband lost. Source Extraction: Advanced Logical |
| 17 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 5/13/2019 3:41:53 PM(UTC+0) | Sent | Phone | The card will be run on Friday I will email you as soon as I have an internet connection Source Extraction: Advanced Logical |
| 18 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/13/2019 3:41:34 PM(UTC+0) | Read | Phone | I wasn't sure if you were saying you couldn't run the card until Friday or you couldn't run off the suggested use instructions until frida Source Extraction: Advanced Logical |
| 19 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 5/13/2019 3:40:49 PM(UTC+0) | Sent | Phone | I can email you the new product list but that's not really an instruction booklet but that's what I have. Source Extraction: Advanced Logical |
| 20 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/13/2019 3:40:27 PM(UTC+0) | Read | Phone | The instruction booklet you sent me the last time with how to use the products Source Extraction: Advanced Logical |
| 21 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 5/13/2019 3:38:09 PM(UTC+0) | Sent | Phone | What paperwork are you referring to? I can send you the invoice Source Extraction: Advanced Logical |
| 22 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/13/2019 3:37:05 PM(UTC+0) | Read | Phone | The paperwork? Source Extraction: Advanced Logical |
| 23 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 5/13/2019 3:35:14 PM(UTC+0) | Sent | Phone | Okay I won't be able to run it until Friday, I'm out of the office till then Source Extraction: Advanced Logical |
| 24 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/13/2019 3:34:44 PM(UTC+0) | Read | Phone | Ok you can run it. Please send me another instruction packet. My husband lost mine ALREADY. Thank you Source Extraction: Advanced Logical |
| 25 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 5/13/2019 3:22:38 PM(UTC+0) | Sent | Phone | Total is $345.50 Source Extraction: Advanced Logical |
| 26 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/13/2019 3:07:41 PM(UTC+0) | Read | Phone | Awesome! Source Extraction: Advanced Logical |

| # | Folder | Party | Time | Status | Type | Message |
|---|--------|-------|------|--------|------|---------|
| 27 | Sent | **To** +17164790934 MW# 47428 Megan Wilson * **Direction:** Outgoing | **Time** 5/13/2019 3:07:01 PM(UTC+0) | Read | Phone | Ok, I'm calling my distributor now, looks like 500 CT robaxin is back **Source Extraction:** Advanced Logical |
| 28 | Inbox | **From** +17164790934 MW# 47428 Megan Wilson * **Direction:** Incoming | **Time** 5/13/2019 3:05:51 PM(UTC+0) | Read | Phone | Text me the total please and I'll transfer the money and then text you **Source Extraction:** Advanced Logical |
| 29 | Sent | **To** +17164790934 MW# 47428 Megan Wilson * **Direction:** Outgoing | **Time** 5/13/2019 3:03:23 PM(UTC+0) | Sent | Phone | Ok **Source Extraction:** Advanced Logical |
| 30 | Inbox | **From** +17164790934 MW# 47428 Megan Wilson * **Direction:** Incoming | **Time** 5/13/2019 3:02:37 PM(UTC+0) | Read | Phone | Ok send me two packages of bleeder pills. And 5 bottles of robaxin **Source Extraction:** Advanced Logical |
| 31 | Sent | **To** +17164790934 MW# 47428 Megan Wilson * **Direction:** Outgoing | **Time** 5/13/2019 3:01:21 PM(UTC+0) | Sent | Phone | Robaxin tablets are $22 for 100 pills **Source Extraction:** Advanced Logical |
| 32 | Sent | **To** +17164790934 MW# 47428 Megan Wilson * **Direction:** Outgoing | **Time** 5/13/2019 2:59:20 PM(UTC+0) | Sent | Phone | According to doc if really bad bleeder then give 15 day before & 15  day of ( 6 hrs out). There are 30 pills in one package **Source Extraction:** Advanced Logical |
