**COLD CALLS**

1) Steve Moore
2) John Woodley
3) Buter Stables
4) John Wagonhoffer
5) NRS Stables
6) Gates Burnet
7) Victor Kirby
8) Tom Milcini
9) Melanie Wrenn
10) Vincent Bradley
11) Joe Chindano
12) Amanda Kelly
13) Ryan Bailey
14) Dale Gilmour
15) Alex Spano
16) Ross Wolfenden
17) Joe Cilione
18) Jesse Asher
19) Dan Murray
20) Josh Parker
21) Gregg Trotto
22) Heritage Farms
23) Roger Plante
24) Marc Mosher
25) Anthony Defrancesco
26) Vincent Copeland
27) John Pyott
28) Dale Peterson
29) Mike Wallace
30) Scott West
31) Jamen Davidovich
32) Aaron Miller
33) Mark Omara
34) Tim Maier
35) Jewels Landing
36) James Delucia
37) Andy Savage
38) Cynthia Milano
39) Artie Dick
40) RICH BANCA
41) Eric Taddeo
42) Cory Kreiser
43) Rose Cambell

GOVERNMENT EXHIBIT 707
S6 20 Cr. 160 (MKV)

**44)** *Mike Lafferty*
**45)** *James O'Donnell*
**46)** *Wendy Shimmin*
**47)** *Shane Long*
**48)** *Harmel Hoover*
**49)** *Ruben Lourenzo*
**50)** *John Battiato*
**51)** *Daryl Swatzentruber*
**52)** *Shawn Christner*
**53)** *Kelly Howard*
**54)** *Jane Sachetti*
**55)** *Flyod Raber*
**56)** *Dan Shetler*
**57)** *Dwayne Minor*
**58)** *Randy Hatton*
**59)** *John Leggio*
**60)** *Joe Rubeo*
**61)** *David Dzgiengels*
**62)** *Tom Shay*
**63)** *David Troyer*
**64)** *Adamczky*
**65)** *Daniel Esh*
**66)** *Anthony Buttitta*
**67)** *Joe Hunderfundt*
**68)** *Ron Malone*
**69)** *'Brian Malone*
**70)** *Mike Carruba*
**71)** *Shawn Gray*
**72)** *Mark Gray*
**73)** *Mike ODonnell*
**74)** *Adam Rucker*
**75)** *Kenny Mitchell*
**76)** *Robert Bellamy*
**77)** *Dottie Morone*
**78)** *Frazzitta*
**79)** *Goerge Giannaris*
**80)** *Tim Griffith*