---------- Forwarded message ---------
From: **Lisa Ranger** <equestology@gmail.com>
Date: Tue, Oct 16, 2018 at 12:38 PM
Subject: Re: Hall Racing
To: <hallracingstable@gmail.com>

Here s the product sheet but we are always adding to it, if you don't see it just ask !  :)

thanks Lisa

On Tue, Oct 16, 2018 at 12:19 PM Adrienne Hall <hallracingstable@gmail.com> wrote:
> Thank you



Date: _____  **Equestology**  Page: 1
INVENTORY TRAVEL SHEET

| Provider(s) _____ | Client name _____ | Patient name _____ |
|---|---|---|
| Verification _____ | Account no. _____ | |

### Adrenals-Thyroid-Glands

| | | |
|---|---|---|
| DTHYRL  A: Thyro - L 1 b  A & G | DTHYRO  D: Thyro-L  1 lb   SCH | DMONJ2  M: Monoject  20cc   MW |
| DACTHW B: ACTH - 10ml   BOOTHWYN | DTHYR1  D: Thyro-L  10 lb   SCH | DTHYRO  M: Thyro-L  10lb   MW |
| DADEN1  B: Adenosine ( AMP 20%)  200mg   100 | DTHYRO  D: Thyroid  Powder 10 lb.   HSAH | DTHYRL  M: Thyro-L  1 b   MW |
| DADREN  B: Adrenal Cortex | DTHYDPI D: Thyroid pills .8mg  1000 count | DACTHR  R: ACTH - BLUE - Rapid Equine |
| DACTHP  D: ACTH (powder) | DTHYRO  D: Thyroid Powder (1 bs)   HSAH | DLEVOT  R: Levothyroxine Sodium 1000mcg |
| DTHYRL  D: Thryo-L 10 lb  SCH | DGPEHN  H: Glandular Peptide Extract HN | |

### Anti-Inflamatory-Relax-Pain

| | | |
|---|---|---|
| DOSPOS  A: Osphos Inj  15ml vial  A & G | DBUTE2.  D: Bute Powder 2.2  bs   SCH | DTANDE  D: Tandem |
| DACEPS  B: Acepromazine Paste | DBUTET  D: Bute Tablets  100 ct    SCH | DTHIAM  D: Thiamine HCL  500mg  SCH |
| DDCA700 B: DCA 700 | DBUTE   D: Bute- PHENYLBUTAZONE 20%  SC | DFLUN25 M : Flunixin 250cc   MIDWEST |
| DDEXPK  B: Dexamethosone Powder 10mg/Pack | DDEX4M  D: Dexamethasone 4mg  SP    SCHEIN | DANASM  M: Anased - Xylamed MIDWEST |
| DISOXP  B: Isoxoprine Powder  400gr  120scoop | DDEXTA  D: DEXAMETHASONE 4MG TAB 100 | DBAN100 M: Banamine  100ml   MW |
| DKETOF  B: Ketoprofen | DDORM5 D: Dormosedan  5ml    SCHEIN | DBAN250 M: Banamine 250ML   MW |
| DBUTEP  B: Phenylbutazone Paste 20gram | DDEMOS D: Dormosedan 20ml  SCHEIN | DBANPS  M: Banamine Paste    MW |
| DPHENY  B: Phenytoin Sodium   6gr/30ml 30ml tu | DEQUIO  D: Equioxx Tablets  57 mg  180 count | DPHENT  M: Bute tabs  100 count  MW |
| DPYRDX  B: Pyridoxine(150mg) HCL 100 mls. | DEFLU10 D: Flunixamine 100 mls | DBUTEM  M: Bute- PHENYLBUTAZONE 20%   MW |
| DRESER  B: Reserpine 2.5  30ml | DEFLU25 D: Flunixamine  250 mls | DDEXM   D: Dexamethasone 4MG SP  MIDWEST |
| DTRIDEX B: Tridex/ Naquazone | DFLUNP  D: Flunixamine Paste | DDORM5 M: Dormosedan  5ml   MIDWEST |
| DACEPR  D: Acepromazine | DHYDRP  D: Hydrozine Pamoate   50mg  500ct | DDORM2 M: Dormosedan 20ml   MIDWEST |
| DACEPIL  D: Acepromazine Pills  25 mg 100count | DISOXPRD: Isoxsuprine 20mg | DDORM  M: Dormosedan Gel   MIDWEST |
| DANASE  D: Anased/Xylazine - Schein | DKENAL  D: Kenolog  10mg/ml  5ml | DEPINEP M: Epinephrine  50cc |
| DNPX-82 D: ATQ | DLC200   D: LC 200 - L-Carnitine 200mg  50ml | DPREDN  M: Prednisone  10mg  100ct   MW |
| DBANAM  D: Banamine  250ml   SCH | DLUBRS  D: Lubrisyn | DTHIAM   M: Thiamine HCL  500mg   MW |
| DBANAM  D: Banamine  100ml    SCH | DMETHO D: Methotrexate 25mg/ml  10ml | DZYLKE  M: Zylkene Powder PActs  8gr x 20 ct |
| DBANPS  D: Banamine Paste   SCH | DPSDS   D: Panacin Double Strength | DNAQPA  R: Naquazone Paste |
| DBUSCO D: Buscopan  50ml | DPREVIC D: Previcox  227mg  180 | DTRIPAS R: Tridex Paste |
| DBUTPO  D: Bute Powder  2.2 lbs  A & G | DSURPA  D: Surpass- Diclofenac Gel 100gr | DDORM   S: Dormosodan Gel    SCHEIN |

