**United States v. Lisa Giannelli, S6 20 Cr. 160 (MKV)**

DATE: 2012

PARTICIPANTS: Lisa Giannelli [LG]
William Smith [WS]
Benjamin Schwartz [BS]

ABBREVIATIONS:

[U/I]   Unintelligible

[ph]    Phonetic rendering

[O/V]   Overlapping voices

GOVERNMENT EXHIBIT 3100A-T S6 20 Cr. 160 (MKV)

| LINE | NAME | TRANSCRIPTION |
|---|---|---|
| 1. | | [BEGINNING OF RECORDING] |
| 2. | WS: | Criminal culpability. I am not sure if uh Mr. Schwartz explained that this is all civil. I am an investigator for a civil organization, which is the Division of Professional Regulation. We investigate unlicensed practice and unprofessional conduct by those who hold licenses. There are over fifty-two different boards. Uh everything from Veterinarian to Doctors to Nurses. I mean, we have three full-time doctors on – or investigators for just doctors. That is all they do. Uh I've been tasked with dealing other things from Veterinarian to adult establishments to plumbing. So, it just runs again a little bit here and there. You of course read the complaint when it came out, uh early of – well it's been a year now. And the reason because of – it's taken so long is because of the Bradley case. When the Pete Bradley thing came down, all the investigators were on it and when that happened, everything in this office backlogged. I'm a contractor with the State. I'm retired Air Force and they picked me up to help try to clear out some of the backlog. So, this is just one of the things I got picked up. |
| 3. | BS: | I've got some other cases if you want to work on them. [Laughs] |
| 4. | WS: | [Laughs] Um you do not have to be here. I appreciate you coming today to talk to me to try to clear some of this up. It's a courtesy to allow Mr. Schwartz to be in. I've spoken with him a little bit kinda on the ground rules. Like I said again, this is civil, this is not – your rights are not read. None of that. Like I said, there is no criminal culpability. It's just – our organization uh investigates when someone makes a complaint. Uh of course you know who the complainant is. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I'm investigating what transpired up to the point, what happened after that, and then I just have some basic questions on some of the duties and |

| LINE | NAME | TRANSCRIPTION |
|------|------|---------------|
|      |      | different things you do for Doctor Fishman.  Okay so, first thing, out of the box, is what do you do for Doctor Fishman?  What are your duties with regards to are you vet tech, are you a support specialist, are you a secretary - uh administrative professional, excuse me, not to be demeaning or anything, but what do you do for Doctor Fishman on a daily basis? |
| 5.   | LG:  | Uh on a dail – I mean, if you want to sum it up in one word, would be administrative um delivery person. |
| 6.   |      | [END OF RECORDING] |