**United States v. Lisa Giannelli, S6 20 Cr. 160 (MKV)**

DATE: 2012

PARTICIPANTS:  Lisa Giannelli [LG]
William Smith [WS]

ABBREVIATIONS:

[U/I]   Unintelligible

[ph]   Phonetic rendering

[O/V]   Overlapping voices

GOVERNMENT EXHIBIT 3100B-T  S6 20 Cr. 160 (MKV)

2

| LINE | NAME | TRANSCRIPTION |
|------|------|---------------|
| 1. |  | [BEGINNING OF RECORDING] |
| 2. | WS: | To the best of your knowledge do you remember if this box was marked at all with a prescription for that horse? |
| 3. | LG: | I can't recall. I mean I-I-I'm just a delivery person. So, whatever he tells me to deliver, I deliver. I don't really look at it. I'm like the UPS driver. I just don't know. |
| 4. |  | [END OF RECORDING] |