THE FIRST NATIONAL BANK OF WYOMING
CANTERBURY OFFICE, 105 Irish Hill Road, Felton, DE 19943

## CORPORATE DEPOSITORY RESOLUTION

**CORPORATE SECRETARY'S CERTIFICATE.** I certify that I am the corporate secretary of **EQUESTOLOGY INC** ("Corporation"), a corporation in good standing under the laws of Delaware. The following is an accurate copy of resolutions adopted by the Corporation's board of directors at a meeting properly called and held on November 7, 2011, at which a quorum was present. Such resolutions have not been amended or revoked, and they do not conflict with any provision of the Corporation's articles of incorporation, bylaws, or any other document by which the Corporation is bound:

RESOLVED, that **THE FIRST NATIONAL BANK OF WYOMING** ("Bank") is designated a depository of funds for the Corporation;

RESOLVED, that any prior resolutions remain in effect except as changed by those adopted today. The Corporation ratifies all transactions purportedly done on its behalf with the Bank before the delivery of this resolution to the Bank. Any change(s) to these resolutions will take effect only after the Bank has received written certification of the change(s) and has had a reasonable time to verify and act on the change(s);

RESOLVED, that the Corporation agrees to be bound by the Bank's Commercial Deposit Account Agreement for each account permitted by these resolutions;

RESOLVED, that the Bank is authorized to honor, pay, and charge the Corporation's account(s) for any item purporting to have been signed on behalf of the Corporation with a facsimile signature that resembles a specimen the Corporation has certified to the Bank, no matter by whom or by what means the actual or purported signature may have been made;

RESOLVED, that the persons named below, whose manual and/or facsimile signatures are provided next to their respective names, are authorized to sign and authorize checks, drafts, withdrawal slips, and any other orders for the payment of money, whether by paper, electronic, or other means, even if payable to the signer or used to discharge or reduce any obligation of the signer. The Bank has no duty to inquire into any such action, even if the action benefits the signer individually. Number of signatures required: **1**.

RESOLVED, that the Secretary of the Corporation is directed to certify and deliver a copy of these resolutions to the Bank, the signature cards bearing the genuine signatures of the persons named below, and any other documents that the Bank requires.

**AUTHORIZED PERSONS.** The names and genuine signatures, manual or facsimile, of the authorized persons for account 0000000457579801 are as follows:

X _____ (Seal)   11/7/11
SETH FISHMAN, DVM                     Date

X _____ (Seal)   11/7/11
LISA M GIANNELLI                      Date

IN WITNESS WHEREOF, I have signed this certification on the date shown by my signature and have affixed the Corporation's seal.

EQUESTOLOGY INC

By _____ (Corporate Seal)   11/7/11
   CORPORATE SECRETARY                          Date

GOVERNMENT
EXHIBIT
3700
S6 20 Cr. 160 (MKV)

| | | Equestology | Seth Fishman | Lisa Giannelli |
|---|---|---|---|---|
| Customers Name | | | | |
| Date | | | 11/9/11 | 11/9/11 |
| Branch | | | C | C |
| Signature Cards | | | | |
| | * | Name | | |
| | * | Date of Birth | | |
| | * | Physical Address | | |
| | * | TIN, SSN, etc. | | |
| | | Mothers Maiden Name | | |
| | | Primary Phone Number | | |
| | * | Employer/Occupation | | |
| Identification | | | | |
| | * | Primary ID | | |
| | * | ID# | | |
| | * | Issued By | | |
| | * | Issue Date: | | |
| | * | Exp. Date: | | |
| Account Information | | | | |
| Documentary Verification | | | | |
| Non-Documentary Verification | | | | |
| Comparison w/Government List | | | | |
| | * | Opened By | | |
| | * | SIC Code | | |
| | * | Risk Rate | | |
| | * | Geo Code (Census Tract) | | |
| Business Accounts/ Enhanced Due Diligence Worksheet must be completed. | | Money Service Business | | |
| | | Reg. GG-Internet Gambling | | |
| Verification Conducted By | | | | |

* are required fields

CONFIDENTIAL                                                                 WSFS 001265

Equestology
04-575798-01

## The First National Bank of Wyoming

## ENHANCED DUE DILIGENCE FOR HIGH – RISK CUSTOMERS

1) Purpose of the account: _____
   (Retail, (Operating,) Payroll, ACH Originations, Wire Transfer, Etc.)

2) Proximity: Within city limits: ___✓___ 5miles _____ 10miles
   Within banks trading area: _____
   Outside of State (List State): _____

3) Expected Deposit Activity (Check all that apply):
   Cash ___✓___   Checks ___✓___   Wire Transfers ___✓___
   Other: (Please explain): _____

4) Expected dollar amount of deposit activity: $ 100 - - 25K

5) Expected frequency of deposit activity: $ _____
   Daily ___✓___   Weekly ___✓___   Bi-Weekly _____   Monthly _____

6) If this is a business account, describe business type: Horse Meds.

7) Description of business ' primary customer trading area: Racing Horses

8) If the account is for business purposes, will the customer be cashing "Third Party" checks for amounts of $1,000.00 or more?
   Yes _____   No ___✓___

   If yes, this is considered a Money Service Business (MSB).
   The customer must receive and sign the "MSB Account Agreement".

9) Is the account going to be used for any type of Internet gambling? Yes _____ No ___✓___
   If yes, account is not to be opened.

FEB-08-2008  12:12

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 9003
HOLTSVILLE NY 11...

001782.357312.0007.001

EQUESTOLOGY IN...
125 JENNIFER L...
FELTON DE 1...

