| | |
|---|---|
| From: | Lisa Ranger |
| To: | Mary Fox; Seth Fishman |
| Subject: | Current Inventory & Projected Needs for a year |
| Date: | Saturday, August 26, 2017 11:17:09 AM |
| Attachments: | Inventory.8.26.17.Doc |

Hello,
   Attached is what I currently have in sock.

To plan accordingly, these reoccurring items are what I need over the course of a year..

* Acetylcysteine  450 bottles

* Bleeding Pills 325 pks of 30 pills = 10k pills +

* Homeopathic Bleeder Plus  900 bottles

*  Homeogesic - M-D-P   30 bottles

* EPM Double Kill Paste  900 Tubes

* Eq1@5 (silver top)  135 bottles

* Folic 5 x  600 bottles

* Iron Sucrose 600 bottles

* Power Bloc  200 bottles


I will email when these items get below the threshold we discussed.

To avoid issues, If expiration allows, next time I place an order you can send me what I need for the year. Also see if it can be shipped directly to me, to save time, extra shipping fees and aggravation.

Thanks
Lisa

