

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 21 2022

# NOTICE OF APPEAL

### United States District Court

Southern District of New York

Caption:
United States of America
v.
Lisa Giannelli

Docket No.: 20 Cr. 160 (MKV)
Mary K. Vyskocil
(District Court Judge)

Notice is hereby given that Lisa Giannelli appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ☐ _____ (specify)
entered in this action on 9/8/2022
(date)

This appeal concerns: Conviction only ☐ Sentence only ☐ Conviction & Sentence ✔ Other ☐

Defendant found guilty by plea ☐ | trial ✔ | N/A ☐

Offense occurred after November 1, 1987? Yes ✔ | No ☐ N/A ☐

Date of sentence: 9/8/2022 N/A ☐

Bail/Jail Disposition: Committed ✔ Not committed ☐ N/A ☐

Appellant is represented by counsel? Yes ✔ ] No ☐ If yes, provide the following information:

Defendant's Counsel: Louis V. Fasulo

Counsel's Address: Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715, New York, NY 10007

Counsel's Phone: 212 566-6213

Assistant U.S. Attorney: Sarah Mortazavi

AUSA's Address: Office of the United States Attorney - SDNY
1 St. Andrews Plaza, New York, NY 10007

AUSA's Phone: 212 637-2520

*Louis V. Fasulo*
Signature