DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2711
Email:  melissa.childs@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 20 CR 160 (MKV) |
| JORGE NAVARRO, *et al.* | NOTICE OF APPEARANCE |

Please take notice that the undersigned Assistant United States Attorney has been designated as counsel for judgment enforcement matters, in addition to, not replacement of, the lead Assistant United States Attorney in the above-captioned cause.

Dated:    February 13 2023
          New York, New York

                                          DAMIAN WILLIAMS
                                          United States Attorney for the
                                          Southern District of New York

                              By:    /s/ Melissa A. Childs
                                     MELISSA A. CHILDS
                                     Assistant United States Attorney
                                     86 Chambers Street, 3rd Floor
                                     New York, New York 10007
                                     Tel.:  (212) 637-2711
                                     E-mail: melissa.childs@usdoj.gov