# EXHIBIT B
# PAYMENT HISTORY REPORT

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Collection Office | **USAO** | Collection District | **NYS** | Last Name | **Giannelli** | First Name | **Lisa** | CDCS Number | **2022A62252** | Court Number **20 CR 00160** |
| Collect Type | **0R** | Priority Code | **01** | Scheduled Payment Amount | | | Scheduled Payment Date | | | Current Liability **$101,542.58** |

| Finance Code | Received Date | Received From | Posting Date | Payment Amount |
|---|---|---|---|---|
| PMNT | 09/09/2022 | LISA GIANNELLI | 09/13/2022 | $100.00 |
| **Grand Total** | | | | **$100.00** |