UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2023
```

UNITED STATES OF AMERICA,

-against-

LISA GIANNELLI,

Defendant.

20-cr-160 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On February 14, 2023, the government filed a motion seeking a turnover order [ECF Nos. 1052, 1053, 1054].  IT IS HEREBY ORDERED that any opposition is due March 10, 2023.

**SO ORDERED.**

**Date: February 17, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1