```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LISA GIANNELLI,

Defendant.

20-cr-160-8 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On July 7, 2023, the Court issued an Opinion & Order ruling on the appropriate amount of the forfeiture in the case against Ms. Giannelli's co-defendant Dr. Fishman [ECF No. 1108].  IT IS HEREBY ORDERED THAT, in the light of the reasoning in that decision, **by July 28, 2023**, the parties shall file letters stating their positions and citing authority on (1) whether the Court has authority, at this stage, to amend Ms. Giannelli's forfeiture, and (2) whether any such amendment would be warranted.

**SO ORDERED.**

**Date: July 14, 2023**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

1