UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

v.

LISA GIANNELLI, a/k/a LISA VOSHELL,

                Judgment Debtor,

and

DYNASTY ADVISORS, LLC WEALTH MANAGEMENT,

                Third-Party Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2023
```

20 CR 160-08 (MKV)

**TURNOVER ORDER**

WHEREAS the Court entered judgment against Lisa Giannelli, a/k/a Lisa Voshell ("Giannelli") on September 8, 2022 and ordered her to pay a $100 special assessment, $100,000 fine, and $900,000 forfeiture money judgment;

WHEREAS Giannelli has made payments totaling $100, and her outstanding balance on the unpaid fine is $101,863.95, including interest accrued at the rate of 3.91% as of as of March 15, 2023 plus $10.71 per diem interest until the date of payment;

WHEREAS, pursuant to 18 U.S.C. § 3613, upon entry of judgment, a lien arose on all of Giannelli's property and rights to property notwithstanding any other federal law, and the United States may use any federal or state procedure to enforce the judgment;

WHEREAS, pursuant to Federal Rule of Civil Procedure 69(a)(1) and N.Y. CPLR § 5222, the United States issued and served a restraining notice on Dynasty Advisors, LLC Wealth Management ("Dynasty") for substantial nonexempt property belonging or due to Giannelli;

WHEREAS Dynasty answered that it holds approximately $261,339, subject to market fluctuation, in an individual investment account number ending in 1911 belonging to Gianelli;

WHEREAS the United States served Giannelli with the restraining notice and its motion for turnover order, including the exclusive and limited exemptions available to criminal judgment debtors under 18 U.S.C. § 3613(a);

WHEREAS the parties have agreed to resolve the pending motion by liquidation of securities in the nonexempt individual investment account number ending in 1911 as needed to submit the sum of $101,863.95 to the Clerk of Court in satisfaction of Giannelli's fine;

IT IS HEREBY ORDERED that Dynasty shall liquidate securities as needed to pay to the Clerk of Court the sum of $101,863.95 in satisfaction of Giannelli's fine. Payment should be made by cashier's check or certified funds to "Clerk of Court" with "No. 20 CR 160-08" written on the face of the payment and mailed to:

> United States District Court
> 500 Pearl Street, Room 120
> New York, New York 10007
> Attn: Cashier

The only criminal monetary imposition resolved by this Turnover Order is the fine. Dynasty shall continue to hold the remaining funds due or owing to Giannelli until further order regarding the forfeiture money judgment.

Dated: New York, New York
         October 24, 2023

_Mary Kay Vyskocil_
UNITED STATES DISTRICT JUDGE

**The Clerk of Court is respectfully requested to terminate ECF No. 1052.**