| 33 | Inbox | **From** +17164790934 MW# 47428 Megan Wilson * **Direction:** Incoming | **Time** 5/13/2019 2:53:51 PM(UTC+0) | Read | Phone | Are the bleeder pills one pack a race or can I get more then a race out of a pack? **Source Extraction:** Advanced Logical |
| 34 | Inbox | **From** +17164790934 MW# 47428 Megan Wilson * **Direction:** Incoming | **Time** 5/13/2019 2:53:11 PM(UTC+0) | Read | Phone | She gushed **Source Extraction:** Advanced Logical |
| 35 | Sent | **To** +17164790934 MW# 47428 Megan Wilson * **Direction:** Outgoing | **Time** 5/13/2019 2:52:57 PM(UTC+0) | Sent | Phone | I will let you know price in 20 minutes, not in front of computer right now **Source Extraction:** Advanced Logical |
| 36 | Sent | **To** +17164790934 MW# 47428 Megan Wilson * **Direction:** Outgoing | **Time** 5/13/2019 2:52:03 PM(UTC+0) | Sent | Phone | You can use it with or without pills, if really bad bleeder then you use both **Source Extraction:** Advanced Logical |
| 37 | Inbox | **From** +17164790934 MW# 47428 Megan Wilson * **Direction:** Incoming | **Time** 5/13/2019 2:51:07 PM(UTC+0) | Read | Phone | How many bleeder pills in a pack? I don't need the VO2 I still have the bottle you sent I didn't use it cuz I didn't know I was supposed to use it with the pills. How much is the robaxin? **Source Extraction:** Advanced Logical |
| 38 | Sent | **To** +17164790934 MW# 47428 Megan Wilson * **Direction:** Outgoing | **Time** 5/13/2019 2:49:05 PM(UTC+0) | Sent | Phone | Ok , how many packages of bleeder pills & vo2 ? Also I can only get robaxin pills in 100 CT right now, is that good or will you need more bottles ? **Source Extraction:** Advanced Logical |
| 39 | Inbox | **From** +17164790934 MW# 47428 Megan Wilson * **Direction:** Incoming | **Time** 5/13/2019 2:40:41 PM(UTC+0) | Read | Phone | He Lisa. I need the bleeder pills that go with the VO2 max Acetylcysteine powder Robaxin pills And a case of drenchs Please text me the total before you run my card I will need to transfer money before you run it. Thanks! **Source Extraction:** Advanced Logical |
| 40 | Inbox | **From** +17164790934 MW# 47428 Megan Wilson * **Direction:** Incoming | **Time** 5/11/2019 5:07:27 PM(UTC+0) | Read | Phone | Ok thank you **Source Extraction:** Advanced Logical |
| 41 | Sent | **To** +17164790934 MW# 47428 Megan Wilson * **Direction:** Outgoing | **Time** 5/11/2019 5:01:24 PM(UTC+0) | Sent | Phone | Okay just text me and I can get it out on Monday what you need **Source Extraction:** Advanced Logical |

| | | From/To | Time | Status | Type | Message |
|---|---|---|---|---|---|---|
| 42 | Inbox | From: +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/11/2019 5:00:38 PM(UTC+0) | Read | Phone | Ok I'm going to place an order Monday. Also I was supposed to order the bleeding pills when I ordered VO2 max Source Extraction: Advanced Logical |
| 43 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 5/11/2019 4:56:21 PM(UTC+0) | Sent | Phone | Yes Source Extraction: Advanced Logical |
| 44 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 5/11/2019 4:55:34 PM(UTC+0) | Read | Phone | Hi Lisa. Do you have robaxin pills? Source Extraction: Advanced Logical |
| 45 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 4/27/2019 2:33:57 PM(UTC+0) | Read | Phone | Ok thank you Source Extraction: Advanced Logical |
| 46 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 4/27/2019 2:17:28 PM(UTC+0) | Sent | Phone | Ask Dr Fishman, but all included sheet that has some instructions from him Source Extraction: Advanced Logical |