### Antibiotiotic-Lung Repair

| | | |
|---|---|---|
| DBAYPA  B: Baytril Paste (n-roflocacin 60ml) | DEXCEL   D: Excede 100 cc   SCHEIN | DALBUT  M: Albuterol Syrup  MIDWEST |
| DBAYRP  B: Baytril Powder  4gr  30 scoops | DGENEY  D: Gentacin Eye Drops | DENROF  M: Enroflox - Batril  250ml   MIDWEST |
| DCAMPH  B: Camphor Oil | DGENTO  D: Gentocin 100 mg   SCHEIN | DEQSTI   M: Eqstim Immunostimulant   MIDWEST |
| DDOXY5  B: Doxycycline  5gr/scoop   60 scoop | DGENTO  D: Gentocin 250 mls    SCHEIN | DEQUIM  M: Equimune  1.5ml  MW |
| DDOXYP  B: Doxycycline Paste | DIODIDE  D: Iodide Powder- Organic | DEXCED  M: Excede 100ml   MIDWEST |
| DFULPA  B: Fulvicin Paste Tubes  25GR/60ml | DITRAC   D: Itraconzole/DMSO 1 %/10%  paste | DGENTM  M: Gentamax   250ml  MIDWEST |
| DLEVAM  B: Levamisole Paste | DMETRO D: Metronidazole | DKETOT  M: KETOCONAZOLE TABLETS 200mg 100ct  MW |
| DPREDS  B: Prednisilone Oral Syrup20mg/120ml | DMINOC  D: Minocycline Hydrochl Cap 100mg  50 | DSMZ     M: SMZ Tabs 960 500 ct  MIDWEST |
| DPRENIS B: Prednisolone 500mg/scp  30 Scoop | DNAXCE  D: Naxcel 4 grams w/ sulution | DNAIJUG M: Sodium Iodide Jug  250ml Inj  MW |
| DRIF.CL   B: Rifampin 50mg/ml clarithromycin 100 | DNEOPO D: NEOPOLYBAC EYE OINT 3.5GR | DTUCPR  M: Tucoprim/Uniprim   200gr   MW |
| DTRIBIN  B: Tribrissen- Sulfadiazine Inj  100ml | DNORMA D: Normal Serum 250 ml | DTUC200 M: Tucoprim/Uniprim  2000gr   MW |
| DWESTE  B: Western Formular | DOXYBI  D: Oxybiotic 200    500ml | DVEN330 M: Ventipulmin  330ml   MIDWEST |
| DACETY  D: Acetylcysteine 20% Human | DPENNG D: Penicillian G Potassium (Pfizer) | DVEN100 M: Ventipulmin  100 ml  MIDWEST |
| DALBSY  D: A buterol Syrup  SCHEIN | DPOLY    D: Polyflex/Aqueous Ampicillin(25 g) | DZYLEXI M: Zylexis 2ml  box of 5 |
| DAMOXI  D: Amoxi/Clav  400/57 mg   100ml | DPROBE  D: Probenecid  500mg  100count | DGOMENR: Gomenal in Oil |
| DAMOX5 D: Amoxicillin Cap  500mg  500 count | DPROPE  D: Procaine Pennicillian  500ml | DMETIC   R: Meticorten 40mg/50ml |
| DAZITHR D: Azithromycin tab  250mg  30 tablets | DQUART  D: Quartermaster Dry Cow  12lb | DSMZTRI R: Sulfadiazine/Trimethoprim |
| DBIOSP   D: Bio Sponge Paste | DSODIO  D: Sodium Iodide Jug   250ml  SCH | DEQSTE  S: EqStem Immunostimulent   SCHEIN |
| DBIOMY  D: Biomycin/Maxim Injectable | DSPECT  D: Spectruss 1lb | DSMZSC S: SMZ  Tabs 960  500 ct SCHEIN |
| DBIOSPP D: Biosponge Powder 4lb | DTUCOP  D: Tucoprim/Uniprim   200 gr SCH | DPARPO  W: Acetyl-L-Cysteine 2 gm/9cc  100 scoop |
| DCCEFT  D: CEFTIFLEX ( Generic Naxcel ) | DTUCOT  D: Tucoprim/Uniprim   2000 gr  SCH | DPARPO  W: Acetyl-L-Cysteine 2 gm/9cc  50 scoop |
| DCEPHA D: Cephalaxin 500mg   500 count | DVENT1  D: Ventipulmin 100 mls. SCHEIN | DACEWE W: Acetylcysteine Wedgewood |
| DDOXY1  D: Doxycycline tablets 100mg/50 | DVENT3  D: Ventipulmin 330ml    SCHEIN | DAMIKA5 W: Amikacin 250mg/ml  50 ml |
| DENROF  D: Enroflox -Baytril  250ml  SCHEIN | DVETRO  D: Vetropolycin | DAMIKA   W: Amikacin E 250mg/ml   100ml |
| DEQUSE  D: Equ Ser Serune IGG- Promune IV | DKETOC  M:  KETOCONAZOLE CREAM 2 %  30 | DLEVAM  W: Levamisole (as HCl)166.6/mg  30ml |
| DEQUITI  D: Equiotic Probiotic Syringe   60cc | DACYCL  M: ACYCLOVIR TABLETS  800mg  100ct MW | |

Date: _____                           **Equestology**                           Page:  2
                                     I N V E N T O R Y  T R A V E L  S H E E T

| Provider(s) _____ | Client name _____ | Patient name _____ |
| Verification _____ | Account no. _____ | |