1702

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 20-8306809. This EIN will identify your business account, returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, please use the label we provided. If this isn't possible, it is very important that you use your EIN and complete name and address exactly as shown above on all federal tax forms, payments and related correspondence. Any variation may cause a delay in processing, result in incorrect information in your account or even cause you to be assigned more than one EIN. If the information isn't correct as shown above, please correct it using tear-off stub from this notice and return it to us so we can correct your account.

Based on the information from you or your representative, you must file the following form(s) by the date(s) shown.

If you have questions about the form(s) or the due date(s) shown, you can call or write to us at the phone number or address on the top of the first page of this letter. If you need help in determining what your tax year is, see Publication 538, Accounting Periods and Methods, available at your local IRS office. You can get this Publication from www.irs.gov or by calling 1-800-TAX-FORM.

We assigned you a... your representative. and is not binding on... classification, you ma... guidelines in Revenue... Procedure for the year...

CONFIDENTIAL

FEB-08-2008 12:12                                                                 P.003

# CERTIFICATE OF INCORPORATION

## OF

## Equestology Inc

FIRST. The name of the corporation is Equestology Inc

SECOND. Its registered office in the State of Delaware is located at ▮▮▮▮▮▮ Felton, County of Kent, Delaware 19943-9301. The Registered agent in charge thereof is Lisa Ranger.

THIRD. The purpose of the corporation is to render the professional service of Veterinarian.

FOURTH. The total number of shares which the corporation shall have the authority to issue is 10,000 shares of Common Stock, and the par value of each of such shares is $0.01.

FIFTH. The incorporator of the corporation is LegalZoom.com, Inc., 7083 Hollywood Blvd., Suite 180, Los Angeles, CA 90028.

SIXTH. The board of directors of the corporation is expressly authorized to adopt, amend or repeal bylaws of the corporation.

SEVENTH. Elections of directors need not be by written ballot except and to the extent provided in the bylaws of the corporation.

EIGHTH. The personal liability of the directors of the corporation for monetary damages for breach of fiduciary duty shall be eliminated to the fullest extent permissible under Delaware law. The corporation is authorized to indemnify its directors and officers to the fullest extent permissible under Delaware law.

IN WITNESS WHEREOF, the undersigned incorporator has executed this Certificate of Incorporation on the date below.

Date: December 21, 2006

LegalZoom.com, Inc., Incorporator

By: /s/ Lisa Ranger

Lisa Ranger, Incorporator

CONFIDENTIAL                                                              WSFS 001268

**THE FIRST NATIONAL BANK OF WYOMING**
CANTERBURY OFFICE, 105 Irish Hill Road, Felton, DE 19943

## COMMERCIAL SIGNATURE CARD

**ACCOUNT TYPE**
ADVANTAGE BUSINESS CHECKING

**ACCOUNT NUMBER**
0000000457579801

**ACCOUNT TITLE**
EQUESTOLOGY, INC.
SETH I FISHMAN
LISA M GIANNELLI

**ACCOUNT MAILING ADDRESS**
125 Jennifer Ln
Felton, DE 19943-9301

**TAXPAYER ID NUMBER**
20-8306809

**NUMBER OF SIGNATURES REQUIRED**
1

**OPENED BY**
VICKIE EBAUGH

**DATE OPENED**
February 11, 2008


Name chg 11/7/11

### SIGNATURE OF AUTHORIZED SIGNERS

X _[signature]_ SETH I FISHMAN, DVM    (Seal)  Date 11/7/11   Facsimile Signature

X _[signature]_ LISA M GIANNELLI    (Seal)  Date 11/7/11   Facsimile Signature

**AGREEMENT.** By signing this signature card you agree that the account is governed by our Commercial Deposit Account Agreement. Among other things, this means that each term defined in that agreement has the same meaning here. You acknowledge receipt of that agreement, the fee schedule, the disclosure about your ability to withdraw funds, and any addenda to those documents. You have read those documents and agree to them, all of which are a part of this agreement.

EQUESTOLOGY INC

By _____ (Seal)  Date _____   Facsimile Signature

By _____ (Seal)  Date _____   Facsimile Signature

THE FOLLOWING INFORMATION MAY BE USED TO FURTHER IDENTIFY THE ACCOUNT HOLDER(S) AND AUTHORIZED SIGNERS FOR TELEPHONE INSTRUCTIONS, LARGE TRANSACTIONS, OR IF A SIGNATURE VARIES.

**ACCOUNT HOLDER**
EQUESTOLOGY INC

**Street Address**
[redacted]
Felton, DE 19943-9301
ID Expiration Date:
ID Verified Indicator:

**Telephone Number(s)**
(561) 801-5810

**Taxpayer ID Number**
20-8306809

**Entity Type**
Corporation

**State of Incorporation (Corporation Only)**
Delaware

Name: SETH I FISHMAN, DVM
SSN: [redacted]
Phone: (H) (561) 801-5810
Phone: (W)
Employment: Veterinarian
DOB: [redacted]
ID: Driver's License/State ID
ID#: FL - F255789710490
ID Expiration Date: February 9, 2012
Other: Mothers Maiden Name
GEVANTMAN

Name: LISA M GIANNELLI
SSN: [redacted]
Phone: (H) (302) 222-2220
Phone: (W)
Employment: Assistant
DOB: [redacted]
ID: Driver's License/State ID
ID#: DE - 1443880
ID Expiration Date: July 1, 2013
Other: Mothers Maiden Name
LORING

COMMERCIAL SIGNATURE CARD
EQUESTOLOGY INC / 0000000457579801
Page 1 of 1
D0002100 / 20090620  Printed 11/7/2011 1:46:00 PM
© 2009 Metavante Corporation

CONFIDENTIAL                                                        WSFS 001269