| 47 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 4/27/2019 2:16:49 PM(UTC+0) | Read | Phone | And 2 dose syringes please Source Extraction: Advanced Logical |
| 48 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 4/27/2019 1:33:11 PM(UTC+0) | Read | Phone | Ok I'll take 1 Serenity, 1 VO2 max, 1 lipotrope, 1 fulvicin please. Can you overnight? I understand if it's more to ship. The horse is in Wednesday. Are you able to give administration directions or do I need to ask dr? Source Extraction: Advanced Logical |
| 49 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 4/27/2019 1:26:21 PM(UTC+0) | Sent | Phone | No, I believe it's for two uses Source Extraction: Advanced Logical |
| 50 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 4/27/2019 1:14:56 PM(UTC+0) | Read | Phone | Are they both single use? Source Extraction: Advanced Logical |
| 51 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 4/27/2019 1:12:48 PM(UTC+0) | Sent | Phone | Serenity is 40, VO2 max is 60.. unfortunately UPS does not pick up on Saturday so this would have to go out Monday just let me know what you need thanks Source Extraction: Advanced Logical |
| 52 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 4/27/2019 1:06:18 PM(UTC+0) | Read | Phone | Hi Lisa, Dr. Fishman and my husband were finally able to connect this morning. He recommended sirenity for anxiety and the bleeder VO2 max. Can you please let me know how much those are and if you will be able to ship today. And directions for use thank you Source Extraction: Advanced Logical |
| 53 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 4/25/2019 8:12:32 PM(UTC+0) | Sent | Phone | Ok Source Extraction: Advanced Logical |
| 54 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 4/25/2019 8:08:25 PM(UTC+0) | Read | Phone | Ok thank you. I'll be back in touch. Waiting to hear from Dr. Fishman about a couple other things Source Extraction: Advanced Logical |
| 55 | Sent | To +17164790934 MW# 47428 Megan Wilson * Direction: Outgoing | Time 4/25/2019 8:07:19 PM(UTC+0) | Sent | Phone | Sorry I forgot to respond to this.. Equistem $250 Lipotrope $20 Source Extraction: Advanced Logical |
| 56 | Inbox | From +17164790934 MW# 47428 Megan Wilson * Direction: Incoming | Time 4/25/2019 8:05:31 PM(UTC+0) | Read | Phone | I also needed a price on liprotropes Source Extraction: Advanced Logical |

| | | From/To | Time | Read/Status | Phone | Message | | |
|---|---|---|---|---|---|---|---|---|
| 57 | Inbox | **From**<br>+17164790934<br>MW# 47428 Megan Wilson *<br>**Direction:**<br>Incoming | **Time**<br>4/24/2019<br>11:01:22 PM(UTC+0) | Read | Phone | Hi Lisa, I was wondering how much a bottle of equistem is?<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 58 | Inbox | **From**<br>+17164790934<br>MW# 47428 Megan Wilson *<br>**Direction:**<br>Incoming | **Time**<br>3/28/2019<br>4:22:51 PM(UTC+0) | Read | Phone | Thank you<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 59 | Sent | **To**<br>+17164790934<br>MW# 47428 Megan Wilson *<br>**Direction:**<br>Outgoing | **Time**<br>3/28/2019<br>4:22:40 PM(UTC+0) | Sent | Phone | Ok thx<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 60 | Inbox | **From**<br>+17164790934<br>MW# 47428 Megan Wilson *<br>**Direction:**<br>Incoming | **Time**<br>3/28/2019<br>4:22:28 PM(UTC+0) | Read | Phone | 12 please<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 61 | Sent | **To**<br>+17164790934<br>MW# 47428 Megan Wilson *<br>**Direction:**<br>Outgoing | **Time**<br>3/28/2019<br>4:14:29 PM(UTC+0) | Sent | Phone | Do you want a 12 pack or a 24 pack?