### Bleeding-Breathing
| | | |
|---|---|---|
| DCLOT21B: Clotol 21% - N-Butyl Alcohol 21 % | DRDLUN  D: Red Lung 600gr | DVITKM   M: Vit K  100ml   MW |
| DROBIN  B: Robinul /Glycopyrolate (100 mls) | DSALIX   D: Salix   SCH | DARNIC   R: Arnica  50ml |
| DRXBLE  B: RX Bleeder | DNACITRD: Sodium Citrate 4 % 250cc | DBLEED  R: BLEEDER 40% - CLOTOL 40% |
| DTRANA  B: Tranax | DSTOPT  D: STOP 2 | DBLD100 R: Clotol- Bleeder 100% - N-Butyl |
| DAMICA  D: Amicar   20ml   SCH | DSTOP2  D: STOP 20 | DWHITE  R: White Cap- Respiratory Stimulant |
| DBLDPIL  D: Bleeder Pills - pkg of 30 pills | DVITK     D: Vit K1 100 ml  SCH | DTRIPLE W: Triplennamine HCl in AQ vehicle Inj |
| DHBPLU  D: Homeopathic Bleeder Plus | DAMICA  M: Amicar  20ml   MW | |
| DACETY  D: Parvolex/Acetylcysteine 100 mls | DSALIXM M: Salix MW | |

### Delaware
| | | |
|---|---|---|
| DCALGL  D: Calcium Gluconate  10%  10ml | DFA8004 D: FA 800 4 b | DPADDL  H: Hepatoflush Paste |
| DCALLE  D: Calcium Levulinate in AQ vehicle | DGLOVE  D: Gloves-Polysleeve | DPOTCH M: Potassium Chloride Inj  20ml |
| DDMOSOD: DMSO MG Gal | DOSTEO  D: Osteoform  1lb powder | DGAUCH R: Gaucho |
| DEELAS  D: Elasticon Tape 4 inch box of 6 | DPRASC  D: Pracend - Pergolide 1 mg 160 tab | DHYDRO R: Hydrocortisone Acetate |
| DELEVA  D: Elevate Vit Powder   2lb | DBRERIT H: Breathe Rite | |

### DOC
| | | |
|---|---|---|
| DATPOW D: ATP/B12 | DITPLUS  D: IT Plus | DSEREN  D: Serenity |
| DBB3       D: BB3 | DITPPLU  D: IT Plus Purple | DSODHS D: SODHSP-C |
| DBTBLU  D: BPR  Blue | DMHP1B  D: MHP1BP | DTB7       D: TB-7 thymosyn |
| DEQUIM  D: Equimass- PG2 | DMHP1D  D: MHP1DMT | DVO2MA D: VO2MAX |
| DHOMEOD: Homeogesic - M-D-P | DOXYGE  D: Oxygenator | |

### EPM
| | | |
|---|---|---|
| DDICLAZ B: Diclazuril | DMARQUD: Marquis- 1 tube   SCH | DEPMRA R: EPM- Torltrazuril - Rapid Equine 30ml |
| DTORLB  B: EPM - Torltrazuril Paste - Boothwyn | DREBAL  D: Rebalance | DEPMFO W: Epm -Pyrimethamin with Folic liq |
| DEPMPO B: EPM Powder -SDZ/Pyrim 5g/250mg | DMARQ  M: Marquis - 4 tubes   MW | DPONAZ W: Ponazuril Oral Oil Suspension  150mg |
| DEPMPO D: EPM Double Kill (Torl/Diclacuril) | DMARQ   M: Marquis 1 tube    MW | |

### Fluids-Electrolytes-Drench
| | | |
|---|---|---|
| DCMPKA A: CMPK   500ml   A & G | DCMPKG D: CMPK Paste - High Potency Calcium | DSALRS  D: Saline Fluids - NA Chloride   SCH |
| DLRSPU  A: Infusion Pump for Fluids | DELECT  D: Electrosol  10000 ml | DH20250 D: Sterile Water 250ml |
| DIVSETA A: IV Line 73 "   A & G | DENTRO  D: Entrolyte HE Powder | DAMINO  M: Amino Acid concentrate  500ml |
| DLRSBA  A: LRS Bottles - A & G | DHYPER  D: Hyper saline  8x  1liter | DCMPKMM: CMPK  500ml  MW |
| DNRGPA A: NRG Pack - Box of 12 | DIVSET   D: IV line  78"   SCH | DIV78M   M: IV line 78 "   MW |
| DPOTCH A: Potassium Chloride 3lbs | DIVLRG   D: IV Set Large | D3LRS     M: LRS 3 liters  MW |
| DSTOMA A: Stomach tube | DLRS        D: LRS  Bags (Hospira)  SCH | D5LRS     M: LRS 5 liter bags  MW |
| DGUAF2  B: Guaifenesin   250ml | DLRSB     D: LRS Bottles  SCH | D1LRSM  M: LRS Bags (Hospira)  MW |
| DAMNIO  D: Amnioplex Oral Sol   SCH | DNORMSD: Normol Sol R - SCH | DLRSBT  M: LRS Bottles - MW |
| DBACH2  D: Bacteriostatic Water | DPLSLIT  D: Plasma Lite   5 liter | DNORMSM: Normol Sol R - MW |
| DCMPKP D: Cal Phos Paste | DPLASM  D: Plasma-Lyte A Electrolyte Inj 14 bag | DSALINE M: Saline Fluids - Na Chloride   MW |
| DCALNA  D: Calcium Gluconate- Cal Nate 500ml | DPOTCH D: Potassium Chloride 25 b | DGUAIF1 W: Guaifensin  1000ml |
| DCALPH  D: CMPK   500ml    SCH | DRESAR  D: Re-start | |
| DCMPKO D: CMPK Oral | DIVRUBE D: Ruber IV Set | |