<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 62 | Inbox | **From**<br>+17164790934<br>MW# 47428 Megan Wilson *<br>**Direction:**<br>Incoming | **Time**<br>3/28/2019<br>2:48:14 PM(UTC+0) | Read | Phone | No thank you<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 63 | Sent | **To**<br>+17164790934<br>MW# 47428 Megan Wilson *<br>**Direction:**<br>Outgoing | **Time**<br>3/28/2019<br>2:46:04 PM(UTC+0) | Sent | Phone | Sure, do you need anything else?<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 64 | Inbox | **From**<br>+17164790934<br>MW# 47428 Megan Wilson *<br>**Direction:**<br>Incoming | **Time**<br>3/28/2019<br>1:09:32 PM(UTC+0) | Read | Phone | Can you please send me out another case of drenches. Thank you<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 65 | Inbox | **From**<br>+17164790934<br>MW# 47428 Megan Wilson *<br>**Direction:**<br>Incoming | **Time**<br>3/1/2019<br>6:28:11 PM(UTC+0) | Read | Phone | Ok thank you for your time<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 66 | Sent | **To**<br>+17164790934<br>MW# 47428 Megan Wilson *<br>**Direction:**<br>Outgoing | **Time**<br>3/1/2019<br>6:17:00 PM(UTC+0) | Sent | Phone | Ok , I'll get this out today and Dr. Fishman's number 561-270-9286 go ahead & text him to have him call if you want to inquire more<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 67 | Inbox | **From**<br>+17164790934<br>MW# 47428 Megan Wilson *<br>**Direction:**<br>Incoming | **Time**<br>3/1/2019<br>5:58:12 PM(UTC+0) | Read | Phone | 1 gentocin 250mls<br>2 tubes fulvicin<br>2 hemo 15<br>2 clotol 21%<br>2 caco copper<br>1 vita B 12 5000<br>20 tubes omeprazole w/ranididine<br>2 diclazuril<br>1 daily epm w/folic acid<br>1 p- block<br>1 adrenal cortex<br>Thank you<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 68 | Inbox | **From**<br>+17164790934<br>MW# 47428 Megan Wilson *<br>**Direction:**<br>Incoming | **Time**<br>2/28/2019<br>10:22:25 PM(UTC+0) | Read | Phone | Thanks<br>**Source Extraction:** Advanced Logical | | 🏷 |
| 69 | Inbox | **From**<br>+17164790934<br>MW# 47428 Megan Wilson *<br>**Direction:**<br>Incoming | **Time**<br>2/28/2019<br>10:22:21 PM(UTC+0) | Read | Phone | Gremlinwilson1@gmail.com<br>The epm daily w/folic acid<br>Diclazoral<br>Rvi<br>Jugs<br>Jug tube<br>Omeprazole w/rantitide<br>Oral epm td paste<br>Oral flovicine<br>**Source Extraction:** Advanced Logical | | 🏷 |

| 70 | Sent | **To**<br>+17164790934<br>MW# 47428 Megan Wilson *<br><br>**Direction:**<br>Outgoing | **Time**<br>2/28/2019<br>10:17:08 PM(UTC+0) | Sent | Phone | Shoot me your email I'll send it to you later on I'm not in the office right now. Let me know what you might need thanks<br>**Source Extraction:** Advanced Logical | | |
| 71 | Inbox | **From**<br>+17164790934<br>MW# 47428 Megan Wilson *<br><br>**Direction:**<br>Incoming | **Time**<br>2/28/2019<br>10:13:58 PM(UTC+0) | Read | Phone | Are you able to email me a product list?<br>**Source Extraction:** Advanced Logical | | |
| 72 | Sent | **To**<br>+17164790934<br>MW# 47428 Megan Wilson *<br><br>**Direction:**<br>Outgoing | **Time**<br>2/28/2019<br>10:12:56 PM(UTC+0) | Sent | Phone | Ok<br>**Source Extraction:** Advanced Logical | | |
| 73 | Inbox | **From**<br>+17164790934<br>MW# 47428 Megan Wilson *<br><br>**Direction:**<br>Incoming | **Time**<br>2/28/2019<br>10:08:37 PM(UTC+0) | Read | Phone | Hi Lisa, this is Megan, Renee was texting you for me about some stuff. She just gave me your number so she wasn't the go between.<br>**Source Extraction:** Advanced Logical | | |