### Joints/Blocks/Corticos
| | | |
|---|---|---|
| D20MG/  A: Depo 20mg/ml  A & G | DEQUIS  D: Equisan - Pentosan  20ml | DSURGS D: Surgical Scrub- Dermachlor |
| DDEPO4 A: Depo 40mg   A & G | DGEL50  D: Gel 50 10cc | DULTRA  D: Ultrasound Gel gallon |
| DGELSY  A: Gel 50 Syringe | DHYALO  D: Hyalovet  Inj Vial   2ml | DVETLO  D: Vetalog 2mg  25ml |
| DHYTRIL A: Hytril | DHYCOA D: Hycoat  10ml  SCH | DVETLO  D: Vetalog 6mg/ml  5ml |
| ALIDOCA A: Lidocaine  250ml  A & G | DHYVISCD: Hyvisc 2ml Syringe   SCH | DZOLED  D: Zoledren  10 dose |
| DBLOC1  B: Bloc 13 - Ammonium Chloride 13% | DICHON  D: Ichon | D20MGM M: Depo 20 mg  MW |
| DHYAACIB: Hyaluronic Acid 5mg/ml   10 ml | DIODSC  D: Iodine Scrub | DDEPO4  M: DEPO 40 MG - MW |
| DIODNALB: Iodine in Almond 2% inf | DLEGEN  D: Legend (Bayer) 4ml x 6 | DHYCOA M: Hycoat  10ml  MW |
| DTRAUM B: Traumeel   Box of 10 vials | DLIDOCA D: Lidocaine  100ml | DMAP5M M: Map 5  10ml  MW |

Date: _____  **Equestology**  Page: 3
INVENTORY TRAVEL SHEET

| Provider(s) _____ | Client name _____ | Patient name _____ |
|---|---|---|
| Verification _____ | Account no. _____ | |

| | | |
|---|---|---|
| DADEQU D: Adequan (IM) | DMAP5   D: Map 5  10ml  SCH | DPOLYM M: Polyglygam   MW |
| DSILVER D: Aluspray- Silver Spray | DMETAL D: Metal Scrub Bucket | DPREDE M: Predef 100 ml  MW |
| DAMIK10 D: Amikacin 250mg/ml  2ml | DNOVSC D: Nolvasin Scrub | DAMIKA R: Amikacin 250mg/ml 5 ml |
| DATROJ  D: Atropine  1/120g  100ml | DPENTW D: PENTOSAN Wedgewood | DAMMSU R: Ammonium Sulfate 10% 100cc |
| DCELES  D: Betamethasone-Celestone  5ml | DPOLYG D: Polyglycam | DENZYM R: Enzymes |
| DCARBO  D: Carbocaine 2% | DPOLYS D: Polyglygam Pre loaded Syringe | DFLUWE R: Flucort |
| DCHOND D: Chondroprotect | DPOWE  D: Power Bloc | DORALJ  R: Oral Joint |
| DCOMPA D: Compass   Schein   Box of 5 | DPRED1  D: Predef 100 mls  SCH | DPBLOC  R: P-Block |
| DCOTTO  D: Cotton Roll | DPRED2  D: Prenisone Tablets 20mg  100count | DTRIAM3 W: Triamcinolone Acetonide  AQ 3mg 100ml |
| DDEPO2  D: Depo 20 mg  SCHEIN | DSCRPA D: Scrub Pads | |

**Lab Services - Blood Tests**

| | | |
|---|---|---|
| LR2       Complete  Equine Profile plus T4 | DGRN3M D: Green Heprin blood tubes   3ml   100 | DLAV3M  M: Purple blood tube 3ml  100ct  MW |
| LR1       Complete Equine Profile | DPURPL D: Purple blood tubes  3ml x 100 | DREDBL  M: Red Blood Tubes  7ml 100ct  MW |
| DBLDN20 D: Blood Drawing Needles  20x1.5   MW | DPURP1 D: Purple Blood Tubes 10ml | LR3       Muscle Enzyme Profile - L570 |
| DBLD15  D: Blood Tubes 15ml x 100 | DREDTO D: Red Blood tubes 7 ml  100 ct SCH | LR10     T4- code T495 |
| DGRNHP D: Green Blood Collection Tube 1.3ml | LR4       D: T330 -Chem Screen Profile | |
| DGREEN D: Green blood tubes  10ml | DBLDNE M: Blood Collection Needles  20 x1.5  MW | |

**Liver**

| | | |
|---|---|---|
| DLIPOTR B: Lipotropes- MIC B12 - Boothwyn | DLIVER7 D: Liver 7  100ml   SCH | DLIPORA R: Lipotropes - Rapid Equine |
| DLIVATR D: Livatrope Powder  2lb | DLIVER7 M: Liver 7  100ml   MW | |

**Mares-Geldings**

| | | |
|---|---|---|
| DDEPOP B: Depo-Provera  (200mg/ml)(30 mls) | DEQUID  D: Equidone (domperidone) Equine Gel | DREGUM D: Regumate  1000ml   SCH |
| DECP100 B: ECP  10mg  100cc | DFACTR  D: Factrel   20ml  SCH | DSETTL   D: Settle 1 doses |
| DECP50  B: ECP  50 mg  100ml | DFAC50  D: Factrel  50 ml  SCH | DMEGPR D:Medroxyprogesterone Acetate 200mg/100m |
| DECP5M B: ECP 5mg   100ml | DFACDO D: Factrel- GNRH  Doc's | DALTRE  M: Altren- Gen Regumate  1000ml  MW |
| DESTNE  B: Estrone 10mg/ml 100ml | DFOALA  D: Foal Lac Equine Pellets   5lb | DCHORM M: Chorionic 5 x 10ml  Box  MW |
| DPROGO B: Progesterone in oil  150mg | DLUTAL  D: Lutalyse  30ml | DFACTR  M: Factrel  20ml    MW |
| DCHORI  D: Chorionic 10ml | DNUFLO D: Nuflor  250ml | DFACT50 M: Factrel  50 ml  MW |
| DCYSTO D: Cystorelin  30ml | DOVACY D: Ovacys | DREGM  M: Regumate  1000ml  MW |
| DDESLO D: Deslorelin (compounded) | DOXYTO D: Oxytocin  100cc | DREGPA W: Regumate(Altrenogest) Paste  4.4/60cc |
| DEGR      D: DHEA- EGH- ECP | DPITOCI  D: Pitocin | |

**Misc**

DACTIVY D: Activyl Tick Plus dose

**Ointments-Cremes**

| | | |
|---|---|---|
| DANIMX  A: Animax  240ml  A & G | DANIMA  D: Animax/Panalog 240ml | DSILVER M: Silver Sulfadiazine Creme  400GR |
| DANIAM1 D: Animax 15ml | DTRIAM   D: TRIAMCINOLONE .1 % Cream   1lb | DOTIBIO  Otibiotic (Clotrimazole, Gentacin, Beta |

**Stomach**

| | | |
|---|---|---|
| DMISOP   B: Misoprostol    1.4mg/scp   60 scoop | DGASTR D: Gastrogaurd 1 tubes   SCH | DGASTR M: Gastrogaurd  7 tubes  MW |
| DMISOP   B: Misoprostol  1.4 mg/scp  30 scoop | DGASTR D: Gastrogaurd Each Shipped  SCH | DGASTO M: Gastrogaurd  box of 72  MW |
| DOMEPP B: Omeprazole Powder  2gr/sc  60 scoo | DOMEP   D: Omeprazole  500ml | DSUCR5 M: Sucralfate Tabs 1gr (500 count) |
| DOMEPR B: Omeprazole w/ Randidine Liquid  liter | DPROBF D: Probios Feed Granules   5 b | DOMEPU U: Omeprazole w/ Rand Susp 2.1/1/15  480 |
| DOMERA B: Omeprazole w/ Ranididine Paste | DRAND1 D: Randidtine 150mg  500 ct | DSUCRA W: Sucralfate  250mg  Wedgewood 1000ml |
| DSUCRLI B: Sucralfate Liquid    1 liter | DSUCCE D: Succeed | |
| DSUCPO B: Sucralfate Powder  6gr  120scoop | DSUCRA D: Sucralfate 100 ct | |

**Syringes-Needles**

| | | |
|---|---|---|
| DACUJO  D: Acupunture - Jorgensen .25x75 (J11 | DNEED1 D: Needles- Monoject 19 x 1.5 | DMONJ1 M: Monoject 12cc       MW |
| DCATH1  D: Cath- 14 x 2   NIPRO  box 50 | DNEED2 D: Needles- Monoject 20 x 1 | DMONJ3 M: Monoject 35cc       MW |
| DCATH1  D: Cath- 16 x 2   NIPRO box 50   SCH | DNEED2 D: Needles- Monoject 20 x 1.5 | D3CC20X M: Monoject 3cc w/ 20 x 1 needle slip MW |
| DMJCT12 D: Monoject 12 cc     SCH | DNEED2 D: Needles- Monoject 22 x 1 | DMONOJ M: Monoject 6cc 100ct  MW |
| DMONO3 D: Monoject 35cc        SCH | DNEED2 D: Needles- Monoject 25 x 1 | D19X1.5 M: Needles - Monoject  19 x 1.5  MW |

Date: _____  **Equestology**  Page: 4
INVENTORY TRAVEL SHEET

| Provider(s) _____ | Client name _____ | Patient name _____ |
|---|---|---|
| Verification _____ | Account no. _____ | |

| | | |
|---|---|---|
| DMJT3C  D: Monoject 3cc w/ 20 x 1 needle  SCH | DNIPRO1 D: Needles- Nipro 19 gauge | D19X1M   M: Needles- Monoject  19 x 1  MW |
| DMONO3 D: Monoject 3cc 20x 1 1/2 " needle lock | DNIPRO1 D: Nipro 1cc syringes w/ needle | D18X1M   M: Needles- Monoject  18 x 1  MW |
| DMONOJ D: Monoject 3cc Syringes - No Needle | DSUT3.0  D: Suture 3-0 100m cass | D18X1.5  M: Needles- Monoject  18 x 1.5 MW |
| DMJT60C D: Monoject 60cc  SCH | DSUTND  D: Suture Needle 1/2 Cut Edg SZ 12 | D20X1NDM: Needles- Monoject  20 x 1   MW |
| DMJCT5  D: Monoject 6cc  SCH | DSUTPG  D: Suture PGA #2  CP 30"  12 ct | D20X1.5  M: Needles- Monoject  20 x 1.5 MW |
| DNEED2  D: Needles - Monoject  21 x 1 | D10CC    D: Syringes 10cc  100 count  HSAH | D21X1.5  M: Needles- Monoject  21 x 1.5 MW |
| DNEED2  D: Needles - Monoject  21 X 1.5 | D20CC    D: Syringes 20cc NIPRO | D22X1M   M: Needles- Monoject  22 x 1  MW |
| DANEED  D: Needles 14 gauge- Aluminum Hub | D30CC    D: Syringes 35cc  50count   HSAH | DSPINAL  M: Spinal BDV  18gauge x 3.5 indv |
| DALNEE  D: Needles 16 gauge- Aluminum Hub | D5CC     D: Syringes 5 cc  HSAH | D20CCM  M: Syringe  20cc IDEAL 50 ct  MW |
| DNIPNEE D: Needles- HSAH 18 gauge | D60CC    D: Syringes cath tip box 60cc TERUMO | D10CCM  M: Syringes 10cc 100 count MW |
| DNEE18  D: Needles- Monoject 18 x 1 | DCATH1   M: Cath  14 x 2  SURFLO box 50   MW | DEXCEL   M: Syringes 20cc Excel 50 count MW |
| DNEED1  D: Needles- Monoject 18 x 1.5 | DCATH1   M: Cath  16 x 2  SURFLO box 50   MW | D30CCM  M: Syringes 30 cc  100 count   MW |
| DNEE19  D: Needles- Monoject 19 x 1 | D60MON  M: Monoject 60cc  MW | |

**Tie-Up-Muscle**

| | | |
|---|---|---|
| DAZOTU  A: Azoturx   A & G | DIMETH  B: Robaxin/ Methocarbamol  100 ml | DNABICA D: Sodium Bicarbonate 8.7% 100ml |
| DGLUCO  B: Acetyl D Glucosamine  200mg/ml | DDANTP  BW: Dantrolene Sodium Paste 100/ML | DAZOTX   M: Azoturx    MW |
| DLACTA  B: Lactanase 2x 100ml | DDANTLI  BW: Dantruim Liquid  100mg/ml 1000m | DESEM   M: E-SE 100ml  MW |
| DLACTO  B: Lacto 15  60ml | DAZOTR  D: Azoturx   SCH | DNAIBIC  M:Sodium Bicarbonate 8.7% 100ml  MIDWEST |
| DMAGSU B: Magnesium Sulphate 100cc | DESE    D: E-SE  100 ml  SCH | DDMG     R: DMG - Rapid |
| BOMETH B: Methocarbamol Powder 5/gr/scp  100 | DROBTA  D: Robaxin Tablets 500 count   SCH | DLACTO  R: Lacto 15   120cc |

**Vaccines**

| | | |
|---|---|---|
| DWESTN D- West Nile  1 dose | DIMRAB  D: Imrab Bov   25dose | DRHINO  D: Rhino |
| DBOTUL  D: Botulism 5 dose tank | DPINNCL D: Pinnacle  10 dose  10 x 1 ds | DTETNU  D: Tetnus Toxid |
| DECOLIP D: E Coli  Endox Paste | DPHEUM D: Pneumabort Vaccine  10 dose tank | DVETGO  D: Vetera Gold XP (Influenza+Herpes+EW) |
| DINVEHV D: Fluvac Innovator 4/1  Flu/Rhino | DPREST  D: Prestige 5 | DWESTN D: West Nile  10 dose tank |
| DFLUVA  D: Fluvac Innovator 5/1   EWT/Flu/Rh | DEQRAB D: Rabies- Rabvac3 no certificate | DWSTNI  D: West Nile + EWT 10 doses |

**Vitamins-Blood Builders**

| | | |
|---|---|---|
| DVITCAG A: Vitamin C   250cc  A & G | DIRON10 D: Iron Sucrose - FHS 100cc | DVITA15  M: Vita 15  100 ml   MW |
| DCACO   B: Caco Copper w/ iron | DVITBCO D: Vit B-Complex Fortified  500ml  SCH | DVB12.5. M: Vitamin B-12  5000  100ml  MW |
| DDELX    B: Delvorex 100ml | DBCOMP D: Vit B-Complex Fortified 250 ml SCH | DVITB12  M: Vitamin B12  3000  250 ml  MW |
| DFOL10  B: Folic 10mgs/100ml | DVITA15  D: Vita 15  100ml  SCH | DVITCM  M: Vitamin C  250cc  MW |
| DHEMO1 B: Hemo 15 | DB12500 D: Vitamin B-12 5K  100ml  SCH | DB15       R: B-15  RAPID EQUINE |
| DFHSBO B: Iron Sucrose - FHS BOOTHWYN | DB12300 D: Vitamin B12  3K  250 mls SCH | DCREOP R: Creopan  100cc |
| DLARGE  B: L-Argentine | DVITC25  D: Vitamin C  250 mls  SCH | DDELVR  R: Delvorex - RE |
| DELECT  D: Electrolyte 25 b  A & G | DVITEFO H: Vitamin E with Folic Liquid | DFERUF  R: Ferrous Fumunate |
| DERYTH  D: Erytho Hip Plus Gran 420gr | DIROND  M: Iron Dextran   MW | DSUPER R: Super Del |
| DFOL5X1 D: Folic 5x 100cc | DVBCOM M: Vit B Complex Fortified 250ml  MW | DFHSWE W: FHS Iron  Wedgewood 100ml |
| DHEPTA  D: Heptam-B12 | DVITBCF M: Vit B-Complex Fortified  250cc MW | |
| DIROND  D: Iron Dexteran  SCH | DVITBC5 M: Vit B-Complex fortified  500ml  MW | |

**Wormers**

| | | |
|---|---|---|
| DANTHE  D: Anthelban Quart | DPANAC D: Panacur Suspension  1000ml | DIVERM  M: Ivermectin/Sparmectin liquid 10mg/ml |
| DPANPO D: Panacur Power Pack | DPYRAN D: Pyrante Pamolate (strongid)   16 oz | |

## Dr Seth Fishman 561-270-9286 - Questions

## Lisa 302-222-2220 – orders & payments

# NEW PRODUCTS

### 1) HP Bleeder Plus:

A combination of a proven and test free "bleeding" (EIPH: Exercise induced pulmonary hemorrhage) and analgesic. The analgesic constituents have been published as effective and safe in a peer reviewed study in global journals. Made of a combination of naturally occurring amino acids they are not easily sourced in their proper enantiomorphs.

Evidence of EIPH can be found in ALL horses engaged in strenuous exercise. Racing most notable and although most diagnostic evidence is subclinical, the overall performance is always affected. Pressure within pulmonary vasculature increases nearly 3-4 fold during racing. Heart rate rises and peripheral vasculature constricts causing more resistance and more work for heart.

HP bleeder plus contains the strongest test free vasodilators available on the market. Vasodilation is a benefit to all athletes as shown in numerous published articles for humans. Horses benefit even more as they are prone to EIPH. Lasix is the current common treatment for EIPH which will aid in the reduction of blood volume, but will also produce dehydration and the risk to the equine of tying up and other conditions. HP Bleeder Plus can achieve same results without the side effects of Lasix.

HP bleeder can be used safely with Lasix and any other medication as its all natural and has no know toxicity. Even if you horse does not demonstrate obvious "Pain or Bleeding" the likely there is no pain or bleeding is near zero. Typically used 4-6 hours prior to strenuous exercise. For known bleeders or painful horses a loading dose 18-24 hours prior to strenuous exercise as a second dose.

### 2) Bleeding Pills

Bleeder pills increase vascular integrity and help reduce inflammation. They have coagulant properties as well. They have benefits far beyond bleeding. If you wanted to make an analogy they would be equivalent to giving a low dose corticosteroid for prevention of bleeding.

HP Bleeder plus is a strong natural vasodilator and mild natural analgesic. Vasodilators are extremely beneficial for many reasons beyond decreasing bleeding in horses. The natural analgesic is just an added benefit as pain will increase likely hood of bleeding.

## 2) Homeogesic:

3 products in ONE! A combination of the 3 most common preparatory products in global racing combined in one product for the most value and benefit. MSM and DMG are well documented in racing industry and are both included in the highest bioavailable concentration. Proprietary analgesic combinations based on a published peer reviewed article are included as the 3rd "Product".

There are no published toxicities with the recommended doses and should be considered with all performance animals. The literature regarding the benefits or both MSM and DMG in the equine athlete is endless. Now both are available in a combination therapy with the added benefit of a proven Analgesic.

## 3) PSDS:

This product is based on the original Panacin formulation, it has 2.5 times more D-Phenylalanine then all other compounded and production versions.

It is a mild anti-inflammatory compound and is a prominent component in wound healing. Carnosine is a major muscle buffer. In muscle tissue, phosphate and carnosine together provide approximately 90% of the buffering capacity. Intense exercise always involves an anaerobic component and thus results in significant reductions in ATP, an increase in muscle lactic acid, and an increase in tissue acidity. Although the acidity can normally be buffered by the body, under high stress conditions the lactate build-up is too fast for the body to cope with. With increasing acidity comes premature muscle fatigue, with an associated decrease in performance. Carnosine supplements provide the vital buffering capacity, as well as antioxidant activity to improve muscle function and delay fatigue. Carnosine improves cardiac contractibility, sensitizes cellular calciumchannels to their activators, and protects against hydroxyl free radicals

Best used over 2-3 days prior to strenuous exercise. The typical dose is 5 mls and the last dose is usually administered 4-6 hours prior to strenuous exercise. Given its safety many trainers opt to give 10 mls for last dosage.

## 4) Equi-Mass: PG-2

Human growth hormone is a highly controlled substance and has many permanent negative side effects making it dangerous to both purchase and use. Modified growth factor specially targeted to muscle tissue are neither controlled nor proven dangerous. In their natural form they are released

**during work outs or when there is damage to muscle tissue. With a short ½ life of minutes it was not advisable for therapeutics other than localized injection to specific muscle body. A commercially modified version was tested and produced mixed results in equine athletes. After altering the modification many times over a new version has been perfected and now working well. It's a unique product and specific for equine athletes.**

**The product has been safely used in many jurisdictions 5 days out although we recommend 7 days for complete elimination. Usually a vial is administered IM or IV every 3-5 days for a series of 3-4 shots. Most horses can be maintained with one vial a week thereafter.**

**This product is best used 12-24 hours following strenuous exercise. Used along with a legitimate Thymosin fractional sequence optimal recovery has been noted both esthetically and by independent lab analysis.**

## 5) GNRH:

Gondorelin Acetate is similar to Factrel and identical in sequence to Cystorelin. This product is best used for sulking horses. Typically ½ to full bottle is used 4-6 hours prior to strenuous exercise. Both Factrel and Cystorelin require refrigeration and if not stored properly they may lose potency. As a lyophilized presentation GNRH is less likely to degrade and loose potency if not stored under refrigeration at all times.

## 6) TB-7:

This product has the same sequencing as the infamous TB 500 product except now available at a fraction of the cost. TB 500 marketed this well studied sequence from the many published results in the numerous use patents filed for this sequence. Originally it was synthesized as the complete naturally occurring sequence at the request of Dr. Brennan for possible use in Cystic Fibrosis. Since the original studies the sequence has been fractioned and the terminal ending changed for higher efficacy. Although the literature preached this as a wonder peptide the reality is that product is best used in small or moderate doses for recovery. It has in some cases been effectively used as short term prerace, but in most cases this has been short lived and with athletes crashing. Like all immuno-modulators they are highly beneficial in small strategic doses and promote overall healing and increased immunity.

I have followed up on more than 5000 doses worldwide and found the following treatment protocol to work best. 1 vial 12-24 hours post event for up to 4 weeks. Following 4 doses many will find using ½ vial thereafter more than adequate for maintenance. It is NOT recommended as prerace ever as the upside has been unpredictable and can be detected in some jurisdictions for up to 96 hours!

## 7) Equitosan:

Pentosan Polysulfate 250 mg/ml. This product was launched by Naturevet as a company and was instrumental in their 30 million dollar buyout by Ceva. Well studied for its efficacy in numerous

systemic joint disease the product is considered one of the 3 best systemic medications. Studies have been shown that when combined with systemic HA injections the product is potentiated and better than when either used alone.

The raw API (Active Pharmaceutical Ingredient) is very expensive and most compounders are not able to directly source and using cheap Indian or Chinese product. Equitosan is same source as Ceva/Naturevet and high quality alternative to the name brand.

## 8) ACTH:

With testing of corticosteroids there are not many viable options left. ACTH (Adrenocorticotropic Hormone) causes the adrenal gland to release cortisol the body's natural corticosteroid. Most companies supply this peptide in an aqueous base formulation with questionable stability. The original gel was formulated by a multibillion dollar pharmaceutical with a non-aqueous based proven gel formulation. Having ACTH lyophilized guarantees stability and efficacy. It has been recommended that in jurisdictions that test cortisol levels only 250 IU's be used. The typical dose is 250 IU's 4-6 hours prior to strenuous exercise. Each vial contains 1000 IU's and is reconstituted and kept in refrigerator for longest shelf life. The bottle once reconstituted should be used with 5 days.

## 9) Oxygenator:

ITPP upon initial studies was quite promising for the equine athlete. There is no commercial source and renowned Dr. Tobin who consults with all jurisdictions had to synthesize a sample for Hong Kong for testing purposes in 2012. While many products claim to have it as an ingredient it is not likely. There are numerous analogs in the market, but as a complex sugar it must be pH'd precisely and prepared correctly.

Oxygenator has a combination of a unique complex sugar and MSM mixed by biochemist and not compounders. Critical pH is maintained throughout the entire mixing and bottling process to insure molecular structure and efficacy. The suggested use is 10 to 15 cc IV 24 hours out and another 10 to 15 cc 4 hours prior to event. Using larger amounts is not of benefit and smaller dosages have demonstrated more profound effects.

## 10) HEPTAMAMO- B12

Facilitates energy availability during exercise, and provides a potent anti-catabolic effect to limit muscle damage during exercise.

Actions Ornithine alphaketoglutarate (OAK) stimulates Growth Hormone and Insulin release, for a potent tissue building effect. Trials have demonstrated that OAK effectively reduces muscle loss after surgery and trauma, and increases the synthesis of muscle protein. OAK also acts as an ammonia scavenger within the body, and provides the body with glutamine (the most abundant free amino acid

in muscle tissue). The level of glutamine is directly correlated to the level of muscle protein synthesis. During exercise large amounts of glutamine are lost from muscle tissue. As the provider of glutamine, OAK has a potent anti-catabolic effect (i.e. helps prevent tissue breakdown, especially muscles

## 11) EGH:

DHEA at the highest concentration and the source was not cheap soy based, but synthesized.

DHEA is a prohormone that is predominantly used in human athletes to increase testosterone levels.  The benefit of using a prohormone is that the Testosterone levels will increase balanced.

Using testosterone by itself alters the ratios and much more easily detected. Giving one shot a week has never caused levels to test positive.  In some cases in HK people using 2 shots per week for more than 4 weeks had pushed the upper limits of testosterone limits.

## 12) Equifactor:

Modified growth factor for muscles.  The peptide was studied for years and the human version contains a carry molecule that is easily detected.  Having the carrier molecule altered allows the peptide to be eliminated within 4 days.  The peptide specifically targets damaged muscle tissue and accelerates healing.  Some have noticed increased RBC's using the product.
 I cannot recommend using within 4 days, but there are some using the day before for tie up horses.  Since the molecule is altered, the labs could never detect unless a snitch tuned a bottle in and the racing authorities decided to make a test.  This is highly unlikely, but a possibility.

Most are using 2 doses a week for 3-4 weeks then going to once a week.  My recommendation is to give one shot following the race for increased recovery.  The product is being patented in 23 countries currently.

## 13) LC200

## Our product is 200 mg/ml and equivalent to Two 100 ml bottles of Physine

**Brief Description**
**L-Carnosine in an amino acid supplement with strong muscle buffering and antioxidant actions.**

**From Ceva/Nature Vet brochure:**
*"COMPOSITION:  Contains  L-Carnosine 50 mg/ml*
*ACTIONS:*

*L-Carnosine Injection is an anti-oxidant (reduces tissue damage) and a primary muscle buffer. Carnosine is related metabolically to histamine and has immune-potentiating properties which may possibly be of value in immune deficiency states.*

*Carnosine is a physiological antioxidant able to scavenge free radicals and efficiently protect the lipid phase of cell membranes. It is a mild anti-inflammatory compound and is also a prominent component in wound healing.*

*Carnosine is a major muscle buffer. In muscle tissue, phosphate and carnosine together provide approximately 90% of the buffering capacity. Intense exercise involves an anaerobic component and thus results in significant reductions in ATP, which increases muscle lactic acid and also an increase in tissue acidity. Although the acidity can normally be buffered by the body, under high stress conditions, the lactate build-up is too fast for the body to deal with. With increasing acidity comes premature muscle fatigue with an associated decrease in performance.*
*Carnosine supplements provide the vital buffering capacity as well as antioxidant activity to improve muscle function and delay the onset of fatigue.*
*Carnosine improves cardiac contractibility, sensitizes cellular calcium channels to their activators and protects against hydroxyl free radicals."*

## SERENITY

It's an anti-anxiety for the most part. Takes away stress without affecting performance. Typically 5-10 cc IV 4-6 hours before event

I use ONLY Suntheanine brand to insure quality and make certain no caffeine. It's fermented and not extracted from green tea leaves. Virtually all other brands are extracted and could have caffeine contamination.

Suntheanine is anxiolytic compound: Reduces Anxiety.

L-Theanine can cross the blood brain barrier and has many published studies demonstrating it can significantly reduce anxiety and stress. It was also shown to increase GABA and stimulates dopamine in the brain. More recent studies have shown it can increase serotonin levels as well. Having the ability to increase 3 key neurotransmitters the end result is a destressed mind and muscle relaxation.